IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
TUSCALOOSA DIVISION

| | |
|---|---|
| JANE DOE #1, and JANE DOE #2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MG FREESITES, LTD, d/b/a "PORNHUB", a foreign entity; MG FREESITES II LTD, a foreign entity, MINDGEEK S.A.R.L., a foreign entity; MINDGEEK USA, INCORPORATED, a Delaware corporation; MG CY HOLDINGS LTD, a foreign entity; MINDGEEK CONTENT RT LIMITED, a Foreign entity; 9219-1568 QUEBEC INC. d/b/a MINDGEEK, a foreign entity; MG BILLING LTD, a foreign entity,<br><br>Defendants. | **Civil Action No.**<br>**7:21-cv-00220-LSC** |

## DECLARATION OF KIMBERLY L. ADAMS, ESQ.

I, Kimberly L. Adams, hereby declare and state the following in support of the Motion for Admission *Pro Hac Vice* in the above-captioned matter:

1. I reside at ███████████████ Cantonment, FL 32533.

2. I am an attorney with Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., and my office contact information is as follows:

> Kimberly L. Adams
> Levin, Papantonio, Rafferty, Proctor,
> Buchanan, O'Brien, Barr & Mougey, P.A.
> 316 South Baylen Street, Suite 600
> Pensacola, Florida 32502
> Telephone: 850-435-7056
> Facsimile: 850-436-6056
> Email: kadams@levinlaw.com

3. I have been admitted to the bar of the following court:

    a. The Supreme Court of Florida (admitted September 22, 2005);

    b. The Northern District of Florida (admitted May 20, 2008);

    c. The Middle District of Florida (admitted January 4, 2006);

    d. The Southern District of Florida (admitted October 19, 2007)

4. I am in good standing and eligible to practice law before the court to which I have been admitted.

5. In the above-captioned matter, I will represent my clients as co-counsel along with the following local members of the bar of this Court:

> Gregory Zarzaur (ASB-0759-E45Z)
> THE ZARZAUR LAW FIRM
> 2332 Second Avenue North
> Birmingham, Alabama 35203
> T: (205) 983-7985
> E: gregory@zarzaur.com
>
> Joshua P. Hayes (ASB-4868-H68H)
> PRINCE GLOVER HAYES
> 701 Rice Mine Road
> Tuscaloosa, Alabama 35406
> T: (205) 345-1234
> E: jhayes@princelaw.net

6. I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

                                                   Respectfully submitted,

Dated: February 22, 2021                     /s/ *Kimberly L. Adams*
                                                     Kimberly L. Adams