FILED
2021 Feb-22  PM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## TUSCALOOSA DIVISION

| | |
|---|---|
| **JANE DOE #1, and JANE DOE #2, on behalf of themselves and all others similarly situated,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**MG FREESITES, LTD, d/b/a "PORNHUB", a foreign entity; MG FREESITES II LTD, a foreign entity, MINDGEEK S.A.R.L., a foreign entity; MINDGEEK USA, INCORPORATED, a Delaware corporation; MG CY HOLDINGS LTD, a foreign entity; MINDGEEK CONTENT RT LIMITED, a Foreign entity; 9219-1568 QUEBEC INC. d/b/a MINDGEEK, a foreign entity; MG BILLING LTD, a foreign entity,<br><br>**Defendants.** | **Civil Action No.**<br>**7:21-cv-00220-LSC** |

## DECLARATION OF BRIAN DOOLEY KENT
## IN SUPPORT OF MOTION FOR *PRO HAC VICE*

I, Brian Dooley Kent, hereby declare and state the following in support of the Motion for Admission *pro hac vice* in the above-captioned matter::

1. My name, office address, home address, and telephone number are as follows:

    i. Brian Dooley Kent, Esquire
    ii. 1100 Ludlow Street, Suite 300 Philadelphia, PA 19107
    iii. ███████████████████████ Township PA 19002
    iv. Telephone - (215) 399 – 9255 / Facsimile – (215) 241 - 8700

2. I have been admitted to the following courts and bars:

    i. State of New York, Supreme Court, Appellate Division Third Judicial Dept. (admitted December 2018)
    ii. District Court of New Jersey (admitted November 2008)

      iii. Supreme Court of New Jersey (admitted February 2006)
      iv. Supreme Court of Pennsylvania (admitted December 2004)
      v. Supreme Court of Illinois (December 2006)
      vi. United States District Court of Eastern District of Pennsylvania (Admitted April 2020)
      vii. United States District Court of Middle District of Pennsylvania (Admitted 2011)
      viii. United States District Court of Western District of Pennsylvania (Admitted July 2015)
      ix. United States Court of Appeals for the Third Circuit (admitted March 2016)

3. I am in good standing and eligible to practice law before all of the courts to which I have been admitted.

4. In the above-captioned matter, I will represent my clients as co-counsel along with the following local members of the bar of this Court:

> Gregory Zarzaur (ASB-0759-E45Z)
> THE ZARZAUR LAW FIRM
> 2332 Second Avenue North
> Birmingham, Alabama 35203
> T: (205) 983-7985
> E: gregory@zarzaur.com
>
> Joshua P. Hayes (ASB-4868-H68H)
> PRINCE GLOVER HAYES
> 701 Rice Mine Road
> Tuscaloosa, Alabama 35406
> T: (205) 345-1234
> E: jhayes@princelaw.net

5. I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Dated this 22nd day of February 2021.

Respectfully Submitted,

_____
Brian Dooley Kent, Esquire
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300

Philadelphia, PA 19107
Tel: 215-399-9255
Fax: 215-241-8700
bkent@laffeybuccikent.com