IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
TUSCALOOSA DIVISION

| | |
|---|---|
| **JANE DOE #1, and JANE DOE #2, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**MG FREESITES, LTD, d/b/a "PORNHUB", a foreign entity; MG FREESITES II LTD, a foreign entity, MINDGEEK S.A.R.L., a foreign entity; MINDGEEK USA, INCORPORATED, a Delaware corporation; MG CY HOLDINGS LTD, a foreign entity; MINDGEEK CONTENT RT LIMITED, a Foreign entity; 9219-1568 QUEBEC INC. d/b/a MINDGEEK, a foreign entity; MG BILLING LTD, a foreign entity,**<br><br>**Defendants.** | **Civil Action No.**<br>**7:21-cv-00220-LSC** |

### DECLARATION OF GAETANO ANTHONY D'ANDREA
### IN SUPPORT OF MOTION FOR *PRO HAC VICE*

I, Gaetano Anthony D'Andrea, hereby declare and state the following in support of the Motion for Admission *Pro Hac Vice* in the above-captioned matter:

1. My name, office address, home address, and telephone number are as follows:

    i. Gaetano Anthony D'Andrea, Esquire
    ii. 1100 Ludlow Street, Suite 300 Philadelphia, PA 19107
    iii. ███████████, Philadelphia, PA 19146
    iv. Telephone - (215) 399 – 9255 / Facsimile – (215) 241 - 8700

2. I have been admitted to the following courts and bars:

    i. Supreme Court of Pennsylvania (admitted October 2008)

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I am in good standing and eligible to practice law before all of the courts to which I have been admitted.

5. In the above-captioned matter, I will represent my clients as co-counsel along with the following local members of the bar of this Court:

>Gregory Zarzaur (ASB-0759-E45Z)
>THE ZARZAUR LAW FIRM
>2332 Second Avenue North
>Birmingham, Alabama 35203
>T: (205) 983-7985
>E: gregory@zarzaur.com
>
>Joshua P. Hayes (ASB-4868-H68H)
>PRINCE GLOVER HAYES
>701 Rice Mine Road
>Tuscaloosa, Alabama 35406
>T: (205) 345-1234
>E: jhayes@princelaw.net

6. I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Dated this 22nd day of February 2021.

Respectfully Submitted,

_____
Gaetano A. D'Andrea, Esquire
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
Tel: 215-399-9255
Fax: 215-241-8700
gdandrea@laffeybuccikent.com