FILED
2021 Feb-22  PM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
TUSCALOOSA DIVISION

| | |
|---|---|
| JANE DOE #1, and JANE DOE #2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MG FREESITES, LTD, d/b/a "PORNHUB", a foreign entity; MG FREESITES II LTD, a foreign entity, MINDGEEK S.A.R.L., a foreign entity; MINDGEEK USA, INCORPORATED, a Delaware corporation; MG CY HOLDINGS LTD, a foreign entity; MINDGEEK CONTENT RT LIMITED, a Foreign entity; 9219-1568 QUEBEC INC. d/b/a MINDGEEK, a foreign entity; MG BILLING LTD, a foreign entity,<br><br>Defendants. | Civil Action No.<br>7:21-cv-00220-LSC |

### DECLARATION OF JILLIAN PATRICIA ROTH
### IN SUPPORT OF MOTION FOR *PRO HAC VICE*

I, Julian Patricia Roth, hereby declare and state the following in support of the Motion for Admission *Pro Hac Vice* in the above-captioned matter::

1. My name, office address, home address, and telephone number are as follows:

    i. Jillian Patricia Roth, Esquire
    ii. 1100 Ludlow Street, Suite 300 Philadelphia, PA 19107
    iii. ███████████████████████  Philadelphia PA 19122
    iv. Telephone - (215) 399 – 9255 / Facsimile – (215) 241 – 8700

2. I have been admitted to the following courts and bars:

    i. Supreme Court of Pennsylvania (Admitted October 2018)

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I am in good standing and eligible to practice law before all of the courts to which I have been admitted.

5. In the above-captioned matter, I will represent my clients as co-counsel along with the following local members of the bar of this Court:

> Gregory Zarzaur (ASB-0759-E45Z)
> THE ZARZAUR LAW FIRM
> 2332 Second Avenue North
> Birmingham, Alabama 35203
> T: (205) 983-7985
> E: gregory@zarzaur.com
>
> Joshua P. Hayes (ASB-4868-H68H)
> PRINCE GLOVER HAYES
> 701 Rice Mine Road
> Tuscaloosa, Alabama 35406
> T: (205) 345-1234
> E: jhayes@princelaw.net

6. I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Dated this 22nd day of February 2021.

Respectfully Submitted,

*/s/ Jillian P. Roth/*

Jillian P. Roth, Esquire
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
Tel: 215-399-9255
Fax: 215-241-8700
jroth@laffeybuccikent.com