# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## TUSCALOOSA DIVISION

| | |
|---|---|
| JANE DOE #1, and JANE DOE #2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MG FREESITES, LTD, d/b/a "PORNHUB", a foreign entity; MG FREESITES II LTD, a foreign entity, MINDGEEK S.A.R.L., a foreign entity; MINDGEEK USA, INCORPORATED, a Delaware corporation; MG CY HOLDINGS LTD, a foreign entity; MINDGEEK CONTENT RT LIMITED, a Foreign entity; 9219-1568 QUEBEC INC. d/b/a MINDGEEK, a foreign entity; MG BILLING LTD, a foreign entity,<br><br>Defendants. | **Civil Action No.**<br>**7:21-cv-00220-LSC** |

## DECLARATION OF M. STEWART RYAN
## IN SUPPORT OF MOTION FOR *PRO HAC VICE*

I, M. Stewart Ryan, hereby declare and state the following in support of the Motion for Admission *Pro Hac Vice* in the above-captioned matter:

1. I reside at ▇▇▇▇▇▇▇▇▇▇ Havertown PA 19083;

2. I am an attorney with Laffey, Bucci & Kent, LLP, and my office contact information is as follows:

> M. Stewart Ryan
> Laffey, Bucci & Kent, LLP
> 1100 Ludlow Street, Suite 300
> Philadelphia, PA 19107
> Telephone: 215-399-9255
> Email: sryan@lbk-law.com

3. I have been admitted to the following courts and bars:

     i. Supreme Court of Pennsylvania (admitted November 1, 2012)

     ii. Supreme Court of New Jersey (admitted January 7, 2013)

     iii. Eastern District Court of Pennsylvania (admitted 2018)

  4. I am currently in good standing with all states, courts, and bars in which I am admitted.

  5. I have not previously been admitted *pro hac vice* in this Court.

  6. I do not have an office located within the State of Alabama.

  7. In the above-captioned matter, I will represent my clients as co-counsel along with the following local members of the bar of this Court:

    Gregory Zarzaur (ASB-0759-E45Z)
    THE ZARZAUR LAW FIRM
    2332 Second Avenue North
    Birmingham, Alabama 35203
    T: (205) 983-7985
    E: gregory@zarzaur.com

    Joshua P. Hayes (ASB-4868-H68H)
    PRINCE GLOVER HAYES
    701 Rice Mine Road
    Tuscaloosa, Alabama 35406
    T: (205) 345-1234
    E: jhayes@princelaw.net

I declare under penalty of perjury that the foregoing is true and corrected. Executed in Philadelphia, Pennsylvania, this 22nd day of February 2021.

                _____
                M. Stewart Ryan, Esq.