FILED

2021 Feb-22  PM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### TUSCALOOSA DIVISION

| | | |
|---|---|---|
| **JANE DOE #1, and JANE DOE #2, on behalf of themselves and all others similarly situated,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | |
| **MG FREESITES, LTD, d/b/a "PORNHUB", a foreign entity; MG FREESITES II LTD, a foreign entity, MINDGEEK S.A.R.L., a foreign entity; MINDGEEK USA, INCORPORATED, a Delaware corporation; MG CY HOLDINGS LTD, a foreign entity; MINDGEEK CONTENT RT LIMITED, a Foreign entity; 9219-1568 QUEBEC INC. d/b/a MINDGEEK, a foreign entity; MG BILLING LTD, a foreign entity,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No. 7:21-cv-00220-LSC** |
| **Defendants.** | ) | |

## DECLARATION OF CHRISTEN M. PRICE
## IN SUPPORT OF MOTION FOR *PRO HAC VICE*

I, Christen M. Price hereby declare and state the following in support of the Motion for Admission *Pro Hac Vice* in the above-captioned matter:

1. I reside at ██████ Washington, DC 20002
2. I am an attorney with the National Center on Sexual Exploitation, and my office contact information is as follows:

    i. National Center on Sexual Exploitation
    ii. 1201 F St. NW, Suite 200 Washington, DC 20004
    iii. Telephone - (202) 393- 7245 / Facsimile – (202) 393- 1717

3. I have been admitted to the following courts and bars:

    - District of Columbia Bar – 09/06/2013
    - New York Bar – 01/24/2013
    - United States Supreme Court - 03/28/2017
    - United States Court of Appeals for the District of Columbia - 08/31/2017
    - United States Court of Appeals for the First Circuit - 07/24/2018
    - United States Court of Appeals for the Ninth Circuit - 02/23/2018

- United States Federal District Court for the District of Columbia - 09/11/2017

4.      I am currently in good standing with all states, courts, and bars in which I am admitted.

5.      I have not previously been admitted *pro hac vice* in this Court.

6.      I do not have an office located within the State of Alabama.

I declare under penalty of perjury that the foregoing is true and corrected. Executed in Washington, DC this 22nd day of February 2021.

Dated this 22nd day of February 2021.          Respectfully Submitted,

*Christen M. Price*

_____
Christen M. Price, Esquire
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F St. NW, Suite 200
Washington, DC 20004
Tel: (202) 393- 7245
Fax: (202) 393- 1717
cprice@ncoselaw.org