# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### TUSCALOOSA DIVISION

| | |
|---|---|
| JANE DOE #1, and JANE DOE #2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MG FREESITES, LTD, d/b/a "PORNHUB", a foreign entity; MG FREESITES II LTD, a foreign entity, MINDGEEK S.A.R.L., a foreign entity; MINDGEEK USA, INCORPORATED, a Delaware corporation; MG CY HOLDINGS LTD, a foreign entity; MINDGEEK CONTENT RT LIMITED, a Foreign entity; 9219-1568 QUEBEC INC. d/b/a MINDGEEK, a foreign entity; MG BILLING LTD, a foreign entity,<br><br>Defendants. | **Civil Action No.**<br>**7:21-cv-00220-LSC** |

## DECLARATION OF KEVIN D. KENT, ESQ.

I, Kevin D. Kent, hereby declare and state the following in support of the Motion for Admission *Pro Hac Vice* in the above-captioned matter:

1. I reside at ███████████ Havertown, PA 19083.

2. I am an attorney with Conrad O'Brien PC, and my office contact information is as follows:

> Kevin D. Kent
> Conrad O'Brien PC
> 1500 Market Street
> Centre Square, West Tower Ste. 3900
> Philadelphia, PA 19102-2100
> Telephone: 215-864-9600
> Facsimile: 215-523-9720
> Email: kkent@conradobrien.com

3. I have been admitted to the bars of the following courts:

   a. The Supreme Court of Pennsylvania (admitted October 27, 2000);

   b. The Supreme Court of the New Jersey (admitted November 14, 2000);

   c. The Supreme Court of the United States (admitted January 12, 2009);

   d. United States District Court for the Eastern District of Pennsylvania (admitted April 1, 2002);

   e. United States District Court for the Western District of Pennsylvania (admitted January 8, 2008);

   f. United States District Court for the District of New Jersey (admitted December 29, 2000);

   g. United States Court of Appeals for the Third Circuit (admitted January 7, 2004).

4. I am in good standing and eligible to practice law before all of the courts to which I have been admitted.

5. In the above-captioned matter, I will represent my clients as co-counsel along with the following local members of the bar of this Court:

   Gregory Zarzaur (ASB-0759-E45Z)
   THE ZARZAUR LAW FIRM
   2332 Second Avenue North
   Birmingham, Alabama 35203
   T: (205) 983-7985
   E: gregory@zarzaur.com

   Joshua P. Hayes (ASB-4868-H68H)
   PRINCE GLOVER HAYES
   701 Rice Mine Road
   Tuscaloosa, Alabama 35406
   T: (205) 345-1234
   E: jhayes@princelaw.net

6. I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 22, 2021 | /s/ *Kevin D. Kent*<br>Kevin D. Kent |