### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### TUSCALOOSA DIVISION

| | |
|---|---|
| JANE DOE #1, and JANE DOE #2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MG FREESITES, LTD, d/b/a "PORNHUB", a foreign entity; MG FREESITES II LTD, a foreign entity, MINDGEEK S.A.R.L., a foreign entity; MINDGEEK USA, INCORPORATED, a Delaware corporation; MG CY HOLDINGS LTD, a foreign entity; MINDGEEK CONTENT RT LIMITED, a Foreign entity; 9219-1568 QUEBEC INC. d/b/a MINDGEEK, a foreign entity; MG BILLING LTD, a foreign entity,<br><br>Defendants. | **Civil Action No.**<br>**7:21-cv-00220-LSC** |

### DECLARATION OF JOSEPH W. JESIOLOWSKI, ESQ.

I, Joseph W. Jesiolowski, hereby declare and state the following in support of the Motion for Admission *Pro Hac Vice* in the above-captioned matter:

1. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇ Haddonfield, NJ 08033.

2. I am an attorney with Conrad O'Brien PC, and my office contact information is as follows:

> Joseph W. Jesiolowski
> Conrad O'Brien PC
> 1500 Market Street
> Centre Square, West Tower Ste. 3900
> Philadelphia, PA 19102-2100
> Telephone: 215-864-9600
> Facsimile: 215-864-0795
> Email: jjesiolowski@conradobrien.com

3. I have been admitted to the bars of the following courts:

    a. The Supreme Court of Pennsylvania (admitted November 2009);

    b. The Supreme Court of the New Jersey (admitted November 2009);

    c. United States District Court for the Eastern District of Pennsylvania (admitted January 2010);

    d. United States District Court for the Middle District of Pennsylvania (admitted 2019);

    e. United States Court of Federal Claims (admitted 2016);

    f. United States District Court for the District of New Jersey (admitted July 2010); and

    g. United States District Court for the Eastern District of Missouri (admitted 2018).

4. I am in good standing and eligible to practice law before all of the courts to which I have been admitted.

5. In the above-captioned matter, I will represent my clients as co-counsel along with the following local members of the bar of this Court:

    Gregory Zarzaur (ASB-0759-E45Z)
    THE ZARZAUR LAW FIRM
    2332 Second Avenue North
    Birmingham, Alabama 35203
    T: (205) 983-7985
    E: gregory@zarzaur.com

    Joshua P. Hayes (ASB-4868-H68H)
    PRINCE GLOVER HAYES
    701 Rice Mine Road
    Tuscaloosa, Alabama 35406
    T: (205) 345-1234
    E: jhayes@princelaw.net

6. I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

                                                    Respectfully submitted,

Dated: February 22, 2021             /s/ *Joseph W. Jesiolowski*
                                                    Joseph W. Jesiolowski