FILED
2021 Feb-25  AM 10:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JANE DOE #1, and JANE DOE #2, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MG FREESITES, LTD, d/b/a "PORNHUB", a foreign entity; MG FREESITES II LTD, a foreign entity, MINDGEEK S.A.R.L., a foreign entity; MINDGEEK USA, INCORPORATED, a Delaware corporation; MG CY HOLDINGS LTD, a foreign entity; MINDGEEK CONTENT RT LIMITED, a Foreign entity; 9219-1568 QUEBEC INC. d/b/a MINDGEEK, a foreign entity; MG BILLING LTD, a foreign entity, <br><br> Defendants. | **Civil Action No.** <br> **7:21-cv-00220-LSC** |

## DECLARATION OF LOUIS C. BECHTLE ESQ.

I, Louis C. Bechtle, hereby declare and state the following in support of the Motion for Admission *Pro Hac Vice* in the above-captioned matter:

1. I reside at ███████████████, Audubon, PA 19403.

2. I am an attorney with Conrad O'Brien PC, and my office contact information is as follows:

> Louis C. Bechtle
> Conrad O'Brien PC
> 1500 Market Street
> Centre Square, West Tower Ste. 3900
> Philadelphia, PA 19102-2100
> Telephone: 215-864-9600
> Facsimile: 215-523-9720
> Email: lbechtle@conradobrien.com

3. I have been admitted to the bars of the following courts:

    a. The Supreme Court of Pennsylvania (admitted November 28, 1955);

    b. The Supreme Court of the United States (admitted November 12, 1970);

    c. United States District Court for the Eastern District of Pennsylvania (admitted March 9, 1956);

    d. United States Court of Appeals for the Third Circuit (admitted March 7, 1957).

4. I am in good standing and eligible to practice law before all of the courts to which I have been admitted.

5. I served as a United States District Court Judge for the United States District Court for the Eastern District of Pennsylvania from March 7, 1972 until April 30, 1993, at which time I assumed senior status. I served as a Senior United States District Court Judge until June 30, 2001.

6. In the above-captioned matter, I will represent my clients as co-counsel along with the following local members of the bar of this Court:

    Gregory Zarzaur (ASB-0759-E45Z)
    THE ZARZAUR LAW FIRM
    2332 Second Avenue North
    Birmingham, Alabama 35203
    T: (205) 983-7985
    E: gregory@zarzaur.com

    Joshua P. Hayes (ASB-4868-H68H)
    PRINCE GLOVER HAYES
    701 Rice Mine Road
    Tuscaloosa, Alabama 35406
    T: (205) 345-1234
    E: jhayes@princelaw.net

6. I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 25, 2021 | /s/ *Louis C. Bechtle* <br> Louis C. Bechtle |