FILED
2023 Mar-03 PM 04:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE #1, and JANE DOE #2, on behalf of themselves and all others similarly situated, | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO: 7:21-cv-00220-LSC |
| v. | ) | Honorable L. Scott Coogler |
| MG FREESITES, LTD, d/b/a "PORNHUB"; MG FREESITES II LTD; MINDGEEK S.A.R.L.; MINDGEEK USA INCORPORATED; MG CY HOLDINGS LTD; MINDGEEK CONTENT RT LIMITED; 9219-1568 QUEBEC, INC., d/b/a MINDGEEK; MG BILLING LTD, | ) | |
| Defendants. | ) | |

**JOINT NOTICE OF STIPULATED VOLUNTARY DISMISSAL OF
PLAINTIFF JANE DOE #2 WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Jane Doe #1 and Jane Doe #2 and Defendants MindGeek S.A.R.L., MG Freesites Ltd, MG Freesites II Ltd, MindGeek USA Inc., MG CY Holdings Ltd, MindGeek Content RT Ltd, 9219-1568 Quebec Inc., and MG Billing Ltd file this Joint Stipulation of Dismissal only as to Plaintiff Jane Doe #2's claims without prejudice.

Jane Doe #2 and the Defendants stipulate and agree that each will bear their own costs and fees.

Accordingly, Jane Doe #1, Jane Doe #2, and the Defendants hereby stipulate to the dismissal of Jane Doe #2 from this matter, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal shall in no way affect the individual claims or class claims asserted by Plaintiff Jane Doe #1.

Respectfully submitted this 3rd day of March 2023,

/s/ *Gregory Zarzaur*
Gregory Zarzaur (ASB-0759-E45Z)
Kelsie Overton (ASB-1791-F80L)
THE ZARZAUR LAW FIRM
2332 Second Avenue North
Birmingham, Alabama 35203
T: (205) 983-7985
E: gregory@zarzaur.com
kelsie@zarzaur.com

Joshua P. Hayes
PRINCE GLOVER HAYES
701 Rice Mine Road
Tuscaloosa, Alabama 35406
T: (205) 345-1234
E: jhayes@princelaw.net

Kimberly Lambert Adams*
Kathryn L. Avila*
LEVIN PAPANTONIO RAFFERTY
316 S. Bavlen Street, Suite 600
Pensacola, FL 32502
T: (850) 435-7056
E: kadams@levinlaw.com
kavila@levinlaw.com

**pro hac vice*

Brian Kent*
Gaetano D. Andrea*
Jill P. Roth*
M. Stewart Ryan*
Alexandria MacMaster*
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
T: (215) 399-9255
E: bkent@lbk-law.com
gdandrea@lbk-law.com
jroth@lbk-law.com
sryan@lbk-law.com
amacmaster@lbk-law.com
**pro hac vice*

Benjamin W. Bull*
Dani Bianculli Pinter*
Christen M. Price*
Peter A. Gentala*
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F Street NW, Suite 200
Washington, D.C. 20004
T: (202) 393-7245
E: lawcenter@ncose.com
**pro hac vice*

Kevin Dooley Kent*
Mark B. Schoeller*
Joseph W. Jesiolowski*
Vanessa Huber*
CLARK HILL PLC
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
T: (215) 640-8500
E: kkent@clarkhill.com

mschoeller@clarkhill.com
jjesiolowski@clarkhill.com
vhuber@clarkhill.com
**pro hac vice*

*Counsel for the Plaintiffs*

/s/ Sara M. Turner
Sara M. Turner
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Shipt Tower
420 20th Street North
Suit 1400
Birmingham, AL 35203
T: (205) 250-8316
E: smturner@bakerdonelson.com

Kathleen N. Massey*
Hayden Coleman*
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
T: (212) 698-3500
E: kathleen.massey@dechert.com
hayden.coleman@dechert.com
**pro hac vice*

*Counsel for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify on this 3rd day of March 2023, this document was filed through the Electronic Case Filing System of the United States District Court for the Northern District of Alabama and will be served electronically by the court to all participants of record.

*/s/ Gregory Zarzaur*
Gregory Zarzaur