FILED
2023 May-12  AM 10:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JANE DOE #1, and JANE DOE #2, on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO: 7:21-cv-00220-LSC |
| v. ) ) | Honorable L. Scott Coogler |
| MG FREESITES, LTD, d/b/a "PORNHUB"; MG FREESITES II LTD; MINDGEEK S.A.R.L.; MINDGEEK USA INCORPORATED; MG CY HOLDINGS LTD; MINDGEEK CONTENT RT LIMITED; 9219-1568 QUEBEC, INC., d/b/a MINDGEEK; MG BILLING LTD, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## [PROPOSED] ORDER FOR EXTENSION OF CLASS CERTIFICATION DEADLINES

This order is entered under Fed. R. Civ. P. 16(b) based on the parties' joint motion for an extension of time. The Parties' Joint Motion for Extension of Class Certification Deadlines is **GRANTED**.

Class Certification:

Motion:             Plaintiff's motion for class certification is due by Friday, September 8, 2023.

1

| | |
|---|---|
| Response: | Defendants' response to Plaintiff's motion for class certification is due thirty (30) days after Plaintiff's motion is filed. |
| Reply: | Plaintiff's reply brief in support of class certification is due fifteen (15) days after the Defendants' response is filed. |
| Hearing: | At least thirty days (30) after Plaintiff's reply brief is filed. |

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED May X, 2023.

_____
Chief Judge L. Scott Coogler
United States District Court
Northern District of Alabama