FILED
2023 May-23 PM 03:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

