FILED
2023 May-23  PM 03:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

 JUSTICE FOR ʲ ALL

**Gregory Zarzaur <gregory@zarzaur.com>**

# Email

**Yeary, Michelle** <michelle.yeary@dechert.com>                          Thu, Mar 30, 2023 at 2:20 PM
To: Gregory Zarzaur <gregory@zarzaur.com>
Cc: "Massey, Kathleen" <kathleen.massey@dechert.com>

Greg –

We have investigated the email you identified earlier today and do not believe the images depict underage individuals. We certainly would not and did not intentionally produce images depicting underage individuals.

As the email you identified indicated, the ad included images from a content producer named Cutegfs.com. The producer's website had a link to a 2257 compliance statement that the individuals depicted were 18 or older at the time of the creation of the content.

MindGeek found a separate email discussing the content of Cutegfs.com, which we attach. In that email, you will note the statement: "There have been some complaints about them, but they are 2257 models.", reiterating MindGeek's belief that this particular website attested to complying with applicable 2257 standards.

Nonetheless, we are informed that MindGeek had the advertiser modify both the content of its ads and of its website because they included images that users identified as potentially inappropriate, which MindGeek agreed with. MindGeek also implemented a process for auditing the ads placed by the advertiser, and in this case the website of the advertiser, to identify and remove unwanted images.

As discussed, we have endeavored to blur any images that could be viewed as depicting underage individuals. We attach a produced copy of the email you sent in which the image was blurred. Unfortunately, two copies of the email you provided included images that were inadvertently not blurred. Please delete those from your production and we will provide substitute versions that have the images blurred.

Thank you.

**Michelle Hart Yeary**

Counsel

**Dechert LLP**

Cira Centre

2929 Arch Street

Philadelphia, PA 19104-2808

+1 609 955 3277 Direct

+1 609 471 2434 Mobile

michelle.yeary@dechert.com

dechert.com

Follow Dechert: Facebook / Twitter / LinkedIn

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

**2 attachments**

 **MindGeek_NDAL_00003024.pdf**
33K

**CTRL-E0002609692.pdf**
454K

| From: | Tanya Prince [/O=MGCORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7AD5EFBE8DD8427DBE4861E86A788530-TANYA PRINCE] |
|---|---|
| Sent: | 3/6/2019 4:41:11 PM |
| To: | Manuel Andrade [Manuel.Andrade@mindgeek.com] |
| CC: | Rabih Boulmona [Rabih.Boulmona@mindgeek.com]; Laura Blom [Laura.Blom@mindgeek.com] |
| Subject: | RE: Flagged Ad |

The complaints refer to all of the models in the ads looking underage. I received complaints about this ad as well as for the ones where these are displayed individually.

Thanks,
Tanya

**From:** Manuel Andrade <Manuel.Andrade@mindgeek.com>
**Sent:** Wednesday, March 06, 2019 11:37 AM
**To:** Tanya Prince <Tanya.Prince@mindgeek.com>
**Cc:** Rabih Boulmona <Rabih.Boulmona@mindgeek.com>; Laura Blom <Laura.Blom@mindgeek.com>
**Subject:** RE: Flagged Ad

Hello Tanya,

Are the complaints regarding a particular model in the ad? Or more towards their actual landing page?

Thank you,



**MANUEL ANDRADE**
*Product & Operations Coordinator*

T : +1.855.585.8659  #2334
SKYPE : TRAFFICJUNKYMANUEL

MindGeek          PROUDLY SERVING   AdTool7

**From:** Tanya Prince <Tanya.Prince@mindgeek.com>
**Sent:** Wednesday, March 06, 2019 11:10 AM
**To:** Manuel Andrade <Manuel.Andrade@mindgeek.com>
**Cc:** Rabih Boulmona <Rabih.Boulmona@mindgeek.com>; Laura Blom <Laura.Blom@mindgeek.com>
**Subject:** Flagged Ad

Good morning,

I just wanted you to be aware that I have received a large amount of complaints regarding the Cutegfs.com ads like the one below. I direct them to the link which is available on their site https://www.cutegfs.com/notices/2257.php?site=www.cutegfs.com&co=, but due to the high volume of complaints, I wanted to send an email.

# Redacted - Sensitive

Thank you,

**Tanya Prince**
Community Coordinator, Tubes
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Email: tanya.prince@mindgeek.com



| From: | Manuel Andrade </O=MGCORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=90917F4BBE364ACC8E235847ABECE940-MANUEL ANDRADE> |
|---|---|
| To: | Moustapha Moughrabi |
| CC: | Warren Knight; Graham Collie |
| Sent: | 3/8/2019 10:31:57 AM |
| Subject: | Mikece Ads "underage" |

Hey Mous,

There have been some complaints about them but they are 2257 models.
We would like to get your feedback on the below image.

**Redacted - Sensitive**

Lander: www.cutegfs.com

@Warren will provide revenue from customer.

Thank you,



**MANUEL ANDRADE**
*Product & Operations Coordinator*

T : +1.855.585.8659  #2334
SKYPE : TRAFFIC.JUNKYMANUEL

 **AdTool7**

CONFIDENTIAL

 JUSTICE FOR ɤ ALL

**Gregory Zarzaur <gregory@zarzaur.com>**

## Email

**Gregory Zarzaur** <gregory@zarzaur.com>    Thu, Mar 30, 2023 at 2:30 PM
To: "Yeary, Michelle" <michelle.yeary@dechert.com>
Cc: "Massey, Kathleen" <kathleen.massey@dechert.com>

Michelle:

I am confused by the last paragraph of your email. We never sent you any emails with images. I think that reference was an error or to be directed to someone else. As we just discussed, I will be calling Sara Turner with the expectation that we will jointly be calling the Court.

Best,
Gregory Zarzaur
2332 2nd Ave. N.
Birmingham, AL 35203
P | 205 983 7985
F | 888 505 0523
C | 205 447 2323
E | gregory@zarzaur.com

This e-mail message and any files transmitted with it could be confidential or otherwise privileged as subject to the attorney-client privilege or the attorney work-product doctrine. Privileged or confidential information is for the intended recipient of this e-mail message. If you have received this e-mail message in error, please notify the sender immediately by telephone at 205-983-7985 or by reply e-mail and destroy the original message without making copies. Unauthorized review, use, disclosure, dissemination, or distribution is prohibited. Thank You.

[Quoted text hidden]

JUSTICE FOR y ALL

Gregory Zarzaur <gregory@zarzaur.com>

## Email

**Yeary, Michelle** <michelle.yeary@dechert.com>
To: Gregory Zarzaur <gregory@zarzaur.com>
Cc: "Massey, Kathleen" <kathleen.massey@dechert.com>

Thu, Mar 30, 2023 at 2:32 PM

Sorry, not that you sent, that you referenced.


**Michelle Hart Yeary**

Counsel


**Dechert LLP**

Cira Centre

2929 Arch Street

Philadelphia, PA 19104-2808

+1 609 955 3277 Direct

+1 609 471 2434 Mobile

michelle.yeary@dechert.com

dechert.com


Follow Dechert: Facebook / Twitter / LinkedIn


**From:** Gregory Zarzaur <gregory@zarzaur.com>
**Sent:** Thursday, March 30, 2023 3:31 PM
**To:** Yeary, Michelle <michelle.yeary@dechert.com>
**Cc:** Massey, Kathleen <kathleen.massey@dechert.com>
**Subject:** Re: Email


[EXTERNAL EMAIL]

[Quoted text hidden]
[Quoted text hidden]