IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JANE DOE #1, and JANE DOE #2, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>MG FREESITES, LTD, d/b/a "PORNHUB"; MG FREESITES II LTD; MINDGEEK S.A.R.L.; MINDGEEK USA INCORPORATED; MG CY HOLDINGS LTD; MINDGEEK CONTENT RT LIMITED; 9219-1568 QUEBEC, INC., d/b/a MINDGEEK; MG BILLING LTD,<br><br>                    Defendants. | CIVIL ACTION NO:<br>7:21-cv-00220-LSC<br><br><br>Honorable L. Scott Coogler |

**DECLARATION OF MARK B. SCHOELLER IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Mark B. Schoeller, hereby declare and state as follows:

1. I am Senior Counsel at the law firm Clark Hill PLC and have been admitted *pro hac vice* as counsel for Plaintiff Jane Doe #1 in the above-captioned action. I am a member in good standing of the State Bars of Pennsylvania and New Jersey and am also admitted to practice in the United States District Courts for the Eastern District of Pennsylvania, the Middle District of Pennsylvania, and the District of New Jersey, and the United States Courts of Appeals for the Third Circuit, Ninth Circuit, and Federal Circuit.

2. I make this Declaration in support of Plaintiff's Motion for Class

Certification. I have personal knowledge of the matters set forth herein and, if called as a witness, can and will competently testify thereto under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Defendants' Responses to Plaintiff's Requests for Admission.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an Excel spreadsheet bates-labeled MindGeek_NDAL_00479021, which has been filed under seal.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an August 2019 MindGeek Management Presentation bates-labeled MindGeek_NDAL_00384196, which has been filed under seal.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a 2017 MindGeek Corporate Overview document bates-labeled MindGeek_NDAL_00033431, which has been filed under seal.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a December 4-11, 2018 email chain bates-labeled MindGeek_NDAL_00003131, which contains redactions in accordance with the Protective Order (ECF No. 61).

8. Attached hereto as **Exhibit 6** is a true and correct copy of an Excel spreadsheet bates-labeled MindGeek_NDAL_00292243, which contains redactions in accordance with the Protective Order (ECF No. 61).

9. Attached hereto as **Exhibit 7** is a true and correct copy of an Excel spreadsheet bates-labeled MindGeek_NDAL_00204103, which has been filed under seal.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a February 11-13, 2021 Teams chat conversation bates-labeled MindGeek_NDAL_00551190, which has been filed under seal.

11. Attached hereto as **Exhibit 9** are excerpts from the August 9, 2023 Deposition of Lauren Franklin.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a March 30-April 17, 2020 email chain bates-labeled MindGeek_NDAL_00516381, which contains redactions in accordance with the Protective Order (ECF No. 61).

13. Attached hereto as **Exhibit 11** is a true and correct copy of a December 5, 2019-January 17, 2020 email chain bates-labeled MindGeek_NDAL_00564963, which has been filed under seal.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a December 4, 2018 email bates-labeled MindGeek_NDAL_00001921, which contains redactions in accordance with the Protective Order (ECF No. 61).

15. Attached hereto as **Exhibit 13** is a true and correct copy of a November 2-7, 2020 Teams chat conversation bates-labeled MindGeek_NDAL_00120434, which contains redactions in accordance with the Protective Order (ECF No. 61).

16. Attached hereto as **Exhibit 14** is a true and correct copy of a December 28, 2020 Teams chat conversation bates-labeled MindGeek_NDAL_00117082, which contains redactions in accordance with the Protective Order (ECF No. 61).

17. Attached hereto as **Exhibit 15** is a true and correct copy of the Declaration of Timothy Weaver, which has been filed under seal.

18. Attached hereto as **Exhibit 16** is a true and correct copy of an Excel spreadsheet bates-labeled MindGeek_NDAL_00492382, which has been filed under seal.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a November 5, 2019 email and Excel spreadsheet attachment to the email, bates-labeled MindGeek_NDAL_00010369 & 00010371, respectively, which contains redactions in accordance with the Protective Order (ECF No. 61).

20. Attached hereto as **Exhibit 18** is a true and correct copy of the Declaration of Plaintiff Jane Doe, which contains redactions in accordance with the Protective Order (ECF No. 61).

21. Attached hereto as **Exhibit 19** is a true and correct copy of the Declaration of Gregory Zarzaur, which contains redactions in accordance with the Protective Order (ECF No. 61).

22.     Attached hereto as **Exhibit 20** is a true and correct copy of an Excel spreadsheet bates-labeled MindGeek_NDAL_00104652, which has been filed under seal.

23.     Attached hereto as **Exhibit 21** is a true and correct copy of a July 14-22, 2020 email chain bates-labeled MindGeek_NDAL_00428147, which has been filed under seal.

24.     Attached hereto as **Exhibit 22** is a true and correct copy of the National Center for Missing and Exploited Children's ("NCMEC") 2020-2022 CyberTipline Reports by Electronic Service Providers.

25.     Attached hereto as **Exhibit 23** is a true and correct copy of a MindGeek document regarding the Pornhub Model Program bates-labeled MindGeek_NDAL_00525681.

26.     Attached hereto as **Exhibit 24** are excerpts from the July 14, 2023 Deposition of C. Braden Bulloch.

27.     Attached hereto as **Exhibit 25** is a true and correct copy of an Excel spreadsheet bates-labeled MindGeek_NDAL_00440499, which has been filed under seal.

28.     Attached hereto as **Exhibit 26** is a true and correct copy of an Excel spreadsheet bates-labeled MindGeek_NDAL_00500819, which has been filed under seal.

29. Attached hereto as **Exhibit 27** is a true and correct copy of an October 1-7, 2020 Teams chat conversation bates-labeled MindGeek_NDAL_00117395, which has been filed under seal.

30. Attached hereto as **Exhibit 28** are excerpts from an Excel spreadsheet bates-labeled MindGeek_NDAL_00492353, which has been filed under seal.

31. Attached hereto as **Exhibit 29** is a true and correct copy of a March 22, 2019 email and Excel spreadsheet attachment to the email, bates-labeled MindGeek_NDAL_00004210 & 00004211, respectively, which has been filed under seal.

32. Attached hereto as **Exhibit 30** are excerpts from the August 8, 2023 30(b)(6) Deposition of Lauren Franklin.

33. Attached hereto as **Exhibit 31** is a true and correct copy of a November 19-21, 2019 Teams chat conversation bates-labeled MindGeek_NDAL_00004493, which has been filed under seal.

34. Attached hereto as **Exhibit 32** is a true and correct copy of an Excel spreadsheet bates-labeled MindGeek_NDAL_00428230, which has been filed under seal.

35. Attached hereto as **Exhibit 33** is a true and correct copy of an Excel spreadsheet bates-labeled MindGeek_NDAL_00181353, which has been filed under seal.

Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 8, 2023
/s/ *Mark B. Schoeller*
Mark B. Schoeller*
CLARK HILL PLC
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
T: (215) 640-8500
E: mschoeller@clarkhill.com
**pro hac vice*

*Counsel for Plaintiff Jane Doe #1*