# Exhibit 5
# MindGeek_NDAL_00003131

Plaintiff has moved to file an unredacted version of this document under seal.

| | |
|---|---|
| From: | |
| To: | |
| CC: | |
| Sent: | 12/11/2018 4:55:48 PM |
| Subject: | RE: screenshots |
| Attachments: | image001.jpg; image002.jpg |

Hi

If the URL can be modified in such a way that the original URL does not redirect to it, and also in a way in which it does not show up in searches for "very + young + teen" or "very + younger + teen", then this might work.

Otherwise we may need to produce 2257.

The title is not the issue in this case.

Let me know.

Thank you.

7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office:
Mobile:



From:
Sent: Tuesday, December 11, 2018 11:46 AM
To:
Cc:

Subject: RE: screenshots

Hi

I can report that 4 of the 5 flagged videos have been removed.

The 5th video ▮▮▮▮▮▮▮▮▮▮ is being contested by Tubes. The video is from an important strategic content partner for Pornhub. ▮▮ is prepared to produce a 2257 for all performers in the scene to be provided to the inquiring party.

In addition, we are exploring the following possibilities:

- Changing the URL, so it no longer appears on Thumbzilla or PH as flagged.
- Asking the partner to change the title to something less controversial.

I should have an update this afternoon. Please let me know if these solutions will work.

[redacted]

7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: [redacted]
Email: [redacted]



**From:** [redacted]
**Sent:** Monday, December 10, 2018 5:29 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: screenshots

Guys, can you please arrange to have the other three clips removed? The acquirer is insisting due to their perception of the content by their management team.

Thank you.

[redacted]

7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: [redacted]
Mobile: [redacted]



**From:** [redacted]
**Sent:** Tuesday, December 4, 2018 10:10 PM
**To:** [redacted]
**Subject:** Re: screenshots

Both videos are confirmed removed

[redacted]

On Dec 4, 2018, at 5:21 PM, [redacted] wrote:

Do you think we can remove the first and third based on a bank flagging them



7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: [redacted]
Mobile: [redacted]

&lt;image001.jpg&gt;

**From:** ▇▇▇
**Sent:** Tuesday, December 4, 2018 5:20 PM
**To:** ▇▇▇
**Subject:** RE: screenshots

Hi ▇▇▇

▇▇▇

borderline but passable, probably taken from webcam site that verify 2257

▇▇▇

Looks over 18

▇▇▇

this one is the worst one in my opinion

▇▇▇

No issues at all.

▇▇▇

looks over 18

Nothing I see here is alarming from tube standards. Let me know what you think.

▇▇▇

**From:** ▇▇▇
**Sent:** Tuesday, December 04, 2018 5:09 PM
**To:** ▇▇▇
**Subject:** RE: screenshots

▇▇▇

▇▇▇
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: ▇▇▇
Mobile: ▇▇▇
▇▇▇

&lt;image001.jpg&gt;

**From:** ▇▇▇
**Sent:** Tuesday, December 4, 2018 5:09 PM
**To:** ▇▇▇
**Subject:** RE: screenshots

This is from our sites?

▇▇▇

**From:** ███████
**Sent:** Tuesday, December 04, 2018 5:04 PM
**To:** ███████
**Subject:** FW: screenshots

Are you sure about the yellow ones?

███████

7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: ███████
Mobile: ███████
███████

<image001.jpg>

**From:** ███████
**Sent:** Tuesday, December 4, 2018 4:49 PM
**To:** ███████
**Subject:** [External] screenshots

Guys,
Thanks for the time earlier.
Attached are the screenshots.
Not every image is concerning but a few are, see highlighted titles + ███████

Thanks

Please refer to www.paysafe.com/regulatory-disclosures/ for corporate and regulatory disclosures regarding members of the Paysafe Group. The Paysafe Group archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. The Paysafe Group accepts no liability for any errors or omissions arising as a result of transmission.