# Exhibit 9
# L. Franklin August 9, 2023
# Deposition Transcript Excerpts

## In the Matter Of:

*Jane Doe vs*

*MindGeek USA*

*LAUREN FRANKLIN*

*August 09, 2023*



```
 1      IN THE UNITED STATES DISTRICT COURT
     FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2                    - - -

 3   JANE DOE, on behalf of   :  CIVIL ACTION
     herself and all others   :
 4   similarly situated,      :  NO.
                              :  8:21-cv-00338
 5          Plaintiffs,        :
                              :
 6          -against-          :
                              :
 7   MINDGEEK USA             :
     INCORPORATED, MINDGEEK   :
 8   S.A.R.L., MG             :
     FREESITES, LTD, (d/b/a   :
 9   PORNHUB), MG FREESITES   :
     II, LTD, MG CONTENT RT   :
10   LIMITED, and 9219-1568   :
     QUEBEC INC. (d/b/a)      :
11   MINDGEEK,                :
                              :
12          Defendants.        :

13      CONFIDENTIAL - PROTECTIVE ORDER

14
                   - - -
15
               August 9, 2023
16
                   - - -
17
                 Videotaped deposition of
18   LAUREN FRANKLIN, taken in her personal
     capacity, pursuant to notice, was held at
19   the law offices of Dechert LLP, 1095
     Avenue of the Americas, beginning at 9:08
20   a.m., on the above date, before Michelle
     L. Gray, a Registered Professional
21   Reporter, Certified Court Reporter,
     Certified Realtime Reporter, and Notary
22   Public.

23

24

25
```

Case 7:21-cv-00220-RDP   Document 95-12   Filed 09/08/23   Page 4 of 7
Jane Doe vs                                                Lauren Franklin
MindGeek USA              Confidential                     August 09, 2023

81

1  BY MS. GREGORY:

2       Q.   Do you know who made the

3  decision to only allow verified uploaders

4  to post content?

5       A.   I don't.

6            MS. GREGORY:  I'll mark as

7       Exhibit 68 a press release from

8       MindGeek's website.

9            (Document marked for

10      identification as Franklin

11      Exhibit 68.)

12 BY MS. GREGORY:

13      Q.   Ms. Franklin, Exhibit 68 is

14 a press release by Pornhub dated

15 December 14, 2020, correct?

16      A.   Yes.

17      Q.   Have you seen this press

18 release before?

19      A.   Yes.

20      Q.   The press release is titled,

21 "The Latest on Our Commitment to Trust

22 and Safety," correct?

23      A.   Yes.

24      Q.   In what context have you

25 seen this press release before?

Case 7:21-cv-00220-RDP   Document 95-12   Filed 09/08/23   Page 5 of 7
Jane Doe vs                                                    Lauren Franklin
MindGeek USA                    Confidential                   August 09, 2023

82

1        A.    I saw it at the time that it
2   was released.  We also added a page
3   similar to this in our trust and safety
4   center.
5        Q.    The press release states,
6   "At Pornhub the safety of our community
7   is our top priority.  Last week, we
8   enacted the most comprehensive safeguards
9   in user-generated platform history.  We
10  banned unverified uploaders from posting
11  new content, eliminated downloads, and
12  partnered with dozens of nonprofit
13  organizations, among other major policy
14  changes.  Please read here for more
15  details," correct?
16       A.    Yes.
17       Q.    Based on this press release,
18  it seems MindGeek banned unverified
19  uploaders on Pornhub around December 7,
20  2020, is that accurate?
21            MS. MASSEY:  Object to form.
22            THE WITNESS:  It says last
23        week, and the article was
24        posted -- or the blog post was
25        posted on December 14th.

83

1  BY MS. GREGORY:

2        Q.   That would mean the change

3  in practice occurred around December 7,

4  2020, correct?

5             MS. MASSEY:  Object to form.

6             THE WITNESS:  Based on the

7        math, yes.

8  BY MS. GREGORY:

9        Q.   Do you think it was a good

10 idea that MindGeek banned unverified

11 uploaders from posting new content?

12            MS. MASSEY:  Object to form.

13            THE WITNESS:  I think it

14       made the platform safer to only

15       accept uploads from verified

16       uploaders.

17 BY MS. GREGORY:

18       Q.   How did it make the platform

19 safer?

20            MS. MASSEY:  Object to form.

21            THE WITNESS:  In verifying

22       the user, you know who the user

23       is.  You know their age.  And

24       given that knowledge, it acts as a

25       deterrent from uploading content

84

1           that could violate our terms of
2           service.
3    BY MS. GREGORY:
4           Q.   How does providing the
5    user's age act as a deterrent from
6    uploading content that could violate your
7    terms of service?
8           A.   I said knowing the user's
9    identity acts as a deterrence for
10   violating the terms of service.
11          Q.   You also said knowing the
12   user's age acts as a deterrent for
13   violating the terms of service.
14          A.   Right.  We would know the
15   age because we have the user's
16   government-issued ID.
17          Q.   Having the government-issued
18   ID of the performer in the video helps
19   ensure that the performer is over the age
20   of 18, correct?
21              MS. MASSEY:  Object to form.
22              THE WITNESS:  It helps
23          ensure that the user posting
24          content is over the age of 18.
25   BY MS. GREGORY: