# Exhibit 10
# MindGeek_NDAL_00516381

Plaintiff has moved to file an unredacted version of this document under seal.

| | |
|---|---|
| **From:** | |
| **To:** | |
| **CC:** | |
| **Sent:** | 4/17/2020 11:07:35 PM |
| **Subject:** | RE: Draft Contracts for MindGeek & IWF Partnership |

# Redacted - Privilege

**From:**
**Sent:** Friday, April 17, 2020 12:20 PM
**To:**
**Cc:**

**Subject:** Re: Draft Contracts for MindGeek & IWF Partnership

Hi

# Redacted - Privilege

Thank you,

**From:**
**Sent:** 07 April 2020 16:20
**To:**
**Cc:**

**Subject:** Re: Draft Contracts for MindGeek & IWF Partnership

Agree 100%

Sent from Outlook Mobile

---

**From:** [redacted]
**Sent:** Tuesday, April 7, 2020 7:48:38 AM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Draft Contracts for MindGeek & IWF Partnership

+ [redacted]

Hi all,

is everyone in agreement that the benefit of this contract is worth more than any stake in IPR from the potential engineering tools we agree to help create with the IWF and their partners? [redacted] is OK to waive IP claims if the group agrees.

However, he also noted that only the IWF should be granted the licence and not 3rd parties, which makes sense. Though from my reading of the agreement, if we were to help create something (e.g. CSAM Protection Tool X) then the IWF would be permitted to use it, which would also involve use by their partners/members, some of whom may also have helped create it - which again makes sense.

I completely see that we don't want others (particularly adult competitors) to benefit from something we have invested in, but I also see the reputational benefit of coming together with mainstream tech companies and the IWF to create something if the right project were to present itself.

Thanks,

[redacted]

---

**From:** [redacted]
**Sent:** 06 April 2020 16:00
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Draft Contracts for MindGeek & IWF Partnership

Many thanks ▮

# Redacted - Privilege

thanks,

▮

**From:** ▮
**Sent:** 06 April 2020 14:28
**To:** ▮
**Cc:** ▮
**Subject:** RE: Draft Contracts for MindGeek & IWF Partnership



## Redacted - Privilege



7777 Boulevard Décarie, Suite 600

Montréal, QC H4P 2H2

Office: ▮
Mobile ▮
Email : ▮

**From:** ▇
**Sent:** Friday, April 3, 2020 2:59 PM
**To:** ▇
**Cc:** ▇
**Subject:** Re: Draft Contracts for MindGeek & IWF Partnership

Hi ▇

## Redacted - Privilege

Thank you,

▇

---

**From:** ▇
**Sent:** 03 April 2020 18:44
**To:** ▇
**Cc:** ▇
**Subject:** Re: Draft Contracts for MindGeek & IWF Partnership

Absolutely, understood.

Thanks

▇

---

**From:** ▇
**Sent:** 03 April 2020 18:42:54
**To:** ▇
**Cc:** ▇
**Subject:** RE: Draft Contracts for MindGeek & IWF Partnership

Yes please work on it right away it is very tine sensitive I want to get this back to them right away

**From:** ▮
**Sent:** Friday, April 3, 2020 12:52 PM
**To:** ▮
**Cc:** ▮
**Subject:** RE: Draft Contracts for MindGeek & IWF Partnership

Hi ▮

Please do keep me looped in. We still need to figure out the hash list, we didn't really discuss it in today's call.

**From:** ▮
**Sent:** Friday, April 3, 2020 12:50 PM
**To:** ▮
**Cc:** ▮
**Subject:** Re: Draft Contracts for MindGeek & IWF Partnership

I was going to suggest I work with ▮ on the agreement now I've clarified the details, with a view to getting a redline off to them early next week if that would meet with everyone's approval?

---

**From:** ▮
**Sent:** 03 April 2020 17:47
**To:** ▮
**Cc:** ▮
**Subject:** Re: Draft Contracts for MindGeek & IWF Partnership

Great will they come back to us ?

Sent from Outlook Mobile

---

**From:** ▮
**Sent:** Friday, April 3, 2020 11:51:58 AM
**To:** ▮
**Cc:** ▮

**Subject:** Re: Draft Contracts for MindGeek & IWF Partnership

Hi all,

I wanted to provide you with an update following a call with the IWF which ▇ and I conducted today.

In short, they were very agreeable and open changes in the agreement.

To clarify the major points:

**Indemnity** - They appreciate our stance and this can be toned down. They suggested making making it a "direct" loss rather than "indirect" for starters. We can go back with a form of words we are happy with.

**Providing engineering/tech support** - we can change the language to "as agreed between both parties" or similar so we are not committed to specifics.

**"Chatbot"** reference can be removed, and keep it generic so there are no deliverable's mentioned

**Age verification** - They do not expect us to implement age verification nor a splash/warning page consenting to our t's and c's prior to entry to our sites. We can adjust the language to make that clearer.

**Logo use** - We made it clear we wanted to use the logo in the same way we use the INHOPE logo on our products and they will come back to us on that after discussing with ▇ when she's back from holiday next week, but they made positive noises that suggested this would be OK.

**Sharing data** - We share what we have, and what we are comfortable with, and certainly anonymised. Again we can make any changes for clarity. Their intention is to see if we can assist in preventing people offending before they do, so per my previous comments just behavioural patterns if there are any.

On a separate note, they mentioned that the URL and Hash list agreements are little more standard so they may not be able to change much there.

Many thanks,

▮

---

**From:** ▮
**Sent:** 30 March 2020 10:51
**To:** ▮
**Cc:** ▮
**Subject:** Re: Draft Contracts for MindGeek & IWF Partnership

# Redacted - Privilege