FILED
2023 Sep-08 PM 07:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 12
# MindGeek_NDAL_00001921

Plaintiff has moved to file an unredacted version of this document under seal.

**From:** ▮
**To:** ▮
**Sent:** 12/4/2018 8:26:02 PM
**Subject:** Conversation with ▮

▮ 3:05 PM:
hi

▮ 3:05 PM:
heeeeeeeeeeeeeeeeeeeeeeeey

▮ 3:06 PM:
u think those chicks are underage?

▮
:)

▮ 3:07 PM:
mm i am not loving the avatar picture lol

▮ 3:08 PM:
lol
ya i dunno lol
the first two vids are questionnable

▮ 3:08 PM:
but checking the videos

▮ 3:08 PM:
and no ids
so possible white guy
fucking underage asian chicks user

▮ 3:13 PM:
lol yeah i am going to get rid of the avatar like i am not loving it

▮ 3:14 PM:
ok