FILED
2023 Sep-08 PM 07:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 13
# MindGeek_NDAL_00120434

Plaintiff has moved to file an unredacted version of this document under seal.

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 293 | Date Range: 11/2/2020 - 11/7/2020 |

## Outline of Conversations

 **Teams chat between** ███████████████  293 messages between 11/2/2020 - 11/7/2020 · ███████████ Unknown

**Messages in chronological order** (times are shown in GMT +00:00)

💬 **Teams chat between** ▮▮▮▮▮▮▮▮▮▮



[11:17 PM] ▮▮▮▮▮▮
https://cms.pornhub.com/video/edit?id=320918551

[11:17 PM] ▮▮▮▮▮▮

The account is the guys who is of age, but i have an ID of a black girl born August 1 2002

So the video was uploaded when she was underage IF it is the girl in the IDs

I assume it is her, but obviously without me seeing her face i cant say 100%

Should i tos8 this content and fingerprint? or just take it down as underage as i can identify 100%?

▮▮▮▮▮▮                                                                                                      11/2/2020, 9:22 PM
it has to do when tos ing the vids

▮▮▮▮▮▮                                                                                                      11/2/2020, 9:22 PM
I would TOS but not for CSAM

▮ 11/2/2020, 9:22 PM
we can't be sure it's her

▮ 11/2/2020, 9:22 PM
so it's not APPARENTLY

▮ 11/2/2020, 9:22 PM
yeah exactly

▮ 11/2/2020, 9:22 PM
APPARENT*

▮ 11/2/2020, 9:23 PM
thats what i was thinking too, cuz im only assuming that its her

▮ 11/2/2020, 9:23 PM
alright perfect

▮ 11/2/2020, 9:23 PM
thanks

CONFIDENTIAL