FILED
2023 Sep-08 PM 07:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 14
# MindGeek_NDAL_00117082

Plaintiff has moved to file an unredacted version of this document under seal.


## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 80 | Date Range: 12/28/2020 |

### Outline of Conversations

**Messages in chronological order** (times are shown in GMT +00:00)

**Teams chat between** [redacted]

S [redacted] 12/28/2020, 2:22 PM
good morning [redacted] & welcome back!

T [redacted] 2:22 PM
Hello!

T [redacted] 2:22 PM
😄

S [redacted] 2:22 PM
Your status is still showing on Teams 😉

S [redacted] 2:22 PM
AMSImage sent

Status of [redacted] I am out of the office and will be back December 28th

*Image: 0-cca-d1-c68b3268f188d8d8a0a262de62fef6b8.png (4 KB)*

T [redacted] 2:23 PM
oh I think I had set it to stop at 10: 30 in case

T [redacted] 2:23 PM
lol

S [redacted] 2:23 PM
I know you're probably catching up on a lot of emails and tickets. Can I ask you to help me with something urgent re: CSAM?

T [redacted] 2:23 PM
sure!

S [redacted] 2:24 PM
[redacted]



S 2:24 PM
these videos are all pending. we need to set to tos-08, fingerprint, ban and generate ncmec report

S 2:25 PM
can u pls tell me when it's all done?

T 2:25 PM
I will do it now and tell you when it's done

S 2:26 PM
merci

T 2:26 PM
Oh

[redacted] 2:26 PM
all but one of these are model videos

[redacted] 2:26 PM
ya, ok so let's not ban. we can fingerprint those ones though.

[redacted] 2:27 PM
i'll inform the MP team

[redacted] 2:27 PM
so set the vids to TOS8 and fingerprint only?

[redacted] 2:27 PM
and I'll ban and report the one non model

[redacted] 2:28 PM
oh wait they are all mpp. My mistake

[redacted] 2:29 PM
yeah, looks that way.

[redacted] 2:29 PM
hmmm

[redacted] 2:29 PM
one sec. my brain is foggy.

[redacted] 2:29 PM
np I will stand by

[redacted] 3:08 PM
hi [redacted] please proceed with the one video uploaded by a regular user (tos-8, fingerprint + ban user and generate ncmec report)

[redacted] 3:08 PM
i have the model team helping out for the remaining 9 videos so you don't have to worry about those ones 😄

[redacted] 3:08 PM
It appears as a verified user, but if you go to the video edit page it's actually a model

[redacted] 3:09 PM
the username is orange

[redacted] 3:11 PM
that's weird. i do those steps but then when i click on the orange username it brings me to the edit user page and it doesn't look like a model account

[redacted] 3:12 PM

AMSImage sent

*Image: 0-cca-d4-cc373652a20eef594037a8b6828802a1.png (9 KB)*

T 3:12 PM

I don't know why. I asked about it once and if I remember correctly, she told me to treat it as a model video

T 3:13 PM

it's confusing if you ask me lol

S 3:13 PM

ya, very confusing!

S 3:13 PM

i'll add this one to the list for MP to review

S 3:51 PM

hey, for this ticket, can u pls send it to legal and cc me? we can ask them if its required by law in poland and if they say yes, then i can reply back and cc so he is aware

T 3:53 PM

ok!

S 3:59 PM

Hi again, for this email below, can I leave it with you?

S 3:59 PM

AMSImage sent

Possible bank threat / please remove videos

JO
To
Cc CustomerCare_QCR

- @gmail.com

- All the charges starting on Oct 25, 2020 up to Dec 26, 2020

- Modelhub

thank you

*Image: 0-eca-d3-69f2837d3dbfe9b0cb4bb57d906e1233.png (33 KB)*

T 4:00 PM
already taken care of 😄

S 4:17 PM
you da BEST!

T 4:51 PM
Hey

T 4:52 PM
I noticed that there are a bunch of emails forwarded from and the email text is missing

T 4:52 PM
is it the way they are being forwarded?

T 4:52 PM
or maybe they didn't have text and just a subject

T 4:53 PM

S 5:20 PM
i think it's the way that the tickets are being forwarded.

S 5:21 PM
it looks like is sending them from her iphone and it's not giving us the full message

S 5:21 PM
i'll ask if she can re-try from a computer

T 5:21 PM
ok thanks!

S 5:25 PM
i've reassigned them back to

S 5:25 PM
i'll let you know if replies

S 5:25 PM
got 5 minutes for a quick catch up?

T 5:25 PM
sure

T [redacted] 8:24 PM
Just wanted to check with you. When someone uploads an avatar now for verification, do they have to wait for it to be reviewed before they can continue with the verification process to join MPP?

S [redacted] 8:32 PM
Checking now with the Cyprus team

S [redacted] 8:32 PM
The process kept changing over the last couple of weeks

T [redacted] 8:33 PM
that's why I want to make sure I know what's happening lol

T [redacted] 8:33 PM
also did they fix this typo?

T [redacted] 8:33 PM
"you're content need to be reviewed before you can use it"

T [redacted] 8:34 PM
the you're

S [redacted] 8:35 PM
Do you have a screenshot?

S [redacted] 8:35 PM
Cyprus says users don't need an avatar to join MPP

T [redacted] 8:35 PM
lol

T [redacted] 8:36 PM
well the verification page still says you do

S [redacted] 8:36 PM
That might be the root cause of the confusion

T [redacted] 8:38 PM
was it changed again recently?

T [redacted] 8:38 PM
This is from saturday

T [redacted] 8:38 PM
AMSImage sent

Image: 0-eca-d4-6f498b56e89817b84587fad095e58196.png (154 KB)

8:39 PM
and this is the error with the typo

8:39 PM
AMSImage sent



Image: 0-eca-d2-d86b0b9f1693276e2d15eab917268fa0.png (84 KB)

8:40 PM
when they try to upload an avatar

8:40 PM
There seems to be issues with users joining from mobile.

8:41 PM
Avatars have not been a requirement for over a week

8:42 PM
I think someone rejected the application in error not realizing that avatars aren't required anymore

8:43 PM
ok or maybe it's an old screenshot they took. I checked their account and the last rejection was on the 18th

8:44 PM
Oh that could be it!

8:47 PM
Ya so two ways to troubleshoot this:

1. Try to apply from a computer

2. Apply the model program application macro telling them its been fixed

T[redacted] [redacted] 8:48 PM

ok perfect

T[redacted] [redacted] 8:48 PM

thanks!