FILED
2023 Sep-08  PM 07:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 15
# T. Weaver Declaration

Plaintiff has moved to file this Exhibit under seal in its entirety.