# Exhibit 16
# MindGeek_NDAL_00492382

Defendants have marked Exhibit 16 as confidential in whole. Plaintiff has moved for leave to file this exhibit under seal.