# Exhibit 17
# MindGeek_NDAL_00010369 & 00010371

Plaintiff has moved to file an unredacted version of this document under seal.

| | |
|---|---|
| From: | |
| To: | |
| Sent: | 11/5/2019 10:23:21 AM |
| Subject: | Stats for you |
| Attachments: | 119110510233807119.png; 119110510233900119.png; 119110510233901719.png; 119110510233902219.png; 119110510233904719.png; 119110510233905019.png; Pornhub-YouPorn - Redtube.xlsx |

Hi 

Please find attached the spreadsheet of instances we've identified on the various platforms.

Where there has been a number of 16-17 year old instances, this is where we *know* that this person is a child, rather than an adult. Usually we wouldn't take action on this sort of imagery as we cannot usually be sure that the person is a child – we can't take action on imagery where there's a chance the person pictured could be an adult.

I hope you find this useful.

PS, if I find out that the Telegraph are publishing tomorrow, we'll also be putting the stats up on our website for various social media/search/video platforms. They're all household names.

Best wishes,



e
t
m
w   iwf.org.uk
a   Internet Watch Foundation, Discovery House, Chivers Way, Vision Park, Histon, Cambridge, CB24 9ZR



Have you seen our new Annual Report?



Once upon a year
Read Olivia's story & see how we're stopping repeated trauma for child sexual abuse victims
· Click for more ·

   

| | Report# | Processed Date | SubmissionType | IWFSub-Category | ImageLevel | AgeGroup | Gender | |
|---|---|---|---|---|---|---|---|---|
| 2019 | 1762525 | 27-Aug-2019 09:09 | Follow Up | Child CSAI | Cat A | 11-13 | Female | |
| 2019 | 1761533 | 27-Aug-2019 08:57 | Online | Child CSAI | Cat A | 7-10 | Female | 2 Reports |
| 2017 | 1217362 | 19-Jan-2017 11:54 | Follow Up | Child CSAI | Cat A | 16-17 | Female | 1 report |

Youporn

Report Management System v4.0

| Year | Report# | Processed Date | SubmissionType | IWFSub-Category | ImageLevel | AgeGroup | Gender | Count |
|---|---|---|---|---|---|---|---|---|
| 2019 | 1753516 | 14-Aug-2019 15:16 | Email | Child CSAI | Cat C-LT | 16-17 | Female | 14 Reports |
| 2019 | 1753515 | 14-Aug-2019 15:16 | Email | Child CSAI | Cat C-LT | 16-17 | Female | |
| 2019 | 1753514 | 14-Aug-2019 15:15 | Email | Child CSAI | Cat B | 16-17 | Female | |
| 2019 | 1753513 | 14-Aug-2019 15:15 | Email | Child CSAI | Cat B | 16-17 | Female | |
| 2019 | 1753512 | 14-Aug-2019 15:14 | Email | Child CSAI | Cat B | 16-17 | Female | |
| 2019 | 1753511 | 14-Aug-2019 15:14 | Email | Child CSAI | Cat B | 16-17 | Female | |
| 2019 | 1753510 | 14-Aug-2019 15:13 | Email | Child CSAI | Cat B | 16-17 | Female | |
| 2019 | 1753509 | 14-Aug-2019 15:13 | Email | Child CSAI | Cat B | 16-17 | Female | |
| 2019 | 1753508 | 14-Aug-2019 15:12 | Email | Child CSAI | Cat C | 16-17 | Female | |
| 2019 | 1753507 | 14-Aug-2019 15:12 | Email | Child CSAI | Cat B | 16-17 | Female | |
| 2019 | 1753506 | 14-Aug-2019 15:11 | Email | Child CSAI | Cat B | 16-17 | Female | |
| 2019 | 1753505 | 14-Aug-2019 15:11 | Email | Child CSAI | Cat B | 16-17 | Female | |
| 2019 | 1753504 | 14-Aug-2019 15:10 | Email | Child CSAI | Cat B | 16-17 | Female | |
| 2019 | 1753503 | 14-Aug-2019 15:10 | Email | Child CSAI | Cat B | 16-17 | Female | |
| 2017 | 1217346 | 19-Jan-2017 10:01 | Follow Up | Child CSAI | Cat A | 16-17 | Female | 1 Report |

