FILED
2023 Sep-08  PM 07:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 19
# G. Zarzaur Declaration

Plaintiff has moved to file an unredacted version of this document under seal.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| JANE DOE #1, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO: 7:21-cv-00220-LSC |
| MG FREESITES, LTD, d/b/a "PORNHUB"; MG FREESITES II LTD; MINDGEEK S.A.R.L.; MINDGEEK USA INCORPORATED; MG CY HOLDINGS LTD; MINDGEEK CONTENT RT LIMITED; 9219-1568 QUEBEC, INC., d/b/a MINDGEEK; MG BILLING LTD, | ) ) ) ) ) ) ) ) ) ) | Honorable L. Scott Coogler |
| Defendants. | ) | |

## DECLARATION OF GREGORY ZARZAUR

1.     I am Gregory M. Zarzaur. My colleague, Kelsie Overton, and I represent Plaintiff Jane Doe along with a team of other lawyers from throughout the United States.

2.     Plaintiff is represented by a robust team of lawyers who are experts in claims involving sex trafficking, sexual abuse, child sexual exploitation, and child pornography. The team also has extensive experience in complex litigation in federal court, including class actions. Plaintiff's counsel are innovators and leaders in

seeking justice for survivors of sex trafficking and sexual exploitation across the country.

3.     For example, our firm, the Zarzaur Law Firm, represents victims of crimes, with a primary focus on survivors of human trafficking, child sexual abuse, and sexual exploitation. The biographies of Ms. Overton and myself are attached as Exhibit A.

4.     Joshua Hayes of Prince, Glover, & Hayes has substantial experience representing plaintiffs in complex civil litigation in state and federal courts, including representing the State of Alabama, and several cities and counties in Alabama's opioid litigation. Mr. Hayes also has experience in leadership roles in multidistrict litigation in federal court. The biography of Mr. Hayes is attached as Exhibit B.

5.     Kimberly Adams and Kathryn Avila work at Levin Papantonio Rafferty. Levin Papantonio Rafferty have handled claims on behalf of sex abuse survivors since 1955 and has a practice group dedicated to representing survivors of human trafficking. Kimberly Adams is the lead attorney in that practice group. Levin Papantonio Rafferty also has broad experience in class actions and multidistrict litigation. Ms. Adams and Ms. Avila's biographies are attached as Exhibit C.

6.     Brian Kent of Laffey Bucci Kent has represented victims of sexual abuse, assault, and exploitation for over twenty years. He is a former sex crimes

prosecutor of the Montgomery County, Pennsylvania District Attorney's office, a clergy abuse survivor, and the head of his firm's crime victim department. Alexandria MacMaster, Gaetono Anthony D'Andrea, Jillian Roth, and M. Stewart Ryan also work for Laffey Bucci Kent. Mr. Kent and Mr. D'Andrea's bios are attached as Exhibit D.

7.      Kevin Kent, Mark Schoeller, and Vanessa Huber of Clark Hill PLC have extensive experience in complex civil litigation, including class actions. The biographies of Messrs. Kent and Schoeller and Ms. Huber are attached as Exhibit E.

8.      Plaintiff Jane Doe also is represented by Benjamin Bull, Danielle Pinter, Peter Gentala, and Christen Price of the National Center on Sexual Exploitation Law Center ("NCOSE"). NCOSE has been dedicated to child protection for over 60 years and is currently one of the nation's leading child protection organizations, especially concerning child safety online. NCOSE is located in Washington, D.C. and Members of Congress regularly look to NCOSE to inform legislation governing issues of sexual abuse and exploitation at the national level. NCOSE's President Patrick Trueman is the former head of the Department of Justice's Child Exploitation and Obscenity Division under the George H.W. Bush administration. The biographies of Mssrs. Bull and Gentala and Mesdames Pinter and Price are attached as Exhibit F.

9.     This group of lawyers has the background, commitment, and resources to zealously and effectively represent Plaintiff Jane Doe and all class members in this litigation.

