FILED

2023 Sep-08  PM 07:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 22
# NCMEC 2020-2022 CyberTipline Reports by ESPs



# 2020 CyberTipline Reports by Electronic Service Providers (ESP)

NCMEC's CyberTipline is the nation's centralized reporting system for the online exploitation of children, including child sexual abuse material, child sex trafficking and online enticement. In 2020, the CyberTipline received more than 21.7 million reports. 21.4 million of these reports were from Electronic Service Providers that report instances of apparent child sexual abuse material that they become aware of on their systems.

Higher numbers of reports can be indicative of a variety of things including larger numbers of users on a platform or how robust an ESP's efforts are to identify and remove abusive content. NCMEC applauds ESPs that make identifying and reporting this content a priority and encourages all companies to increase their reporting to NCMEC. These reports are critical to helping remove children from harmful situations and to stopping further victimization.

The following is a breakdown of reports by electronic service providers.

*Report totals for related platforms and companies have been combined.*

| ESP | Number of Reports |
| --- | --- |
| 4chan | 1,143 |
| 4shared | 95 |
| Absolute Software Corporation | 2 |
| Adobe | 1,207 |
| Afilias USA | 271 |
| Airbnb | 25 |
| Airtime Media | 42 |
| Amazon / Twitch | 2,235 |
| Amino Apps | 97 |
| animebw | 3 |
| Apple | 265 |
| Ask.fm | 109 |
| Asurion Corporation | 6 |
| AT&T WorldNet Service | 2 |
| Automattic* | 9,130 |
| Bark Technologies | 661 |

Copyright © 2021 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
|---|---|
| Big Fish Games | 1 |
| Box | 153 |
| Bublup | 5 |
| Care.com | 1 |
| Center for International Cyber Intelligence | 1 |
| Chatango | 18 |
| Cloudflare | 3,769 |
| Cogent Communications | 1 |
| Comcast Cable Communications | 10 |
| Deluxe Corporation/ColoCrossing/HudsonValleyHost | 14 |
| deviantART | 6 |
| Digital Ocean | 60 |
| Directnic.com | 1 |
| Discord | 15,324 |
| Donuts | 1 |
| Dropbox | 20,928 |
| Dynadot | 1 |
| EasyOnlineSolutions/MojoHost/North Tone/Hosthead | 23 |
| Ebay | 20 |
| Electronic Arts | 1 |
| Ello.co | 88 |
| Endurance International Group* | 73 |
| Enom | 67 |
| Etsy | 1 |
| Evasyst | 4 |
| Facebook* | 20,307,216 |
| Fotoloce | 8 |
| FreeDNS.Afraid.org | 2 |
| Gaggle | 3,952 |
| Giphy | 22 |
| GitHub | 2 |
| Globtech* | 1,907 |
| GLU MOBILE | 3 |
| GoDaddy | 30 |
| GoFundMe | 1 |
| GoGuardian | 40 |

Copyright © 2021 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
|---|---|
| Google | 546,704 |
| Grindr | 302 |
| Gumroad | 5 |
| Hacker Factor | 523 |
| Hewlett Packard Enterprise | 11 |
| Hosting Services Inc/Midphase/WestHost/Autica/VPS | 26 |
| IAC/excite/myway/zwinky/mindspark | 3 |
| Imagebam/Flixya Entertainment/videobam | 10,820 |
| Imgur | 31,571 |
| IMVU | 16 |
| Indeed | 2 |
| INHOPE* | 57,170 |
| Internet Archive | 143 |
| Interspace Technologies (Byte) | 75 |
| JMS Internet, | 35 |
| JNJ Mobile Inc, dba MocoSpace | 5 |
| LBRY INC | 4 |
| LegitScript | 3 |
| LEGO System A/S | 52 |
| Letgo/Ambatana | 7 |
| Life on Air Inc/Houseparty | 2,482 |
| Linden Lab/SecondLife | 63 |
| LinkedIn | 60 |
| Linode | 22 |
| LiveMe | 1 |
| LookingGlass Cyber Solutions | 2 |
| Marinus Analytics LLC/Traffic Jam | 32 |
| Match Group* | 3,387 |
| MediaFire | 421 |
| MediaLab AI* | 14,515 |
| Medium | 2 |
| Meet Group* | 6,384 |
| Mega | 2 |
| Mercari | 1 |
| MeWe | 3,566 |
| Microsoft* | 96,776 |

