# Exhibit 23
# MindGeek_NDAL_00525681

# Pornhub MODEL PAYMENT PROGRAM

## What is the Model Program

MindGeek_NDAL_CONFIDENTIAL_00525681

# Monetization - How the Earnings Work

### Free to Stream Videos: Ad Revenue

- Video streams on Pornhub for free
- Receive a % of Ad Revenue your videos make (80%-90%)
- Add a download price to your videos to maximize your revenue (doing so will list the video on Modelhub as well)
- The average RPM (how much you make for 1000 views) is $0.63
- Exclusive models receive a 5% bonus on the RPM

### Videos for Sale

- Videos uploaded For Sale will only be available to stream or download if they are purchased (on Modelhub or on Pornhub)
- You keep 65% of the sale price

### Videos for Sale & Viewable on Pornhub Premium

- Allow your For Sale videos to stream on Premium for a Viewshare RPM
- The rate is based on the program's performance on that particular month on a whole
- If the viewer wants to download the video, they will have to purchase it at the price you chose, and you'll keep 65% of the sale



Payments are made monthly, as long as a minimum of $100 is made. If $100 is not made within the month, your earnings will carry over to the next month.

**Payment Methods**



Paxum
Cosmo
SEPA*
Direct Deposit (US, Australian and Canadian Models)*
Check
Verge*
USDT*
*These payments are not in USD
We use the exchange rate from the 5th of the month at noon EST



Payments are generally received 10 business days after it appears as Pending in your earnings tab.
Checks take additional time to be received in the mail.

CONFIDENTIAL    MindGeek_NDAL_00525682

# OTHER REVENUE SOURCES

### Tips

Receive tips from your fans and keep 80% of the revenue.

Tip buttons have been added to your Model profile on Pornhub, your page on Modelhub, and on your video pages.

You won't see the tip button on your own profile when you're logged in.

### Fan Club

Turn your Fans into paying subscribers.

Auto renews ensure month to month earnings.

Offer perks such as discounts, Fan Only content, text posts, priority messaging and what ever else you want (as long as it's legal).

Keep 80% of your Fan Club revenue.

### Custom Videos



You can take requests from your fans for a custom video of their choice.

We will send you email notices and reminders of pending custom orders.

Keep 65% of the revenue.

# Requirements - Sign Up



### Create a Pornhub Account

- Start by choosing a unique username and password
- Next, verify your email address (via the email sent to you)
- Fill out your information like gender, birthday, interests and upload an avatar image



### Get Verified

- Upload a photo of you holding a sign with your username and Pornhub.com written on it
- The photo must be uploaded here : www.pornhub.com/user/verification
- The sign must be handwritten and you must be showing your face in the photo. The person in the verification is the account holder and must be present in the videos in order to monetize them.



### Submit a Model Application

- Provide your legal name, address and payment method
- Upload 2 IDs (at least one being a government issued photo ID with your birthday on it, the second having a matching name). Secondary ID is optional but could be requested depending on the primary ID provided.
- Read and agree to the Age Performer Release, Affidavit, Terms of Use and Privacy Policy
- While it is not mandatory, we do strongly suggest that you provide co performer IDs as well. We may request the IDs for age verification at any time. INTERNAL NOTE - We do not request the IDs for professionals performers unless we recieve a content removal request. For Amateur performers, when they are set to receive their first payment, we review the account for IDs and if they are missing IDs, we will request them.




MindGeek_NDAL_00525684

CONFIDENTIAL

# WHAT PRIVACY TO CHOOSE



### Ad Revenue Video

**Public, Private** (only your Friends can see the video) or **Unlisted** (only those with the direct link can see the video). You can add a download price to the video in your video manager post upload.



### For Sale Video

**For Sale** Choose a price between $0.99-$150. Choose if the video will be viewable on Premium for a Viewshare RPM.If you don't have one already, this will create a Modelhub profile for you!



### Fan Club

**Fan Only** Your video (or ablum) will only be visible to active members of your fan club

CONFIDENTIAL      MindGeek_NDAL_00525685

# OPTIONAL



## Free DMCA Protection

Opt in for tube site exclusivity during your sign up or in your Model Settings tab.

We'll fingerprint your content and scan the top 50 tube sites for copyright violations.

You'll also get a 5% higher RPM on Ad Revenue.



## Refer Your Friends

Once you receive your first payout in the Model Program, you'll get a unique referral code and URL. You can give this to other models who want to sign up for the program. Once they sign up and submit 2 videos, you'll get a $50 bonus. We also offer a studio referral program for top cam studios where they take a % of the ad revenue made by their referred models

## Export Your Content

Opt in for for exports in your Model Settings tab to allow your videos to export to our sister sites for additional ad revenue (Youporn, Redtube and Tube8). Not all content will export. A limited amount of videos export daily.

CONFIDENTIAL     MindGeek_NDAL_00525686



## REARRANGE CONTENT

Set the order your For-Sale videos appear in the paid videos sections on your Pornhub profile and set the order your For-Sale and Paid Downloads appear on your Modelhub profile. Paid Downloads order only affects your Modelhub profile. New uploads will always show up first by default.

pornhub.com/models/rearrange/paid

Set the order your Public videos appear on your Pornhub profile. New uploads will always show up first by default.

pornhub.com/models/rearrange/free



## GEO BLOCKING

We offer you the ability to block your videos and your profile page from showing up certain countries. Please choose the countries below that you DO NOT want your videos and profile page to be seen in. Please note: Only video content will be blocked. Thumbnails and previews may still be shown in the blocked country. It is impossible to guarantee this 100% as some people may mask their IP address while browsing, therefore we cannot detect where they are browsing from.

https://www.pornhub.com/model/geo



## COUPON CODES

We offer you the ability to give your customers discounts on your video. Currently you can either add a discount code or a Gift code that will apply to all content, with a usage limit and date range. In the future, we will be adding the option to offer codes to specific users or on specific content.

pornhub.com/models/modelhub/coupons

CONFIDENTIAL   MindGeek_NDAL_00525687

# MODEL SETTINGS



## Additional Performers

When you are working with others, whether performers or producers, you must always take all necessary actions to protect both yourself and your content. We strongly recommend you use the co-performer agreement in your settings tab as well as upload 2 IDs for your additional performers.

## Default Download Settings

You can set a default setting for your downloads on all newly uploaded, free to view videos. You can choose to block downloads, charge a default price for downloads or allow downloads for free.

## Twitter Intergration

You can enable automatic tweets for whenever you make a sale, upload a video, when a new fan joins your Fan Club and when new Fan Only content is posted. You can also set a limit of the amount of tweets per day.

pornhub.com/model/settings

CONFIDENTIAL                MindGeek_NDAL_00525688