FILED
2023 Sep-08 PM 07:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 24
# B. Bulloch Deposition Transcript Excerpts

## In the Matter Of:

*Jane Doe vs*

*MindGeek USA*

# C. BRADEN BULLOCH

# July 14, 2023



                                                                    1

 1

 2            *** CONFIDENTIAL - PROTECTIVE ORDER ***

 3                UNITED STATES DISTRICT COURT

 4                CENTRAL DISTRICT OF CALIFORNIA

 5      ----------------------------------------x

 6      JANE DOE on behalf of herself and all

 7      others similarly situated,

 8                          Plaintiff,

 9          -against-                         Civil Action No.

10      MINDGEEK USA INCORPORATED,            8:21-CV-00338

11      MINDGEEK S.A.R.L., MG FREESITES,

12      LTD (D/B/A PORNHUB), MG FREESITES

13      II, LTD, MG CONTENT RT LIMITED,

14      AND 9219-1568 QUEBEC, INC.

15      (D/B/A MINDGEEK),

16                          Defendants.

17      ----------------------------------------x

18              VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                            C. BRADEN BULLOCH
19                     Friday, July 14, 2023
                       10:15 a.m. - 6:47 p.m.
20          Reported Remotely through Videoconference

21

22              Reported stenographically by:
            Richard Germosen, FAPR, CA CSR No. 14391
23           RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
            NCRA/NJ/NY/CA Certified Realtime Reporter
24             NCRA Realtime Systems Administrator
                     Job No. 2023-903607
25

Case 7:21-cv-00220-RDP   Document 95-27   Filed 09/08/23   Page 4 of 6
Jane Doe vs                                                C. Braden Bulloch
MindGeek USA                Confidential                   July 14, 2023

56

1
2   where do ads intersect with the user experience
3   because user experience is a function of product.
4        Q.    To your knowledge, do ads display on
5   the same page as every video that's on MindGeek's
6   websites?
7              ATTORNEY MASSEY:  Object to form.
8        A.    So to my knowledge and also
9   understanding, you know, the long period of time
10  that we're talking about, there are ads, again, to
11  my knowledge, on video pages today.
12       Q.    Is there any point of time -- let me
13  strike that.
14             Is there any point in time since you
15  started in 2009 when MindGeek did not display ads on
16  video pages --
17             (Stenographer clarification.)
18       Q.    -- on any of its websites?
19             ATTORNEY JOSEPHS:  I'll just restart
20  that.  Okay.
21       Q.    Is there any point in time since you
22  started working at MindGeek in 2009 when MindGeek
23  did not display ads on video pages on its websites?
24             ATTORNEY MASSEY:  Object to form.
25       A.    So it would be challenging for me to

Case 7:21-cv-00220-RDP   Document 95-27   Filed 09/08/23   Page 5 of 6
Jane Doe vs                                              C. Braden Bulloch
MindGeek USA            Confidential                     July 14, 2023

57

1

2  remember everything across those, you know, what are

3  we talking, roughly 15 years, but we often -- we're

4  often testing things for user experience.  So is it

5  possible that we did a test where we removed all ads

6  from the video pages to see how -- you know, if that

7  had an impact on the users and their behavior,

8  that's entirely possible.

9        Q.    Other than possible tests that you

10 just described, is there any point in time since you

11 started working at MindGeek in 2009 when MindGeek

12 did not display ads on video pages on its websites?

13       A.    So can we just refine what we're

14 talking about when we say "websites" here because

15 MindGeek obviously has a lot of websites.

16       Q.    Sure.  So let's talk about the

17 website -- let's talk about RedTube.

18             Other than possible tests that you

19 described, is there any point in time since you

20 started working at MindGeek when MindGeek did not

21 display ads on video pages on RedTube?

22       A.    Outside of the tests, I don't -- I

23 don't specifically recall a time.

24       Q.    And since you have worked on the

25 Pornhub.com website, outside of possible tests that

Case 7:21-cv-00220-RDP   Document 95-27   Filed 09/08/23   Page 6 of 6
Jane Doe vs                                                C. Braden Bulloch
MindGeek USA              Confidential                     July 14, 2023

58

1
2  you described, can you think of any point in time
3  since you've been working on Pornhub that MindGeek
4  has not displayed ads on the video pages on Pornhub?
5                 ATTORNEY MASSEY:  Object to form.
6       A.     So just to clarify, in this case
7  we're talking specifically Pornhub.com?
8       Q.     Correct.
9       A.     So to my recollection and outside of
10 possible tests, I do not recall a specific time that
11 there was no ads on the video page on Pornhub.com.
12      Q.     Do you have any knowledge of how much
13 money MindGeek makes from advertising on video pages
14 on Pornhub.com?
15                ATTORNEY MASSEY:  Object to form.
16      A.     So, of course, again, there is some
17 time period things.  You know, I wouldn't
18 necessarily be the target audience of that kind of
19 reporting, of financial reporting, but over my
20 entire time, I imagine I have seen some reports on
21 advertising revenue.
22      Q.     Do you recall who was responsible for
23 creating those reports on advertising revenue?
24                ATTORNEY MASSEY:  Object to form.
25      A.     I don't -- I can't specifically say,