# Exhibit 30
# L. Franklin August 8, 2023 Deposition Transcript Excerpts

## In the Matter Of:

*DOE vs*

*MINDGEEK USA*

*LAUREN FRANKLIN*

*August 08, 2023*



```
                                                                    1
 1

 2   UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
 3   SOUTHERN DIVISION
     -----------------------------------------X
 4   JANE DOE on behalf of herself and all others
     similarly situated,
 5
                              Plaintiff,
 6
               v.
 7
     MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L.,
 8   MG FREESITES, LTD (D/B/A PORNHUB), MG
     FREESITES II, LTD, MG CONTENT RT LIMITED, AND
 9   9219-1568 QUEBEC, INC., (D/B/A MINDGEEK),

10
                              Defendants.
11   -----------------------------------------X

12

13         VIDEOTAPED DEPOSITION OF

14         LAUREN HERBERT FRANKLIN

15

16

17

18   DATE:  August 8, 2023

19   TIME:  9:04 a.m.

20   PLACE:  1095 Avenue of the Americas, New

21   York, New York

22   BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

23   JOB NO:  2023-907124

24

25
```

1             L. FRANKLIN

2   notification of potential CSAM, we may have

3   treated that differently.

4      Q.    What do you mean a review that

5   MindGeek did internally?

6      A.    Meaning reviewing the content at

7   the outset rather than receiving a

8   notification from an individual.

9      Q.    Well, we're talking about in the

10   circumstances of when Vobile MediaWise

11   detects potential CSAM, what would happen in

12   that circumstances to the CSAM content?

13      A.    As far as preservation, I don't

14   know exactly what would happen in that

15   instance.

16      Q.    Would the CSAM content be reported

17   to some law enforcement agency?

18         MS. MASSEY:   Object to form.

19      A.    In November 2019, we were not

20   reporting to a law enforcement agency. We

21   began reporting to NCMEC in April of 2020.

22      Q.    In November 2019, you were not

23   reporting to law enforcement agencies or

24   NCMEC, correct?

25         MS. MASSEY:   Object to form.

1              L. FRANKLIN

2      A.    They were not reporting that

3  content at that time.  That doesn't mean that

4  we didn't report content from November 2019

5  to NCMEC after the fact.

6      Q.    What do you mean by content was

7  reported to NCMEC after the fact?

8      A.    Meaning that even though we didn't

9  have the mechanism to report to NCMEC in

10  November of 2019, we can still report that

11  content to NCMEC later on after we formed

12  that -- the relationship to report to NCMEC.

13      Q.    In November 2019, did MindGeek

14  have a relationship with law enforcement?

15            MS. MASSEY:  Object to form.

16      A.    MindGeek cooperated with law

17  enforcement upon receiving legal requests or

18  communication from law enforcement.

19      Q.    But if MindGeek's technology like

20  Vobile MediaWise detected potential CSAM,

21  MindGeek would not report that content to law

22  enforcement in November 2019, correct?

23            MS. MASSEY:  Object to form.

24      A.    Again, at the -- in November 2019,

25  we were not reporting to NCMEC at that time,

1         L. FRANKLIN

2  co-performers in videos?

3        A.    Can you clarify your question?

4        Q.    Yoti is used to verify the

5  identity of a person who is an uploader to

6  MindGeek's website, correct?

7        A.    Yes.

8        Q.    If an uploader to MindGeek's

9  website is depicted in a video with another

10 performer, does that second performer have to

11 go through the Yoti verification process?

12            MS. MASSEY:  Object to form.

13       A.    Currently we don't require that

14 co-performer submits their identification.

15 We may in certain circumstances and we

16 encourage all of our performers to do so.

17       Q.    In what circumstances would you

18 require the co-performer to submit to

19 identification?

20       A.    An example of that would be if we

21 receive a complaint.  If we receive a concern

22 about that content or if, internally, we flag

23 that as needing additional identity

24 verification documents.

25       Q.    What do you mean a complaint about