FILED
2023 Oct-10  PM 11:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4
# (REDACTED)

# In the Matter Of:

*Jane Doe vs*

*MindGeek USA*



*July 14, 2023*

**LEXITAS**™



218

1

2  those tools together were a bulletproof system?

3        A.        What I'm saying is we continue to try

4  and evolve.  The system today is better than the

5  system was 10 years ago.  The system 10 years from

6  now will be better than the system that we have

7  today.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



287

1

2                    C E R T I F I C A T E

3               I, RICHARD GERMOSEN, Fellow of the

4    Academy of Professional Reporters, stenographic New

5    Jersey Certified Court Reporter, New Jersey Certified

6    Realtime Court Reporter, California Certified

7    Shorthand Reporter, California Certified Realtime

8    Reporter, NCRA Registered Diplomate Reporter, and

9    NCRA Certified Realtime Reporter, do hereby certify:

10             That ███████████████     the witness

11   whose deposition is hereinbefore set forth, having

12   been duly sworn, and that such deposition is a true

13   record of the testimony of said witness.

14               I further certify that I am not related

15   to any of the parties to this action by blood or

16   marriage, and that I am in no way interested in the

17   outcome of this matter.

18               IN WITNESS WHEREOF, I have hereunto set

19   my hand this 23rd day of July 2023.

20

21   _____
     RICHARD GERMOSEN,
22   FAPR, RDR, CRR, CCR-NJ, CRCR, CSR-CA, CCRR-CA,
     NYACR, NYRCR
23   LICENSE NO. 30XI00184700
     LICENSE NO. 30XR00016800
24   California CSR No. 14391
     California CRR No. 198

25