RedTube

Report Management System v4.0

| Report# | Processed Date | SubmissionType | IWFSub-Category | ImageLevel | AgeGroup | Gender |
|---|---|---|---|---|---|---|
| 1800640 | 29-Oct-2019 10:51 | Online | Child CSAI | Cat B | 11-13 | Female |
| 1796892 | 22-Oct-2019 09:34 | Online | Child CSAI | Cat B | 16-17 | Female |
| 1794295 | 17-Oct-2019 09:27 | Online | Child CSAI | Cat B | 7-10 | Female |
| 1787229 | 08-Oct-2019 09:13 | Follow Up | Child CSAI | Cat A | 7-10 | Male |
| 1782227 | 26-Sep-2019 11:46 | Online | Child CSAI | Cat A | 7-10 | Male |
| 1781702 | 25-Sep-2019 10:32 | Online | Child CSAI | Cat C | 14-15 | Female |
| 1774865 | 16-Sep-2019 13:41 | Online | Child CSAI | Cat B | 3-6 | Female |
| 1767368 | 03-Sep-2019 12:23 | Proactive | Child CSAI | Cat A | 14-15 | Female |
| 1767308 | 03-Sep-2019 12:22 | Online | Child CSAI | Cat A | 11-13 | Female |
| 1765392 | 02-Sep-2019 11:41 | Online | Child CSAI | Cat A | 11-13 | Female |
| 1765144 | 03-Sep-2019 12:19 | Online | Child CSAI | Cat A | 14-15 | Male |
| 1764922 | 03-Sep-2019 10:22 | Online | Child CSAI | Cat B | 11-13 | Female |
| 1761831 | 28-Aug-2019 10:17 | Online | Child CSAI | Cat C-LT | 14-15 | Female |
| 1754264 | 15-Aug-2019 10:19 | Online | Child CSAI | Cat C | 11-13 | Female |
| 1732239 | 16-Jul-2019 14:55 | Online | Child CSAI | Cat B | 14-15 | Male |
| 1731117 | 15-Jul-2019 09:33 | Online | Child CSAI | Cat C | 11-13 | Male |
| 1726898 | 09-Jul-2019 13:48 | Online | Child CSAI | Cat A | 3-6 | Female |
| 1722806 | 03-Jul-2019 09:03 | Online | Child CSAI | Cat B | 16-17 | Male |
| 1721993 | 02-Jul-2019 14:06 | Online | Child CSAI | Cat C | 7-10 | Female |
| 1721144 | 01-Jul-2019 11:46 | Follow Up | Child CSAI | Cat A | 14-15 | Male |
| 1721035 | 01-Jul-2019 11:34 | Online | Child CSAI | Cat C | 7-10 | Male |
| 1708283 | 18-Jun-2019 09:46 | Online | Child CSAI | Cat C | 16-17 | Male |
| 1703007 | 10-Jun-2019 11:57 | Online | Child CSAI | Cat A | 14-15 | Male |
| 1700673 | 07-Jun-2019 09:41 | Online | Child CSAI | Cat A | 16-17 | Female |
| 1700671 | 07-Jun-2019 14:38 | Online | Child CSAI | Cat A | 16-17 | Female |
| 1699349 | 04-Jun-2019 15:27 | Follow Up | Child CSAI | Cat B | 16-17 | Male |
| 1699348 | 04-Jun-2019 15:26 | Follow Up | Child CSAI | Cat B | 16-17 | Male |
| 1699347 | 04-Jun-2019 15:24 | Follow Up | Child CSAI | Cat B | 16-17 | Male |
| 1699346 | 04-Jun-2019 15:25 | Follow Up | Child CSAI | Cat B | 16-17 | Male |
| 1699345 | 04-Jun-2019 15:20 | Follow Up | Child CSAI | Cat B | 16-17 | Male |
| 1699344 | 04-Jun-2019 15:18 | Follow Up | Child CSAI | Cat B | 16-17 | Male |
| 1699343 | 04-Jun-2019 15:17 | Follow Up | Child CSAI | Cat B | 16-17 | Male |
| 1699342 | 05-Jun-2019 12:34 | Follow Up | Child CSAI | Cat B | 16-17 | Male |
| 1699341 | 04-Jun-2019 15:09 | Follow Up | Child CSAI | Cat B | 16-17 | Male |
| 1688971 | 17-May-2019 12:54 | Online | Child CSAI | Cat A | 7-10 | Female |
| 1685144 | 13-May-2019 12:53 | Proactive | Child CSAI | Cat C | 11-13 | Male |
| 1683651 | 13-May-2019 12:48 | Online | Child CSAI | Cat B | 14-15 | Male |
| 1654276 | 09-Apr-2019 09:42 | Online | Child CSAI | Cat B | 14-15 | Female |
| 1650862 | 02-Apr-2019 16:27 | Follow Up | Child CSAI | Cat C | 11-13 | Female |
| 1650861 | 02-Apr-2019 16:27 | Follow Up | Child CSAI | Cat C | 11-13 | Female |
| 1650860 | 02-Apr-2019 16:27 | Follow Up | Child CSAI | Cat C | 14-15 | Female |
| 1650744 | 02-Apr-2019 16:23 | Online | Child CSAI | Cat C | 14-15 | Female |