10.     Plaintiff's counsel has invested substantial time and resources in identifying and investigating Plaintiff's claims, prosecuting this case, and gathering discovery from Mindgeek and third parties. Since the filing of this case, Plaintiff's counsel have been involved, *inter alia*, in extensive motion practice, including responding to Mindgeek's motion to dismiss, producing discovery to Mindgeek, reviewing the documents produced by Mindgeek, obtaining documents from third parties by subpoena, engaging consultants, investigating witnesses, mediating this dispute, and discussions with various law enforcement officials including the Alabama Attorney General's Office about facilitating the handling of CSAM, apparent CSAM, and suspected CSAM.

11.     Plaintiff's counsel have committed, and continue to commit, substantial time and resources to this case, and have worked vigorously and zealously to represent the interests of Plaintiff and the entire class.

12.     On April 7, 2022, Plaintiff Jane Doe's abuser, ███████████, entered a plea of guilty in the Circuit Court of Tuscaloosa County and was accordingly convicted of violating Alabama Code § 13A-12-191 for disseminating or publicly displaying obscene matter containing a visual depiction of a person under

seventeen years of age and Alabama Code § 13A-6-66 for sexual abuse in the first degree.

Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 8, 2023          /s/ *Gregory M. Zarzaur*
                                 The Zarzaur Law Firm
                                 2332 Second Avenue North
                                 Birmingham, Alabama 35203
                                 (205) 983-7985
                                 gregory@zarzaur.com

## EXHIBIT A

## <u>GREGORY M.  ZARZAUR</u>

Gregory Zarzaur is the founding member and lead trial attorney at The Zarzaur Law Firm. Gregory has practiced law for over 22 years and has represented crime victims in civil litigation for over a decade. He is a member of the National Crime Victim Bar Association and serves on the board of CHILD USAdvocacy, which works with advocates across the country to educate legislative leaders to sponsor and pass common-sense child protection legislation. Over the past decade, Gregory has been frequently invited to speak, nationally and internationally, to bar associations and trafficking organizations on the civil justice remedies available to survivors of human trafficking. He is believed to be the first attorney in the country to use the civil remedy provision from a human trafficking law to bring a lawsuit on behalf of a sex trafficking survivor against a national hotel brand. He is also one of the first attorneys to overcome a Motion to Dismiss filed by the notorious website Backpage.com who for years had used Section 230 of the Communications Decency Act to fend off lawsuits aimed at holding the website liable for its role in facilitating domestic sex trafficking.

Gregory has also served on the board of One Place Metro Alabama Family Justice Center, which provides coordinated services to victims and survivors of domestic and sexual violence through a multi-disciplinary team of professionals

working together under one roof. He is dedicated to increasing awareness for crime victim rights and assisting victims in maximizing any recovery they may be entitled to under the law.

Gregory has been named an Alabama/ Mid-South Super Lawyer since 2014 and rated AV® Preeminent™ by Martindale-Hubbell®, the highest possible rating in both legal ability and ethical standards.

### KELSIE M. OVERTON

Kelsie is an attorney at Zarzaur Law where she primarily represents survivors of human trafficking and sexual abuse and exploitation in civil litigation. Through her practice, she has gained expertise in the case law surrounding the Trafficking Victim's Protection Reauthorization Act and has presented at Mass Torts Made Perfect Connect to provide a human trafficking litigation update. Kelsie is a member of the American Association for Justice.

Before joining Zarzaur Law, Kelsie practiced business litigation at Bradley and clerked for the Honorable Abdul K. Kallon in the United States District Court for the Northern District of Alabama. She earned her J.D. (magna cum laude) from Washington University School of Law, where she served as a senior editor of the Washington University Law Review. Kelsie was a Dean's Fellow and graduated with a certificate in Public Interest Law. Kelsie received CALI Excellence for the

Future awards in Legal Practice, Health Law, Education, Equality, and Fairness, and the Immigration Law Clinic. She was also inducted into the Order of the Coif.

## EXHIBIT B

## <u>JOSHUA HAYES</u>

Joshua Hayes is a partner at Prince, Glover, and Hayes. Josh currently serves in a lead role on behalf of the State of Alabama, as well as numerous cities and counties, in Alabama's opioid litigation–in both Alabama state court and in the National Prescription Opiate Litigation MDL 2804. Josh is a past-President of the Alabama Association for Justice where he also serves on the Board of Directors, Elections Committee, Executive Committee, and Legislative Committee and is the past Chair of the Emerging Leaders Section. He is also a member of the American Association for Justice and the Southern Trial Lawyers Association.