Copyright © 2021 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
| --- | --- |
| MindGeek* | 13,229 |
| MMGuardian | 31 |
| motherless | 3,036 |
| Multi Media, LLC/Zmedianow, LLC/Chaturbate | 1,367 |
| myrete/whoshere | 3 |
| NameCheap | 45 |
| National Center on Sexual Exploitation | 33 |
| Neustar | 4 |
| Nexeon Technologies | 3 |
| Niteflirt/Phrendly.com/Platphorm, LLC | 28 |
| Notion Labs | 1 |
| OfferUp | 2 |
| Omegle | 20,265 |
| OTI Holdings | 26 |
| OVH US LLC | 4 |
| Patreon | 19 |
| PayPal | 282 |
| Photobucket | 6 |
| PicsArt | 113 |
| Pinger | 3 |
| Pinterest | 3,432 |
| Porkbun | 7 |
| ProBoards | 4 |
| Public Interest Registry | 240 |
| Quora | 2 |
| Reddit | 2,233 |
| RedGIFs | 37 |
| Reflected Networks | 130 |
| Remind | 1 |
| RingCentral | 8 |
| Roblox | 2,203 |
| Scratch Foundation | 15 |
| Scruff App/Perry Street Software | 6 |
| sendvid | 1,166 |
| SimilarWorlds | 18 |
| Slack Technologies | 599 |

Copyright © 2021 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
| --- | --- |
| SmugMug-Flickr | 895 |
| Smule | 3 |
| Snapchat | 144,095 |
| Sniffies | 3 |
| Sony Interactive Entertainment | 836 |
| Sprint Nextel | 1 |
| StackPath/Highwinds | 70 |
| StarNow | 5 |
| Stelivo | 6,184 |
| SurveyMonkey | 1 |
| Sykes | 35 |
| Synchronoss Technologies | 2,056 |
| Taboola | 1 |
| Take-Two Interactive Software | 1 |
| The Walt Disney Company | 2 |
| Thorn | 46 |
| ThumbSnap | 1 |
| Thumbtack | 3 |
| TikTok* | 22,692 |
| Tsu, Inc | 2 |
| Twitter | 65,062 |
| Uncharted Software | 40 |
| Various, Inc./FriendFinder/Tangotime | 9 |
| VeriSign | 30 |
| Verizon Media | 10,267 |
| Verizon Online | 130 |
| Verizon Wireless | 1 |
| Vero Labs | 329 |
| Vimeo | 209 |
| Vistaprint | 2 |
| Visual Supply Company | 29 |
| Vokal (First Media) | 160 |
| Web.com/Network Solutions/ Register/ NameBargain | 2 |
| Weebly | 5 |
| West Interactive Services Corporation | 180 |
| WeTransfer | 82 |

Copyright © 2021 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
|---|---|
| Wikimedia Foundation | 11 |
| Wildlife Studios | 41 |
| WildWorks | 5 |
| Wink | 15 |
| Younow | 862 |
| Yubo | 42 |
| Zendesk | 1 |
| Zoom Video Communications | 499 |
| **Totals:** | **21,447,786** |

Copyright © 2021 National Center for Missing & Exploited Children. All rights reserved.



# 2021 CyberTipline Reports by Electronic Service Providers (ESP)

NCMEC's CyberTipline is the nation's centralized reporting system for the online exploitation of children, including child sexual abuse material, child sex trafficking and online enticement. In 2021, the CyberTipline received more than 29.3 million reports. 29.1 million of these reports were from Electronic Service Providers that report instances of apparent child sexual abuse material that they become aware of on their systems.

Higher numbers of reports can be indicative of a variety of things including larger numbers of users on a platform or how robust an ESP's efforts are to identify and remove abusive content. NCMEC applauds ESPs that make identifying and reporting this content a priority and encourages all companies to increase their reporting to NCMEC. These reports are critical to helping remove children from harmful situations and to stopping further victimization.