**2019**

47 Reports

Porn Hub

| | ID | Date | Source | Type | Category | Age | Gender | |
|---|---|---|---|---|---|---|---|---|
| | 1650743 | 02-Apr-2019 16:17 | Online | Child CSAI | Cat C | 11-13 | Female | |
| | 1626416 | 27-Feb-2019 08:57 | Proactive | Child CSAI | Cat C | 14-15 | Female | |
| | 1626242 | 27-Feb-2019 08:54 | Online | Child CSAI | Cat C | 14-15 | Female | |
| | 1591346 | 28-Jan-2019 11:18 | Online | Child CSAI | Cat C | 14-15 | Female | |
| | 1576889 | 02-Jan-2019 12:19 | Online | Child CSAI | Cat A | 11-13 | Female | |
| | | | | | | | | |
| **2018** | 1573455 | 21-Dec-2018 09:48 | Online | Child CSAI | Cat B | 14-15 | Female | **42 Reports** |
| | 1572934 | 20-Dec-2018 09:46 | Online | Child CSAI | Cat C | 11-13 | Female | |
| | 1523872 | 06-Nov-2018 09:28 | Online | Child CSAI | Cat A | 14-15 | Female | |
| | 1497467 | 08-Oct-2018 13:58 | Online | Child CSAI | Cat A | 11-13 | Male | |
| | 1496571 | 04-Oct-2018 13:06 | Online | Child CSAI | Cat C | 7-10 | Female | |
| | 1466159 | 31-Aug-2018 10:58 | Online | Child CSAI | Cat A | 16-17 | Female | |
| | 1436674 | 17-Jul-2018 15:09 | Proactive | Child CSAI | Cat A | 16-17 | Female | |
| | 1434960 | 13-Jul-2018 12:06 | Proactive | Child CSAI | Cat A | 16-17 | Female | |
| | 1434369 | 13-Jul-2018 12:11 | Online | Child CSAI | | | | |
| | 1431723 | 06-Jul-2018 13:53 | Online | Child CSAI | Cat A | 3-6 | Female | |
| | 1426546 | 25-Jun-2018 13:47 | Online | Child CSAI | Cat A | 3-6 | Female | |
| | 1418567 | 05-Jun-2018 11:24 | Online | Child CSAI | Cat C | 11-13 | Female | |
| | 1390564 | 27-Apr-2018 10:25 | Follow Up | Child CSAI | Cat B | 11-13 | Female | |
| | 1390518 | 27-Apr-2018 11:42 | Online | Child CSAI | Cat C | 11-13 | Female | |
| | 1385440 | 20-Apr-2018 12:26 | Online | Child CSAI | Cat A | 7-10 | Female | |