In 2012, Josh was selected to become a member of Class 8 of the Alabama State Bar's Leadership Forum. He has been named as an Alabama Super Lawyer since 2011. In 2012 and 2013, he was selected for national membership into The National Trial Lawyers: Top 40 under 40. In 2014, he was named one of Alabama's Top 100 Trial Lawyers by the National Trial Lawyers and was honored by the American Society of Legal Advocates as one of the Top 40 under 40 Litigation Lawyers in Alabama. Also in 2014, Josh was appointed by the Supreme Court of Alabama to the Standing Committee on Alabama Rules of Civil Procedure where he still serves today. The American Institute of Personal Injury Attorneys recognized Josh as one of the "10 Best" personal injury attorneys in Alabama in 2014. In 2012,

he was recognized as one of Alabama's Outstanding Young Lawyers by the American Registry. Josh is rated AV® Preeminent™ by Martindale-Hubbell®, the highest possible rating in legal ability and ethical standards.

Josh serves as an elected member of the Board of Bar Commissioners (representing the Sixth Judicial Circuit), the policy-making and governance arm of the Alabama State Bar. In 2023, in recognition of his outstanding dedication to his profession and community, Josh was named a Fellow by the Alabama Law Foundation, an honor limited to no more than 1% of Alabama State Bar members. Josh is a Charter Member of the Advocates of Justice Fund Society, which raises money for the Alabama Civil Justice Foundation, the charitable arm of the Alabama Association for Justice. He is a past President of the Board of Directors for the Alabama Civil Justice Foundation. Josh is a member of the prestigious Multi-Million Dollar Advocates Forum, a distinction shared by only 1,000 lawyers in the United States.

In 2013, Josh was awarded the Inaugural Gregory S. Cusimano Award by the Alabama Association for Justice's Emerging Leaders Caucus for his work as Chair of ALAJ's Emerging Leaders' Caucus. In 2020, Josh was named a West Alabama Young Leader of the Year by the United Way of West Alabama.

**EXHIBIT C**

**<u>KIMBERLY ADAMS</u>**

Kimberly Adams has been a litigator and shareholder with Levin Papantonio Rafferty for over a decade and is currently serving as General Counsel for the firm. Over the last several years, Mrs. Adams has made it her passion to pursue civil litigation for survivors of human trafficking. She works hand in hand with national anti-trafficking organizations and survivor advocates to support her clients and frequently speaks publicly to raise awareness about trafficking. She is committed to changing the perception of victims of trafficking and forcing accountability against those who take advantage of our most vulnerable children. Currently, she has cases filed throughout the country and works with a team of lawyers involving litigation against national hotel brands, tech giants, and other businesses that have profited from victims of sex trafficking. She, along with her team, have made unique and novel arguments that she hopes will empower other victims and legal minds to join in the fight.

Since 2011, Mrs. Adams has been AV® Rated by Martindale-Hubbell®, the highest rating achievable by attorneys. Additionally, Mrs. Adams has been selected for inclusion into the Bar Register of Preeminent Women Lawyers since 2013. She is past President of the National Trial Lawyers: Top 40 under 40 and National Women Trial Lawyers Association and a current member of the National Trial

Lawyers Top 100. She is a frequent speaker at national conferences involving all aspects of mass tort litigation and women's rights. Mrs. Adams has also litigated complex product cases involving defective heart devices, anti-depressants leading to birth defects, defective UTVs, Zyprexa, Rezulin, Asbestos, and FenPhen, and was the firm's lead attorney in an antibiotic drug litigation resulting in a large settlement for her clients.

Mrs. Adams co-authored "Help Stop Trafficking Through Civil Litigation" for the Fall 2018 Mass Torts Made Perfect, and she has been a guest speaker for World Without Exploitation. She is a member of the American Association for Justice, American Inns of Court, and the Circuit 1 Human Trafficking Task Force.