The following is a breakdown of reports by electronic service providers.

| ESP | Number of Reports |
|---|---|
| 4chan | 973 |
| 4shared | 75 |
| 7web | 1,908 |
| Absolute Software Corporation | 3 |
| Adobe Systems Incorporated | 1,066 |
| Affinity Apps | 869 |
| Afilias USA | 203 |
| Airbnb | 62 |
| Airtime Media | 95 |
| Alpha Exploration Co (Clubhouse) | 620 |
| Amazon | 99 |
| Amazon Games | 4 |
| Amazon Photos | 27,101 |
| Amino Apps | 75 |
| animebw | 16 |
| Apple | 160 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
|---|---|
| Apricot Digitals | 1 |
| Arctic Wolf Networks, Inc. | 3 |
| Ariemgroup Limited | 32 |
| Ask.fm | 117 |
| Asurion Corporation | 2 |
| AT&T WorldNet Service | 1 |
| Badoo | 475 |
| Bark Technologies Inc | 282 |
| BigBang Media | 225 |
| Blizzard Entertainment (World of Warcraft) | 4 |
| Blue Vision | 43 |
| Box | 2,599 |
| Bublup | 13 |
| Canva | 1 |
| Care.com | 2 |
| Chatango LLC | 2 |
| Checkstep | 127 |
| Classmates Online | 1 |
| Cloudflare | 12,932 |
| Comcast Cable Communications | 8 |
| Cyveillance | 5 |
| deviantART | 6 |
| Digital Ocean | 200 |
| Discord | 29,606 |
| Dreamstime.com | 2 |
| Dropbox | 48,371 |
| Easynews/Newshosting/Usenetserver | 21 |
| EasyOnlineSolutions/MojoHost/North Tone/Hosthead | 41 |
| Ebay | 19 |
| Electronic Arts | 7 |
| Ello.co | 4 |
| Endurance International Group | 103 |
| Enom | 56 |
| Etsy | 6 |
| Facebook | 22,118,952 |
| Fenix International Limited | 2,984 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
| --- | --- |
| Fotoloce | 9 |
| FreeDNS.Afraid.org | 3 |
| Gaggle | 4,656 |
| Get Together (IRL) | 1 |
| GF Networks | 12 |
| Giphy | 229 |
| GitHub | 4 |
| Globtech | 4,078 |
| GLU MOBILE | 2 |
| GoDaddy | 32 |
| GoFundMe | 1 |
| GoGuardian | 21 |
| Google | 875,783 |
| Grindr | 10,671 |
| Gumroad | 2 |
| Hacker Factor | 386 |
| Hewlett Packard Enterprise | 5 |
| Hinge.co | 6 |
| Hosting Services Inc/Midphase/WestHost/Autica/VPS | 33 |
| HowlogicKFT | 3 |
| Imagebam/Flixya Entertainment/Videobam | 54,742 |
| Imgur | 47,274 |
| IMVU | 10 |
| Indeed | 2 |
| InfraWeb Solution Limited | 7 |
| INHOPE | 130,723 |
| Instagram | 3,393,654 |
| Internap Corporation (INAP) | 15 |
| Internet Archive | 188 |
| Interspace Technologies (Byte) | 11 |
| Intrado Interactive Services Corporation | 184 |
| JMS Internet | 1 |
| JNJ Mobile (MocoSpace) | 33 |
| Joyo Technology Pte | 1 |
| Kaleton Web S.R.O | 1 |
| KnownHost/PrivateSystems Networks | 1 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
| --- | --- |
| Lain.la | 2 |
| LBRY INC | 2 |
| LegitScript | 1 |
| LEGO System | 37 |
| Life on Air (Houseparty) | 8,575 |
| Linden Lab (SecondLife) | 30 |
| LinkedIn | 110 |
| Linode | 28 |
| Luftgescheft | 5,270 |
| Marbore Web Solutions Limited | 4 |
| Marinus Analytics (Traffic Jam) | 9 |
| Match Group | 158 |
| Medal.tv | 26 |
| MediaFire | 3,506 |
| MediaLab (Kik) | 33,619 |
| Medium | 113 |
| MeetMe | 2,930 |
| MeWe | 1,444 |
| MG Freesites | 16 |
| MG Freesites (Pornhub) | 9,029 |
| MG Freesites (Redtube) | 21 |