| | 1385160 | 20-Apr-2018 09:41 | Online | Child CSAI | Cat B | 3-6 | Female | |
| | 1381758 | 16-Apr-2018 08:23 | Online | Child CSAI | Cat A | 11-13 | Female | |
| | 1381375 | 13-Apr-2018 09:38 | Follow Up | Child CSAI | Cat A | 7-10 | Female | |
| | 1381374 | 13-Apr-2018 09:36 | Follow Up | Child CSAI | Cat B | 7-10 | Female | |
| | 1375625 | 29-Mar-2018 11:48 | Follow Up | Child CSAI | Cat C | 11-13 | Female | |
| | 1375513 | 29-Mar-2018 08:55 | Online | Child CSAI | Cat A | 16-17 | Female | |
| | 1375475 | 29-Mar-2018 11:50 | Online | Child CSAI | Cat A | 7-10 | Female | |
| | 1374621 | 28-Mar-2018 12:12 | Online | Child CSAI | Cat C | 14-15 | Female | |
| | 1374397 | 27-Mar-2018 10:49 | IHRMS | Child CSAI | Cat C | 11-13 | Female | |
| | 1372673 | 22-Mar-2018 11:51 | Follow Up | Child CSAI | Cat A | 7-10 | Female | |
| | 1371844 | 21-Mar-2018 10:59 | Online | Child CSAI | Cat A | 7-10 | Female | |
| | 1371228 | 20-Mar-2018 09:46 | Online | Child CSAI | Cat B | 14-15 | Male | |
| | 1371120 | 19-Mar-2018 09:57 | Follow Up | Child CSAI | Cat C | 11-13 | Female | |
| | 1370778 | 19-Mar-2018 10:08 | Online | Child CSAI | Cat B | 7-10 | Female | |
| | 1365992 | 05-Mar-2018 14:32 | Follow Up | Child CSAI | Cat B | 7-10 | Female | |
| | 1365991 | 05-Mar-2018 14:32 | Follow Up | Child CSAI | Cat B | 7-10 | Female | |
| | 1365984 | 05-Mar-2018 14:34 | Online | Child CSAI | Cat B | 7-10 | Female | |
| | 1360254 | 14-Feb-2018 09:19 | Follow Up | Child CSAI | Cat A | 16-17 | Female | |
| | 1360252 | 14-Feb-2018 09:14 | Email | Child CSAI | Cat A | 16-17 | Female | |
| | 1359860 | 12-Feb-2018 14:40 | Email | Child CSAI | Cat A | 16-17 | Female | |
| | 1359475 | 12-Feb-2018 09:13 | Online | Child CSAI | Cat C | 11-13 | Female | |
| | 1358519 | 07-Feb-2018 09:40 | Online | Child CSAI | Cat A | 11-13 | Female | |