## KATHRYN AVILA

Since June 2019, Kathryn has been heading up Levin Papantonio Rafferty's rapidly growing Human Trafficking and Sexual Assault Departments. She represents survivors of human trafficking against industries and corporations that benefit from their suffering and advocates for social change to promote the prevention of human trafficking within those industries. Kathryn has also assisted on various mass tort projects, such as the C8 litigation, the Attune knee settlement, the BP oil spill, and the 3M Ear Plug litigation. Kathryn earned her J.D. (cum laude) from Barry University School of Law, where she worked as a student attorney at the Environmental Law Clinic, representing clients on environmental and earth law

issues, such as SLAPP suits, the constitutionality of plastic bag bans, and the protection of public lands. She was a fellow for the Center for Earth Jurisprudence where she participated in an amicus curiae brief to the Permanent Peoples' Tribunal Session on Human Rights on Fracking and Climate Change. She achieved an Honors Certificate in Environmental & Earth Law.

## EXHIBIT D

## <u>BRIAN KENT</u>

Brian Kent, partner with Laffey, Bucci & Kent, is a former sex crimes prosecutor, a clergy abuse survivor and recipient of the National Center on Sexual Exploitation's 2019 Civilian Leadership award. He is a founding partner and head of the crime victim department in the law firm where he leads a team made up of former prosecutors who devote one hundred percent of their practice to representing victims of crime, mostly sexual abuse and assault survivors, across the country.

Brian has more than 20 years of legal experience specializing in representing survivors of abuse, assault and exploitation and has taken on several high-profile cases. He represents victims and survivors of Jerry Sandusky, priest abuse, Kanakuk camp, Scientology, Massage Envy, Southern Baptist Church, Pornhub, various school districts and other educational institutions such as a military academy, and many other well known institutions. Brian also represented victims and survivors of Judge William Bradley – a case that resulted in the judge's removal from the bench, disbarment, and admission to the abuse as part of the settlement. Brian's representation of women across the country against massage franchise chain Massage Envy led to a Buzzfeed investigation and article regarding the company's practices in covering up sexual assaults at its franchise locations that ultimately resulted in the company making changes to its policies and procedures to prevent

assaults in the future as well as implementation of a "safety team." In 2020, Brian and Guy D'Andrea secured a $62 million settlement in Kanawah County for 29 survivors of child abuse and neglect at the Miracle Meadows School in Salem, WV.

Early on in his career, Brian was one of only 35 attorneys in the state of Pennsylvania to be named a "Lawyer on the Fast Track." Since then, he has been recognized by his peers who voted him to the top 100 attorneys in Pennsylvania and Philadelphia as recognized by Super Lawyers® and has been included as a Top 100 Lawyer in the National Trial Lawyers. Brian has a Masters of Law in Trial Advocacy from Temple University's Beasley School of Law. He served as an adjunct professor at Drexel University Kline School of Law and at Temple Law where he taught advanced trial advocacy. He has served as an expert in sexual abuse and assault cases on several local and national news networks and programs and trains institutions and individuals on sexual abuse and assault prevention and investigations.

Brian serves on the board of ChildUSA, a non-profit think tank dedicated to protecting children and preventing abuse, and for Voices in Action. He has also served on the board of the National Crime Victim Bar Association, an affiliate of the National Center for Victims of Crime that is the only bar association in the country made up of attorneys dedicated to helping victims of crime seek justice through the civil court system. He has served as a volunteer attorney for the Montgomery County Child Advocacy Project for more than 10 years and works with many non-profit and

charitable organizations, most of which are dedicated to the eradication of child sexual abuse and helping abuse and assault survivors. Brian also serves as a volunteer for Sharing Excess, a food sharing nonprofit.

As a survivor of clergy sexual abuse himself, Brian uses his experiences to put an end to sexual violence in all forms and help other fellow survivors.

## GUY D'ANDREA

Guy D'Andrea is a tenacious and compassionate advocate for victims and survivors of abuse and assault. As a seasoned former prosecutor and now civil trial lawyer, Guy is fiercely dedicated to representing those who have suffered sexual and physical assaults/abuse in institutional settings. With a wealth of experience under his belt, Guy has successfully litigated over 100 jury trials and hundreds of bench trials all, making him the champion you need in your corner.