| MG Freesites (Tube8) | 6 |
| MG Freesites (Youporn) | 31 |
| Microsoft | 78,603 |
| Microsoft - Xbox | 170 |
| MMGuardian | 54 |
| Momentive | 3 |
| motherless | 3,110 |
| Movie Star Planet | 5 |
| Mozilla Corporation | 2 |
| Multi Media/Zmedianow/Chaturbate | 532 |
| Name.com | 1 |
| NameCheap | 5 |
| National Center on Sexual Exploitation | 14 |
| NEOSOLUT WEB SERVICES | 3 |
| Nexeon Technologies | 8 |
| NextDoor | 2 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
| --- | --- |
| Niteflirt/Phrendly.com/Platphorm | 22 |
| NorfexHoldingsLimited | 7 |
| Northlock Holdings Limited | 2 |
| Notion Labs | 1 |
| Novi | 1 |
| OfferUp | 1 |
| Okcupid | 178 |
| Omegle | 46,924 |
| Orbiseen s.r.o | 2 |
| Outschool | 1 |
| OVH US | 25 |
| Padlet/Wallwisher/Cloudfront | 235 |
| Patook | 2 |
| Patreon | 37 |
| PayPal | 970 |
| People Media | 1 |
| Photobucket | 10 |
| PicsArt | 316 |
| Pinger | 2 |
| Pinterest | 2,283 |
| PocketStars | 1 |
| Pokemon | 2 |
| Porkbun | 1 |
| PORTICATO MEDIA | 13 |
| ProBoards | 5 |
| Public Interest Registry | 183 |
| Quora | 25 |
| RealNetworks | 4 |
| Redbubble | 41 |
| Reddit | 10,059 |
| Redgifs | 87 |
| Reflected Networks | 124 |
| RingCentral | 1 |
| Roblox | 4,684 |
| Scratch Foundation | 20 |
| Scruff App (Perry Street Software) | 19 |
| sendvid | 703 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
|---|---|
| SimilarWorlds | 94 |
| Skout | 1,203 |
| Slack Technologies | 1,263 |
| SmugMug-Flickr | 1,169 |
| Smule | 2 |
| Snapchat | 512,522 |
| Sniffies | 9 |
| Softlayer | 1 |
| Sohosolutions | 2 |
| Sony Interactive Entertainment | 2,071 |
| Spotify USA | 258 |
| Squarespace | 1 |
| StackPath/Highwinds | 4 |
| Stanford Internet Observatory | 1 |
| StarNow | 1 |
| Stelivo | 2,034 |
| Stolichnaq | 29 |
| Streamable | 90 |
| Streamate | 16 |
| Stripe | 1 |
| Sykes | 2 |
| SynaptiCAD | 31 |
| Synchronoss Technologies | 3,472 |
| Tagged | 5,504 |
| Take-Two Interactive Software | 3 |
| TECH MEDIALAND KFT | 1 |
| The Walt Disney Company | 1 |
| Thorn | 114 |
| ThumbSnap | 308 |
| Thumbtack | 1 |
| TikTok | 154,618 |
| Tinder | 3,642 |
| Toontown Rewritten | 12 |
| Tropical Sun (Clips4Sale) | 2 |
| Tsu | 18 |
| Tumblr | 4,511 |
| Twitch | 6,629 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
|---|---:|
| Twitter | 86,666 |
| Uncharted Software | 18 |
| Various/FriendFinder/Tangotime | 26 |
| Veoh Networks | 1 |
| VeriSign | 341 |
| Verizon Online | 50 |
| Verizon Wireless | 5 |
| Vero Labs | 177 |
| Vimeo | 360 |
| Vistaprint | 2 |
| Visual Supply Company | 34 |
| Voice | 1 |
| Vokal (First Media) | 130 |
| Web.com/Network Solutions/Register/NameBargain | 3 |
| Weebly | 4 |
| WhatsApp | 1,372,696 |
| Whisper | 1 |
| Wickr | 15 |
| Wikimedia Foundation | 8 |
| Wildlife Studios | 84 |
| WildWorks (AnimalJam) | 8 |
| Wink | 108 |
| Wixpress (Wix) | 1 |
| WordPress.com (Automattic) | 310 |
| x-up.ws | 636 |
| Yahoo! | 5,485 |
| Younow | 1,001 |
| Yubo | 885 |
| ZeroFox | 1 |
| Zoom Video Communications | 548 |
| Zvelo | 1 |
| **Total:** | **29,157,083** |