Porn Hub

| Year | ID | Date | Type | Category | Cat | Age | Gender | Total |
|---|---|---|---|---|---|---|---|---|
| | 1358490 | 07-Feb-2018 09:31 | Online | Child CSAI | Cat A | 7-10 | Female | |
| | 1347866 | 08-Jan-2018 12:55 | Follow Up | Child CSAI | Cat B | 7-10 | Female | |
| | 1347865 | 08-Jan-2018 13:05 | Follow Up | Child CSAI | Cat C-LT | 7-10 | Female | |
| | 1347864 | 08-Jan-2018 13:02 | Follow Up | Child CSAI | Cat C | 7-10 | Female | |
| | 1347569 | 08-Jan-2018 12:49 | Online | Child CSAI | Cat C | 7-10 | Female | |
| 2017 | 1345101 | 28-Dec-2017 08:59 | Online | Child CSAI | Cat C | 7-10 | Female | 29 Reports |
| | 1336396 | 28-Nov-2017 12:43 | Proactive | Child CSAI | Cat C | 11-13 | Female | |
| | 1336015 | 27-Nov-2017 09:19 | Email | Child CSAI | Cat A | 16-17 | Female | |
| | 1326356 | 30-Oct-2017 15:42 | Proactive | Child CSAI | Cat A | 7-10 | Female | |
| | 1312817 | 03-Oct-2017 11:28 | Online | Child CSAI | Cat A | 11-13 | Female | |
| | 1292844 | 30-Aug-2017 09:39 | Online | Child CSAI | Cat A | 11-13 | Female | |
| | 1289724 | 22-Aug-2017 09:07 | Online | Child CSAI | Cat B | 14-15 | Female | |
| | 1289278 | 21-Aug-2017 09:12 | Online | Child CSAI | Cat A | 7-10 | Female | |
| | 1257509 | 01-Jun-2017 10:57 | Follow Up | Child CSAI | Cat B | 14-15 | Male | |
| | 1257508 | 01-Jun-2017 10:57 | Follow Up | Child CSAI | Cat B | 14-15 | Male | |
| | 1257507 | 01-Jun-2017 10:58 | Follow Up | Child CSAI | Cat B | 14-15 | Male | |
| | 1257506 | 01-Jun-2017 10:58 | Follow Up | Child CSAI | Cat B | 14-15 | Male | |
| | 1257505 | 01-Jun-2017 10:58 | Follow Up | Child CSAI | Cat B | 14-15 | Male | |
| | 1249922 | 11-May-2017 09:45 | Online | Child CSAI | Cat A | 14-15 | Female | |
| | 1247614 | 02-May-2017 09:01 | Online | Child CSAI | Cat A | 11-13 | Female | |
| | 1237904 | 29-Mar-2017 12:10 | Online | Child CSAI | Cat B | 11-13 | Male | |
| | 1237901 | 29-Mar-2017 11:57 | Online | Child CSAI | Cat B | 11-13 | Male | |
| | 1237892 | 29-Mar-2017 09:54 | Online | Child CSAI | Cat B | 11-13 | Male | |
| | 1237764 | 29-Mar-2017 12:04 | Online | Child CSAI | Cat A | 14-15 | Female | |
| | 1232788 | 13-Mar-2017 09:07 | Online | Child CSAI | Cat B | 11-13 | Male | |
| | 1231601 | 08-Mar-2017 10:06 | Online | Child CSAI | Cat A | 14-15 | Male | |
| | 1222016 | 01-Feb-2017 10:58 | Proactive | Child CSAI | Cat A | 16-17 | Female | |
| | 1222015 | 01-Feb-2017 10:56 | Proactive | Child CSAI | Cat A | 16-17 | Female | |
| | 1222014 | 01-Feb-2017 11:01 | Proactive | Child CSAI | Cat A | 16-17 | Female | |
| | 1217349 | 19-Jan-2017 10:45 | Follow Up | Child CSAI | Cat A | 16-17 | Female | |
| | 1222016 | 01-Feb-2017 10:58 | Proactive | Child CSAI | Cat A | 16-17 | Female | |
| | 1222015 | 01-Feb-2017 10:56 | Proactive | Child CSAI | Cat A | 16-17 | Female | |
| | 1222014 | 01-Feb-2017 11:01 | Proactive | Child CSAI | Cat A | 16-17 | Female | |
| | 1217349 | 19-Jan-2017 10:45 | Follow Up | Child CSAI | Cat A | 16-17 | Female | |

Porn Hub