Guy is unwavering in his pursuit of justice against religious organizations that have enabled child abuse for decades, if not longer. His noteworthy cases include litigation against the Catholic Church, Southern Baptist Church, Seventh-Day Adventists, Evangelical Lutheran Churches of America, various cults, and Scientology, among others. He is relentless in holding these institutions accountable for their actions, ensuring that the voices of the victims are heard.

Guy D'Andrea is a leading advocate in the fight against boarding school abuse, bringing justice to countless victims who have suffered at the hands of trusted

educators and caretakers. He is relentless in his pursuit of accountability for institutions that have failed in their duty to protect their students from harm.

Guy also takes on cases involving bullying and hazing among children, recognizing the profound impact that these harmful behaviors can have on young lives. He is devoted to fighting for the rights of those who have been victimized by their peers or by negligent institutions that failed to prevent these malicious acts.

In the medical profession, Guy has fearlessly confronted cases of abuse involving both children and adults. He is dedicated to holding healthcare providers accountable when they have crossed ethical and professional boundaries, taking advantage of their patients' trust and vulnerability. Guy understands the devastating impact of medical abuse on victims and their families, and he works tirelessly to ensure that they receive the justice and support they need to heal.

Before joining Laffey, Bucci & Kent law firm, Guy served as an Assistant District Attorney in the Philadelphia District Attorney's Office. During his time in the Homicide Unit, he prosecuted high-profile cases, including the infamous "Philadelphia Craigslist killer" and murderers who targeted transgender women.

As an adjunct professor at Drexel University Thomas R. Kline School of Law, Guy combines his passion for education and technology by teaching advanced trial advocacy courses with an emphasis on courtroom technology. He also instructs a deposition course focused on leveraging technology to its full potential. Guy's

expertise in these areas equips his students with the cutting-edge skills they need to excel in today's legal landscape.

Guy earned his law degree from Widener University School of Law and his bachelor's degree from Loyola University Maryland. His impressive academic background, combined with his extensive professional experience, makes him a formidable ally for clients in need of a tenacious and empathetic advocate.

**EXHIBIT E**

**KEVIN DOOLEY KENT**

Kevin Dooley Kent, Member in Charge of US-Ireland Strategic Initiative and Managing Director, Clark Hill Public Strategies, prides himself on deftly guiding his clients through litigation, disputes, and regulatory actions while also working closely with them to identify and minimize future risk exposure. Clients seeking Kevin's counsel vary from a broad spectrum of industries, including water and public infrastructure, real estate development, life sciences, financial services, casino gaming, and government.

Kevin works to best position clients for unavoidable litigation while zealously representing them through the duration of the matter. He also focuses on advising clients on risk management and identifying proactive steps to avoid litigation in high legal exposure industries. He represents companies in matters involving civil fraud, director and officer liability, and government civil enforcement actions and related internal investigations; court-appointed receivers in federal enforcement matters; and C-Suite executives in contract disputes. Much of Kevin's recent risk management work involves advising private companies and government entities on privatization proposals, federal and state funding, and other risks inherent in the interaction between public entities and the private sector. Kevin serves as a mediator

in complex commercial disputes, assisting parties to resolve their differences or narrow them prior to or during litigation.

Kevin is licensed as a solicitor in Ireland, England, and Wales. He serves as the Member in Charge of Clark Hill's US-Ireland Strategic Initiative and as the liaison between the firm's United States offices and its Dublin office. He serves on the Board of the Irish American Business Chamber and Network, which promotes the development of economic relationships between the United States, Ireland, and Northern Ireland.

Kevin is rated AV Preeminent® by Martindale-Hubbell®, the highest possible rating in both legal ability and ethical standards. He has been an Irish America 100 Honoree (2016-2022) and Irish America Business Honoree (2016-2019) and was named among The Best Lawyers in America® for Commercial Litigaation (2016-2024). He has been a Pennsylvania Super Lawyer since 2008 and listed among the top 100 Philadelphia Super Lawyers® since 2019. Kevin graduated *cum laude* from Boston College and received his J.D. from Vanderbilt Law School.

## MARK B. SCHOELLER

Mark Schoeller has experience in a broad range of commercial litigation and business matters, including contract disputes; unfair trade practices; antitrust claims and compliance; joint ventures and mergers; shareholder, dissenters' rights, and securities claims; director and officer liability; consumer fraud; franchising and

business opportunity issues; restrictive covenants; intellectual property; insurance claims and coverage; False Claims Act and *qui tam* actions; and class actions.