**MissingKids.org/CyberTiplineData**

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.



# 2022 CyberTipline Reports by Electronic Service Providers (ESP)

NCMEC's CyberTipline is the nation's centralized reporting system for the online exploitation of children, including child sexual abuse material, child sex trafficking and online enticement. In 2022, the CyberTipline received more than 32 million reports. More than 31.8 million of the these reports were from Electronic Service Providers that report instances of apparent child sexual abuse material that they become aware of on their systems.

U.S. based ESPs are legally required to report instances of "apparent child pornography" to the CyberTipline when they become aware of them, but there are no legal requirements for proactive efforts to detect this content or what information an ESP must include in a CyberTipline report. As a result, both the volume and content of reports can vary greatly. Higher numbers may indicate robust efforts to identify and remove abusive content. NCMEC encourages all companies to make identifying and reporting this content a priority. For more information about reports made in 2022, visit MissingKids.org/CyberTiplineData.

The following is a breakdown of reports by electronic service providers.

| ESP | Reports |
|---|---:|
| 4chan | 1,374 |
| 4shared | 631 |
| 7web | 3,628 |
| 9Cloud / luscious | 80 |
| Absolute Software Corporation | 1 |
| Adobe Systems Incorporated | 1,939 |
| Affinity Apps, LLC | 270 |
| Afilias USA | 144 |
| Airbnb, Inc. | 41 |
| Airtime Media Inc. | 8 |
| Alpha Exploration Co, Inc (d/b/a "Clubhouse") | 1,355 |
| Alterweb Kft | 9 |
| Amazon | 106 |
| Amazon Photos | 55,543 |

Copyright © 2023 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Reports |
| --- | --- |
| Amino Apps | 178 |
| Ancestry.com | 1 |
| animebw | 38 |
| Antheia Services Limited | 2 |
| Apple Inc | 234 |
| Apricot Digitals LLC | 131 |
| Arctic Wolf Networks, Inc. | 2 |
| Ariemgroup Limited | 19 |
| Ask.fm | 26 |
| Asurion Corporation | 1 |
| Badoo | 2,024 |
| Bark Technologies Inc | 265 |
| BigBang Media, LLC | 625 |
| Box , Inc. / Box.com | 2,407 |
| Brainly, Inc | 5 |
| Bublup, Inc. | 21 |
| Bumble | 182 |
| Canva | 1 |
| Chatango LLC | 6 |
| CloudFlare, Inc | 7,901 |
| Coinbase | 32 |
| Comcast Cable Communications, LLC | 7 |
| CounterSocial | 4 |
| Depop Ltd | 1 |
| deviantART Inc. | 11 |
| Digital Nomad, Ltd | 11,854 |
| Digital Ocean | 188 |
| Discord Inc. | 169,800 |
| Display Social, Inc. | 25 |
| Dreamstime.com, LLC | 1 |
| Dropbox, Inc. | 45,992 |
| Easynews / Newshosting / Usenetserver | 32 |
| EasyOnlineSolutions/MojoHost/ North Tone/ Hosthead | 66 |
| Ebay Inc. | 63 |
| Edgecast Networks Inc | 2 |
| Electronic Arts | 1 |
| Ello.co | 2 |