Mark has practiced at all levels of state and federal courts, as well as in administrative matters, private arbitrations, and government investigations. Mark is rated AV® Preeminent™ by Martindale-Hubbell®, the highest possible rating in both legal ability and ethical standards.

### VANESSA L. HUBER

Vanessa Huber litigates various commercial and business matters, including federal equity receiverships, professional liability, and class actions. She has significant experience in the analysis and interpretation of statutory issues at both the state and federal court level.

Vanessa began her legal career as a law clerk for the United States District Court for the Eastern District of Pennsylvania, where she researched and drafted judicial opinions and orders deciding motions to dismiss, summary judgment, judgment on the pleadings, sanctions, restitution, and other administrative matters. In practice, Vanessa employs her judicial clerkship experience and acute attention to detail to navigate all stages of litigation in a swift and efficient manner. Vanessa was named as a 2023 Pennsylvania Rising Star by Thomson Reuters Super Lawyers and was recently named among the Best Lawyers in America®: Ones to Watch for Commercial Litigation and White-Collar Criminal Defense in 2024.

**EXHIBIT F**

**<u>BENJAMIN W. BULL</u>**

Benjamin W. Bull serves as General Counsel and Senior Vice President of the National Center on Sexual Exploitation. He leads the NCOSE Law Center, representing survivors of sexual abuse and exploitation in civil litigation and reforming legislation on these issues at the state, National, and international level. He is a noted constitutional lawyer and former prosecutor. Mr. Bull has trained prosecutors at the U.S. Department of Justice and numerous state attorneys general and prosecutorial organizations on first amendment related prosecutions such as sex trafficking and obscenity litigation. He has lectured to over two dozen state bar associations and has testified before Congress as well as many state legislatures. He has co-authored two books that serve as teaching manuals on winning obscenity cases and stopping the urban blight of sexually oriented businesses. Mr. Bull also has given numerous Continuing Legal Education presentations for lawyers on sex trafficking law, the experiences of trafficking victims, and how sex trafficking survivors must be treated.  He served as Chief Counsel for many years at Alliance Defending Freedom where he launched and built its litigation and advocacy components, hiring and leading more than 60 attorneys, as well as opening and supervising its offices in Washington, D.C., New York City, London, Brussels, Geneva, Vienna, Strasbourg, Mexico City, and New Delhi. He has been lead counsel

in over 50 trial and appellate reported cases in state and federal courts, and has argued and won multiple cases at the 9th Circuit and 10th Circuit, and the Virginia, Texas, and South Carolina Supreme Courts. He was the founder and executive director of ADF International, a leading global religious freedom organization. Mr. Bull also served as the founding executive director of the European Center for Law and Justice in Strasbourg, France, where he lived and practiced religious human rights law. He also founded and supervised the Slavic Center for Law and Justice in Moscow, Russia.

## **DANIELLE PINTER**

Dani Pinter has represented survivors of sexual abuse and exploitation for 5 years through her work at NCOSE. This work includes civil litigation on behalf of both child and adult survivors of sexual abuse and exploitation against the three largest pornography websites in the world, Pornhub, XVideos, and XHamster in federal cases in Alabama, California, and South Carolina, as well as against major social media websites Twitter, Snap, and Meta in separate federal cases in California. Most recently Ms. Pinter and her colleague Peter Gentala, along with co-counsel, defeated motions to dismiss by Pornhub and XHamster in the District of South Carolina. Ms. Pinter regularly assists survivors of image based sexual abuse remove their abuse content online and through this work meets and advises with major tech companies like Google to improve their policies. Notably, due to Ms.

Pinter and NCOSE's Corporate Advocacy Department's meetings and advice to Google, Google has radically improved their policies for reporting and removing non-consensual sexual imagery from the Google Search Engine and just announced their new policy to automatically blur sexually explicit images in Google Image Search to protect children. Ms. Pinter regularly drafts and consults on legislation at the state and national level and recently assisted drafting a groundbreaking piece of legislation adopted in Maine which increases penalties for those buying sex from vulnerable populations, removing criminal penalties for those victimized, and increasing services and funding for these survivors of exploitation and sex trafficking.