Copyright © 2023 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Reports |
| --- | --- |
| Endurance Int'l Group, Inc. | 27 |
| Enom | 86 |
| Etsy, Inc. | 6 |
| Facebook | 21,165,208 |
| Fenix International Limited (OnlyFans) | 310 |
| Forward Handle, LLC | 25,042 |
| Fotoloce | 19 |
| Fracture | 2 |
| FreeDNS.Afraid.org | 3 |
| Frontier Communications of America, Inc. | 2 |
| Gaggle.Net, Inc. | 3,872 |
| gayboystube | 6,506 |
| Get Together, Inc. (d.b.a IRL) | 19 |
| GF Networks Ltd | 4 |
| Giphy.com | 438 |
| GitHub | 6 |
| Globtech LLC | 1,448 |
| GoDaddy.com/Wild West Domains | 52 |
| GoGuardian | 6 |
| Google | 2,174,548 |
| Grindr | 22,819 |
| Guilded LLC | 1,461 |
| Gumroad | 1 |
| Hacker Factor | 378 |
| Haschek Solutions | 5 |
| HER App | 12 |
| Hinge.co | 21 |
| Hopin Ltd. | 111 |
| Hosting Services Inc/Midphase/WestHost/Autica/VPS | 15 |
| HowlogicKFT | 24 |
| IAC / excite / myway / zwinky / mindspark | 1 |
| Identity Digital Inc. | 61 |
| Imagebam/ Flixya Entertainment/ videobam | 12,886 |
| Imgur, LLC | 64,211 |
| IMVU, inc. | 103 |
| Indeed, Inc | 3 |
| InfraWeb Solution Limited | 82 |

Copyright © 2023 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Reports |
|---|---|
| INHOPE | 81,150 |
| Instagram, Inc. | 5,007,902 |
| Internap Corporation (INAP) | 12 |
| Internet Archive | 185 |
| Interspace Technologies (Byte) | 4 |
| Intrado Interactive Services Corporation | 110 |
| Izeo Dating Ltd | 1 |
| JMS Internet, Inc. | 33 |
| JNJ Mobile, Inc, d/b/a MocoSpace | 8 |
| JustAnswer | 1 |
| Kaleton Web S.R.O | 43 |
| Lain.la | 14 |
| LegitScript, LLC | 1 |
| LEGO System A/S | 30 |
| Life on Air Inc/Houseparty | 1 |
| Lightspeed Systems | 38 |
| Linden Lab/ SecondLife | 37 |
| LinkedIn Corporation | 201 |
| Linode LLC | 18 |
| Marbore Web Solutions Limited | 19 |
| Marinus Analytics LLC / Traffic Jam | 11 |
| Match Group, LLC | 7 |
| Medal.tv | 31 |
| MediaFire | 2,947 |
| MediaLab/Kik | 36,801 |
| Medium | 2 |
| MeetMe.com (fka myYearbook.com) | 2,972 |
| Megapersonals | 281 |
| MeWe | 1,355 |
| MG Freesites Ltd | 91 |
| MG Freesites Ltd (dba Pornhub) | 1,996 |
| MG Freesites Ltd (dba Redtube) | 6 |
| MG Freesites Ltd (dba Youporn) | 2 |
| Microsoft - Online Operations | 107,274 |
| Microsoft- other products | 138 |
| Microsoft - Xbox | 1,185 |
| Milada Ltd. | 3 |

Copyright © 2023 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Reports |
|---|---|
| MMGuardian | 12 |
| Momentive Inc. | 2 |
| motherless | 1,906 |
| Movie Star Planet | 6 |
| Multi Media, LLC/Zmedianow, LLC/Chaturbate | 1,149 |
| My Free Cams | 1 |
| Name.com | 3 |
| NameCheap.com | 22 |
| National Center on Sexual Exploitation | 10 |
| NEOSOLUT WEB SERVICES LTD | 17 |
| New Meta AB | 21 |
| Nexeon Technologies | 12 |
| NextDoor, Inc | 1 |
| Niantic Labs | 1 |
| Niteflirt / Phrendly.com / Platphorm, LLC | 17 |
| Norfex Services Ltd | 2 |
| Notion Labs, Inc. | 5 |
| Novi | 3 |
| Okcupid.com - Humor Rainbow, Inc. | 2,126 |
| Omegle.com LLC | 608,601 |
| OpenSea | 28 |
| OVH US LLC | 13 |
| Padlet | 19 |
| Patook LLC | 2 |
| Patreon | 113 |
| PayPal Inc. | 1,137 |
| Photobucket.com | 14 |
| PicsArt | 549 |
| Pinterest Inc. | 34,310 |
| Pixshare.de/Pixshare.org | 3 |
| PocketzWorld Inc | 4 |
| Porkbun LLC | 2 |
| PORTICATO MEDIA LTD | 8 |
| Public Interest Registry | 121 |
| Quora | 2,242 |
| Ravex Web s.r.o. | 7 |
| RealNetworks, Inc. | 7 |