Prior to her work at NCOSE, Ms. Pinter prosecuted abuse, abandonment, and neglect cases for the Florida Department of Children and Families which included many instances of child sex abuse and trafficking. Ms. Pinter is regularly invited to speak on issues of sex trafficking, sexual exploitation online and child safety. Ms. Pinter previously served on the board of Florida's Human trafficking Foundation which was dedicated to raising awareness of human trafficking occurring in Florida, and raising funds for services providers in Florida dedicated to serving victims of human trafficking.

## PETER GENTALA

Peter Gentala is senior legal counsel with the National Center on Sexual

Exploitation Law Center. He is privileged to represent survivors of abuse and exploitation in litigation across the country.

For over two decades, Peter's legal career has focused on advancing justice in the arenas of constitutional law, high-profile litigation, public policy/administration, and standing for the vulnerable and victimized.

Peter has litigated high-profile cases at every level of the federal court system, including two cases decided by the Supreme Court of the United States. He has substantial experience in public policy and is the author or co-author of numerous pieces of proposed and enacted legislation as well as state constitutional provisions.

For seven years, Peter served as the General Counsel of the Arizona House of Representatives, a role he held in the administrations of three different Speakers of the House. During Peter's tenure at the House, he served as the senior policy advisor for the Judiciary Committee. His legal counsel and advocacy focused on significant matters affecting the operation of state government, including inter-branch and stakeholder negotiations, election law, statewide injunctions and consent decrees, the constitutionality of numerous pieces of enacted legislation and voter-enacted measures, and redistricting.

Peter left the House of Representatives to join Childhelp, one of the oldest and largest nonprofit organizations focused on the prevention, intervention, and treatment of child abuse. Childhelp operates the largest child-advocacy center in

Arizona–bringing medical, law-enforcement, child-safety, and behavioral-health professionals together in a multidisciplinary team to support children who have been victimized.

Peter's Board service focuses on assisting vulnerable children. For over six years, he served on the statutorily chartered Community Advisory Committee of the Arizona Department of Child Safety. He currently sits on the Boards of Christian Family Care Agency, one of Arizona's oldest and largest faith-based foster care and adoption agencies, and the Arizona Child and Family Advocacy Network, a statewide association of child-advocacy centers, the multidisciplinary teams that support the victims of criminal child abuse.

## CHRISTEN PRICE

Christen Price serves as Senior Legal Counsel for the National Center on Sexual Exploitation's Law Center, where she represents survivors who have been harmed by corporate enablers of sexual exploitation.  In her role at NCOSE, Ms. Price works to influence courts and legislatures toward protecting human dignity and equality on behalf of sexual exploitation survivors, through legislative advocacy and litigation particularly with respect to sex trafficking and child sexual abuse.

Ms. Price has litigated against a variety of sex trafficking facilitators and profiteers, including major hotel chains like Wyndham, social media websites including Twitter, and the three largest pornography purveyors in the world,

Pornhub, XVideos, and XHamster.  Ms. Price is lead counsel in a Thirteenth Amendment case against the State of Nevada for providing legal cover for and benefiting from sex trafficking, and defeated a motion to dismiss that case against Sapphire Las Vegas, one of the world's largest strip clubs.  Ms. Price has also consulted on national and state legislation relating to protections for sexual exploitation survivors.

Prior to joining NCOSE in 2020, Ms. Price litigated against governmental entities as a constitutional attorney, and was also an associate at Wiley Rein LLP, where she worked in a variety of practice areas, including employment law, international trade, white collar defense, government contracts, and pro bono work on behalf of sex trafficking survivors.

While in law school, Ms. Price engaged in anti-trafficking and child protection work for the Department of Justice's Child Exploitation and Obscenity Section and the Office of Overseas Prosecutorial Development, Assistance, and Training, and was a Law Fellow with Shared Hope International, where she analyzed state law protections across the United States for domestic minor sex trafficking victims.

Ms. Price received her Juris Doctor and a certificate in transnational legal studies at Georgetown University Law Center in 2012, and is admitted to the bar in New York and the District of Columbia.