Copyright © 2023 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Reports |
|---|---|
| Redbubble Inc. | 118 |
| Reddit, Inc. | 52,592 |
| Redgifs.com | 470 |
| Reflected Networks, Inc | 80 |
| Replit Inc | 3 |
| Roblox | 2,973 |
| Saturn Technologies | 7 |
| Scratch Foundation | 81 |
| Scruff App/Perry Street Software, Inc | 16 |
| Securly | 32,662 |
| Select Media LLC (Fansly) | 2 |
| sendvid | 264 |
| SimilarWorlds | 212 |
| Skout.com | 489 |
| Skynet | 309 |
| Slack Technologies, Inc. | 911 |
| SmugMug-Flickr | 802 |
| Snapchat | 551,086 |
| Sniffies, LLC | 139 |
| Sony Interactive Entertainment | 4,102 |
| Spotify USA Inc. | 213 |
| Squarespace, Inc. | 1 |
| SR LIMNATIS HOLDINGS LTD Hungarian Branch Office | 3 |
| Stelivo, LLC | 1,003 |
| Streamable, Inc | 1,095 |
| Streamate | 4 |
| Substack, Inc | 11 |
| SynaptiCAD, Inc | 156 |
| Synchronoss Technologies, Inc | 30,903 |
| Tagged.com | 2,991 |
| Take It Down | 18 |
| Take-Two Interactive Software, Inc | 3 |
| The Rocket Science Group, LLC d/b/a MailChimp | 1 |
| The Walt Disney Company | 2 |
| Thorn | 59 |
| ThumbSnap | 1,133 |
| Thumbtack | 1 |

Copyright © 2023 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Reports |
| --- | --- |
| TikTok Inc. | 288,125 |
| Tinder, Inc. | 1,518 |
| TMTG, Corp. | 89 |
| Toontown Rewritten | 1 |
| TrevorSpace | 1 |
| Tropical Sun, Ltd. d/b/a Clips4Sale.com | 9 |
| Tsu, Inc | 6 |
| Tumblr | 4,845 |
| Twitch Interactive, Inc. | 14,508 |
| Twitter, Inc. | 98,050 |
| UNDECAGON Kft. | 29 |
| Upwork | 1 |
| Various, Inc. / FriendFinder/ Tangotime | 19 |
| VeriSign, Inc. | 525 |
| Verizon Online - Account #2 (External) | 30 |
| Verizon Wireless | 3 |
| Vero Labs, Inc. | 469 |
| Vimeo LLC | 368 |
| Visual Supply Company | 54 |
| Vokal (First Media) | 185 |
| Weebly, Inc. | 3 |
| WhatsApp Inc. | 1,017,555 |
| Wickr Inc. | 48 |
| Wikimedia Foundation Inc. | 29 |
| Wildlife Studios | 52 |
| WildWorks, Inc. / AnimalJam | 9 |
| Wink | 78 |
| WordPress.com/Automattic | 190 |
| x-up.ws | 709 |
| Xymara Ltd | 1 |
| Yahoo! Inc | 3,639 |
| Yelp Inc. | 2 |
| YikYak | 17 |
| Younow.com | 2 |
| Yubo | 1,821 |
| Zoom Video Communications, Inc | 136 |
| Zvelo | 1 |
| **Total** | **31,802,525** |

**MissingKids.org/CyberTiplineData**

Copyright © 2023 National Center for Missing & Exploited Children. All rights reserved.