FILED
2023 Oct-10  PM 11:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 6
# (REDACTED)

**In the Matter Of:**

*JANE DOE vs*

*MINDGEEK USA INCORPORATED*

*August 30, 2023*



1

1

2   UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA
3   SOUTHERN DIVISION
    ---------------------------------------------X
4   JANE DOE, on behalf of herself and all others
    similarly situated,
5
                                    Plaintiff,
6
                v.
7
    MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L.,
8   MG FREESITES, LTD (D/B/A PORNHUB), MG
    FREESITES II, LTD, MG CONTENT RT LIMITED, AND
9   9219-1568 QUEBEC, INC., (D/B/A MINDGEEK),

10
                                    Defendants.
11  ---------------------------------------------X

12              ***CONFIDENTIAL***

13      VIDEOTAPED DEPOSITION OF

14      ███████████████████

15

16

17

18  DATE:  August 30, 2023

19  TIME:  9:14 a.m.

20  PLACE:  1095 Avenue of the Americas, New

21  York, New York

22  BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

23  JOB NO:  2023-909881

24

25



Confidential ████████████ - August 30, 2023

28

1 ████████████

09:38AM 2      A.    A user was able to click on

09:39AM 3 content.  There was different types of users,

09:39AM 4 though.

09:39AM 5      Q.    And by different types of users,

09:39AM 6 are you referring to users in the model hub

09:39AM 7 program, for example, versus other users who

09:39AM 8 were not in that program?

09:39AM 9      A.    That's correct.

09:39AM 10      Q.    For the entire time period for

09:39AM 11 which you're designated, if a person wants to

09:39AM 12 upload content to MindGeek's Tube Websites,

09:39AM 13 they must first create an account, correct?

09:39AM 14      A.    Yes.

09:39AM 15      Q.    Before 2021, were individuals

09:39AM 16 required to provide their real name to

09:39AM 17 MindGeek when they create an account for a

09:39AM 18 Tube Website?

09:39AM 19      A.    There was an input field for name,

09:39AM 20 yes.

09:39AM 21      Q.    And my question was whether

09:39AM 22 individuals were required to provide their

09:39AM 23 real name to MindGeek when they create an

09:39AM 24 account for a Tube Website?

09:39AM 25      A.    Yes.  The input field was for



Confidential    ███████████████    August 30, 2023

61

██████████████

| | |
|---|---|
| | 1 |
| 10:17AM | 2 |  A.    Yes. |
| 10:17AM | 3 |  Q.    But MindGeek does not, itself, |
| 10:17AM | 4 | collect those co-performer IDs, correct? |
| 10:17AM | 5 |  MS. MASSEY:  Object to form. |
| 10:17AM | 6 |  A.    IDs for co-performers are being |
| 10:18AM | 7 | uploaded.  It's the same process for the main |
| 10:18AM | 8 | performer.  Not only are they being uploaded, |
| 10:18AM | 9 | but they are being scanned through an |
| 10:18AM | 10 | external vendor; loaded through our expert in |
| 10:18AM | 11 | validating the ID. |
| 10:18AM | 12 |  At any point, if we were to |
| 10:18AM | 13 | request documentation from an account holder |
| 10:18AM | 14 | for co-performer IDs and they are not able to |
| 10:18AM | 15 | provide, the content will be TOS for |
| 10:18AM | 16 | nonconsensual distribution and we will ban |
| 10:18AM | 17 | the account. |
| 10:18AM | 18 |  Q.    Okay.  Is it your testimony, sir, |
| 10:18AM | 19 | that since 2021, MindGeek has required |
| 10:18AM | 20 | uploaders to submit co-performer IDs in all |
| 10:18AM | 21 | content? |
| 10:18AM | 22 |  MS. MASSEY:  Object to form. |
| 10:18AM | 23 |  A.    Can you repeat the question? |
| 10:18AM | 24 |  Q.    Is it your testimony that since |
| 10:18AM | 25 | 2021 MindGeek has required uploaders to |

Confidential                                 ████████ - August 30, 2023

1          ████████████

10:18AM  2    submit co-performer IDs for all content?

10:19AM  3         A.    Again, co-performer IDs are

10:19AM  4    uploaded to our site.  If we were to see any

10:19AM  5    content where there would be a concern, the

10:19AM  6    content is escalated, set to pending, will

10:19AM  7    never be activated.  And we would ask for

10:19AM  8    documentation for the performers that are in

10:19AM  9    the video.

10:19AM 10         Q.    Okay.  I'm -- I will get to that.

10:19AM 11    I'm just trying to understand, is it your

10:19AM 12    testimony that co-performer IDs for all

10:19AM 13    co-performers are uploaded to MindGeek's

10:19AM 14    site, since 2021, that has been the rule?

10:19AM 15         A.    They have to be retained by the

10:19AM 16    accountholder.  They do not have to be

10:19AM 17    uploaded to the site.

10:19AM 18         Q.    Prior to 2021, did MindGeek

10:19AM 19    consider whether it should require users

10:19AM 20    uploading content to provide their

10:19AM 21    government-issued IDs to MindGeek?

10:19AM 22              MS. MASSEY:  Object to form.

10:19AM 23         A.    Yeah, can you repeat the question?

10:19AM 24         Q.    Prior to 2021, did MindGeek

10:20AM 25    consider whether it should require users



Confidential ███████████ - August 30, 2023

86

1    ████████████

10:58AM    2    goes live, correct?

10:58AM    3          A.      Yes.

10:58AM    4          Q.      Okay.   Does any content on any of

10:58AM    5    MindGeek's Tube Websites go live before it is

10:58AM    6    reviewed by a content moderator?

10:58AM    7                MS. MASSEY:   Object to form.

10:58AM

10:58AM

10:58AM

10:58AM

10:58AM

10:58AM

10:58AM

10:58AM

10:58AM

10:58AM

10:58AM

10:58AM

10:59AM

10:59AM

10:59AM

10:59AM

10:59AM

87

1    ████████

10:59AM    ████████████████████████████████

10:59AM    ████████████████████████████████

10:59AM    ████████████████████████████████

10:59AM    ████████████████████████████████

10:59AM    ████████████████████████████████

10:59AM    7         Q.    That was a lot of steps.  You

10:59AM    8    probably saved us some time with some other

10:59AM    9    questions I had about content moderation.

10:59AM    10    So, thank you.

10:59AM    11              But I just want to know something

10:59AM    12    very simple.  All of those steps that you

10:59AM    13    just mentioned --

10:59AM    14         A.    Yes.

10:59AM    15         Q.    -- that's MindGeek's current

10:59AM    16    process before any content is accessible to

10:59AM    17    the public, correct?

10:59AM    18         A.    That is correct.

10:59AM    19         Q.    Okay.  Has that process that you

10:59AM    20    just testified about been in place since

11:00AM    21    2015?

11:00AM    22         A.    So, yes.  In 2015, again -- so

11:00AM    23    again, as time has evolved, we added more

11:00AM    24    tools, we continue to add more tools, you

11:00AM    25    know, to these known databases of, you know,



1    ████████████████

11:09AM  2          So this happened around -- I would

11:10AM  3    say it started first with Montreal's side.  I

11:10AM  4    believe around -- it may have been September,

11:10AM  5    October where they conducted some audits

11:10AM  6    pulling information, gathering information at

11:10AM  7    first.  And we conducted these audits, I

11:10AM  8    would say, around 2021 where we reclassified

11:10AM  9    content to the correct TOS reason.

11:10AM  10         Q.    Okay.  We are going to spend some

11:10AM  11   time unpacking that.  So I -- you know, I

11:10AM  12   know you have all this knowledge in your

11:10AM  13   brain.  I want to understand each step.

11:10AM  14         A.    Okay.

11:10AM  15         Q.    So it sounds like for the second

11:10AM  16   half of 2020, MindGeek undertook efforts to

11:10AM  17   figure out what are all the sources we should

11:10AM  18   be looking at to re-review or to reclassify

11:10AM  19   content as TOS-8, fair to say?

11:10AM  20         A.    What was the timeframe that you

11:10AM  21   said?

11:10AM  22         Q.    Second half of 2020.  That was an

11:11AM  23   information gathering exercise and time

11:11AM  24   period where MindGeek was trying to figure

11:11AM  25   out what are all the databases and sources

Confidential    █████████ - August 30, 2023

1    █████████

11:11AM  2    that we need to go audit to --

11:11AM  3        A.    Yes.

11:11AM  4        Q.    -- reclassify; is that fair?

11:11AM  5        A.    Yes.

11:11AM  6        Q.    Okay.  And then you said that in

11:11AM  7    2021 the actual audits of those sources

11:11AM  8    occurred; is that correct?

11:11AM  9        A.    Yes.

11:11AM  10        Q.    Okay.  I'm sure Michelle will

11:11AM  11    correct me if I'm wrong, but I believe one of

11:11AM  12    the TOS-8 spreadsheets that is part of this

11:11AM  13    discussion involved some content that was

11:11AM  14    reported to NCMEC in 2020, but it was done

11:11AM  15    before the TOS-8 tag was implemented.

11:11AM  16            Are you familiar with that?

11:11AM  17        A.    I am not familiar with the

11:11AM  18    specific cases that you are talking about,

11:11AM  19    no.

11:11AM  20        Q.    Okay.  Was the Cyprus content

11:11AM  21    moderation team involved in an effort in

11:11AM  22    2020, before the TOS-8 audit process

11:12AM  23    occurred, to start reporting to NCMEC?

11:12AM  24        A.    So the Montreal -- the Cyprus

11:12AM  25    team, my team in Cyprus, when it came to



Confidential ███████████ August 30, 2023

105

1 ████████████

11:19AM 2     I'm trying to --

11:19AM 3        MS. MASSEY:  The spreadsheet

11:19AM 4     itself, no.

11:19AM 5        MS. JOSEPHS:  I'm not asking

11:19AM 6     about the spreadsheet --

11:19AM 7        MS. YEARLY:  They are two

11:19AM 8     different things.  I just want to be

11:19AM 9     clear.  The spreadsheets are not a

11:19AM 10     result of the audit.

11:19AM 11        MS. JOSEPHS:  Can we go off the

11:19AM 12     record for a moment, please.

11:19AM 13        THE VIDEOGRAPHER:  The time is

11:19AM 14     11:20 a.m.  We're off the record.

11:23AM 15        (Whereupon, a recess was held.)

11:23AM 16        THE VIDEOGRAPHER:  The time is

11:23AM 17     11:24 a.m.  We're on the record.

11:23AM 18 BY MS. JOSEPHS:

11:24AM 19     Q.   Okay.  Mr. Ignatiou, you mentioned

11:24AM 20 the CRRs, that stands for content removal

11:24AM 21 request, correct?

11:24AM 22     A.   Yes.

11:24AM 23     Q.   Did the MindGeek content

11:24AM 24 moderation teams go back and run search words

11:24AM 25 in the system that houses the CRRs to

Confidential ███████████████ August 30, 2023

106

1 ███████████████

11:24AM 2   identify content that should have been

11:24AM 3   labeled as TOS-8?

11:24AM 4           MS. MASSEY:  Object to form.

11:24AM 5       A.    We did run terms, yes, related to

11:24AM 6   potentially underage and re-reviewed the

11:24AM 7   content.

11:24AM 8       Q.    And so even if the CRR had been

11:24AM 9   actioned and the content had been disabled,

11:24AM 10  MindGeek still had a copy of it somewhere; is

11:24AM 11  that correct?

11:24AM 12          MS. MASSEY:  Object to form.

11:24AM ███████████████████████████████████████

11:24AM ███████████████████████████████████████

11:24AM ███████████████████████████████████████

11:24AM ███████████████████████████████████████

11:24AM ███████████████████████████████████████

11:25AM ███████████████████████████████████████

11:25AM 19      Q.    During this review, MindGeek

11:25AM 20  identified content that had been the subject

11:25AM 21  of CRRs and had been removed and determined

11:25AM 22  that it should have been tagged as TOS-8; is

11:25AM 23  that correct?

11:25AM 24          MS. MASSEY:  Object to form.

11:25AM 25      A.    Yes, we went through the



Confidential                                    August 30, 2023

109

1

11:27AM  2        Q.    Okay.  One goal of this process

11:27AM  3    was to report TOS-8 violations to the

11:27AM  4    National Center for Missing and Exploited

11:27AM  5    Children, correct?

11:27AM  6        A.    Yes.

11:27AM  7        Q.    Okay.  Were there any other goals

11:28AM  8    of this audit and reclassification process?

11:28AM  9              MS. MASSEY:  Object to form.

11:28AM  10       A.    The goal would have been to,

11:28AM  11   again, report to NCMEC.  And, again, to

11:28AM  12   reclassify the classification of the TOS

11:28AM  13   reason to the correct one.

11:28AM  14       Q.    And why was it important to

11:28AM  15   provide the correct classification of this

11:28AM  16   content for TOS-8 violations?

11:28AM  17       A.    There is --

11:28AM  18             MS. MASSEY:  Object to form.

11:28AM  19       A.    It's important as, you know, we

11:28AM  20   would have -- we like to have our content,

11:28AM  21   you know, organized in the correct bins.  You

11:28AM  22   know, if we ever, you know, needed to go back

11:28AM  23   to do reports, to have, you know, the correct

11:28AM  24   information.

11:28AM  25       Q.    In addition to CRRs, you mentioned

Confidential                    ████████ - August 30, 2023

110

████████████

| | | |
|---|---|---|
| 11:28AM | 2 | that you reviewed both inactive and active |
| 11:29AM | 3 | flagged content; is that correct? |
| 11:29AM | 4 | A.    Yes. |
| 11:29AM | 5 | Q.    So that means you reviewed both |
| 11:29AM | 6 | content that had been flagged at some earlier |
| 11:29AM | 7 | point in time and had been taken down as a |
| 11:29AM | 8 | result of the flag, correct? |
| 11:29AM | 9 | A.    Yes. |
| 11:29AM | 10 | Q.    That also included content that |
| 11:29AM | 11 | had been flagged but had not yet been |
| 11:29AM | 12 | reviewed to see if there was a compliance |
| 11:29AM | 13 | issue; is that correct? |
| 11:29AM | 14 | A.    Can you repeat the question? |
| 11:29AM | 15 | Q.    Sure. |
| 11:29AM | 16 | Part of this audit process |
| 11:29AM | 17 | involved looking at a backlog of flags that |
| 11:29AM | 18 | had been made on content but had not yet been |
| 11:29AM | 19 | reviewed by a content moderator, correct? |
| 11:29AM | 20 | A.    There could have been cases of the |
| 11:29AM | 21 | situation you're stating, yes. |
| 11:29AM | | ████████████████ |
| 11:29AM | | ████████████████ |
| 11:29AM | | ████████████████ |
| 11:29AM | 25 | MS. MASSEY:  Object to form. |



Confidential                    ██████████ - August 30, 2023

117

1                    ██████████

11:36AM   2   parts of this TOS-8 audit, correct?

11:36AM   3        A.    Yes.

11:36AM   4        Q.    Okay.  Who at MindGeek oversaw

11:36AM   5   this entire process?

11:36AM   6        A.    It was -- there was many directors

11:36AM   7   involved.  I wasn't one of them.  It was

11:37AM   8   ██████ who was the Montreal compliance

11:37AM   9   department.  It would have been at the time

11:37AM  10   Ashley or Lauren.  And it was overseen, it

11:37AM  11   would have been, you know, we were giving,

11:37AM  12   you know, reports to ████████████

11:37AM  13        Q.    And can you remind me, I think you

11:37AM  14   testified as to his role before, but what was

11:37AM  15   his role?

11:37AM  16        A.    He is ██████████████████

11:37AM     ████████████████████████

11:37AM  18        Q.    Okay.  Did MindGeek run a search

11:37AM  19   for prior NCMEC requests that it had received

11:37AM  20   as part of this TOS-8 audit and labeling

11:37AM  21   process?

11:37AM  22        A.    Can you repeat the question?

11:37AM  23        Q.    Sure.

11:37AM  24              Did MindGeek run a search for

11:37AM  25   prior requests that it had received from

1  ████████████████

11:37AM  2   NCMEC as part of this TOS-8 audit and

11:37AM  3   labeling process?

11:37AM  4       A.    Yes, that would have been reviewed

11:37AM  5   by trust and safety.

11:38AM  6       Q.    Okay.  We've talked about CCRs,

11:38AM  7   active and inactive flagged content, banned

11:38AM  8   word searches, searches and metadata, user

11:38AM  9   comment searches, law enforcement requests

11:38AM  10  and NCMEC requests.  Are there any other

11:38AM  11  sources that MindGeek looks to in conducting

11:38AM  12  its TOS-8 audit?

11:38AM  13      A.    Yeah, we did a general re-review

11:38AM  14  of content.  So in June 2020, if I'm not

11:38AM  15  mistaken, or somewhere around that time, we

11:38AM  16  re-reviewed content.  As I mentioned before,

11:38AM  17  we had a change in compliance rules.  We

11:38AM  18  evolved, we improved them, I guess you can

11:38AM  19  say.

11:38AM  20           As new fetishes, you know, enter

11:38AM  21  kind of the realm of adult content, we act.

11:38AM  22  So the compliance rules are kind of always

11:38AM  23  evolving.  It's an active document.  So we

11:38AM  24  re-reviewed content and we, you know,

11:38AM  25  classified perhaps something that was

Confidential █████████████ August 30, 2023

119

███████████

| | |
|---|---|
| 1 | |
| 11:39AM 2 | considered, you know, one TOS reason |
| 11:39AM 3 | previously, reclassified it to a new TOS |
| 11:39AM 4 | reason. |
| 11:39AM 5 | Q.    Okay.  You're talking about a |
| 11:39AM 6 | general review of content.  Are you saying |
| 11:39AM 7 | that that was not specific to content that |
| 11:39AM 8 | might be a TOS-8 violation? |
| 11:39AM 9 | A.    What I'm saying is we reviewed |
| 11:39AM 10 | content that may have fell in any TOS reason. |
| 11:39AM 11 | Q.    Right.  And I just want to know if |
| 11:39AM 12 | that was specifically part of this process to |
| 11:39AM 13 | identify and label content for TOS-8.  And I |
| 11:39AM 14 | think what I'm hearing is that if content, |
| 11:39AM 15 | during this general re-review, should be |
| 11:39AM 16 | categorized as TOS-8 and it was, but if it |
| 11:39AM 17 | also should have been -- not also.  If it |
| 11:39AM 18 | instead should have been TOS-5, then you're |
| 11:39AM 19 | saying that there was like a broader |
| 11:39AM 20 | reclassification effort not unique to |
| 11:39AM 21 | TOS-8 -- |
| 11:39AM 22 | MS. MASSEY:  Object to the form. |
| 11:39AM 23 | Q.    -- is that correct? |
| 11:39AM 24 | MS. MASSEY:  Object to form. |
| 11:39AM 25 | A.    We reviewed the content and |

Confidential                              ███████████ - August 30, 2023

120

███████████

| | 1 | |
| --- | --- | --- |
| 11:39AM | 2 | reclassified the TOS reasons. |
| 11:39AM | 3 | Q.    Okay.  During this general review |
| 11:39AM | 4 | of content, how did MindGeek decide what |
| 11:40AM | 5 | content to prioritize in the review? |
| 11:40AM | 6 | A.    So this content was to re-review |
| 11:40AM | 7 | content with, again, the structure change, |
| 11:40AM | 8 | the compliance rules that evolved, to make |
| 11:40AM | 9 | sure that the videos that were currently |
| 11:40AM | 10 | active on the site were compliant with our |
| 11:40AM | 11 | new guidelines.  The way it was prioritized |
| 11:40AM | 12 | was we reviewed UGC content, model content, |
| 11:40AM | 13 | then content partner content. |
| 11:40AM | 14 | Q.    Did this review involve a review |
| 11:40AM | 15 | of every single video and image on MindGeek's |
| 11:40AM | 16 | websites? |
| 11:40AM | 17 | A.    If I'm not mistaken, it was -- had |
| 11:40AM | 18 | to do with metadata that was in the content, |
| 11:41AM | 19 | title takes, descriptions, as you mentioned |
| 11:41AM | 20 | before, and other things were taken into |
| 11:41AM | 21 | consideration, perhaps the profile of the |
| 11:41AM | 22 | uploaders. |
| 11:41AM | 23 | Q.    So in this general review of |
| 11:41AM | 24 | content, did MindGeek apply a list of |
| 11:41AM | 25 | keywords to identify the universe that it |



161

██████████████

| | | |
|---|---|---|
| 01:27PM | 2 | A.    No.  We're both directors.  Mous |
| 01:27PM | 3 | reports to Matt Kilicci. |
| 01:27PM | 4 | Q.    Okay.  And do you report to Matt |
| 01:27PM | 5 | or do you report to Mr. Baba? |
| 01:27PM | 6 | MS. MASSEY:  Object to form. |
| 01:27PM | 7 | Q.    Or someone else? |
| 01:27PM | 8 | A.    Yeah, so my employer is Anis, he's |
| 01:27PM | 9 | in Cyprus.  The directors in Cyprus report to |
| 01:27PM | 10 | the COO of Europe.  But on the day-to-day |
| 01:27PM | 11 | basis, my reports are to Matt, who deals with |
| 01:27PM | 12 | trust and safety compliance matters. |
| 01:27PM | 13 | Q.    And just so the record is clear, |
| 01:27PM | 14 | by "Matt," you mean Matt Kilicci, correct? |
| 01:27PM | 15 | A.    Yes. |
| 01:28PM | 16 | Q.    Okay. |
| 01:28PM | 17 | MS. JOSEPHS:  Exhibit 94 is |
| 01:28PM | 18 | going to be a two-page e-mail Bates |
| 01:28PM | 19 | stamped MindGeek_309631. |
| 01:28PM | 20 | (Whereupon, Ignatiou Exhibit 94, |
| 01:28PM | 21 | MindGeek_00309631 through '9632 was |
| 01:28PM | 22 | marked for identification as of this |
| 01:28PM | 23 | date by the Reporter.) |
| 01:28PM | 24 | BY MS. JOSEPHS: |
| 01:28PM | 25 | Q.    And, Mr. Ignatiou, let me know |

Confidential                    ███████████ August 30, 2023

162

1      ███████████

01:28PM  2      once you've had a chance to review this

01:28PM  3      e-mail.

01:30PM  4           A.    Okay.

01:30PM  5           Q.    Do you see that Exhibit 94 is an

01:30PM  6      e-mail that you sent to Mr. Baba and

01:30PM  7      Mr. Satsias on August 21, 2020?

01:30PM  8           A.    Yes.

01:30PM  9           Q.    And the subject was,

01:30PM  10     "Training/Structure"?

01:30PM  11          A.    Yes.

01:30PM  12          Q.    Okay.  And in this e-mail, you

01:30PM  13     have a header called, "Training Process" and

01:30PM  14     you describe how members of the Cyprus

01:30PM  15     content moderation team are trained; is that

01:30PM  16     correct?

01:30PM  17          A.    Yes.

01:30PM  18          Q.    Okay.  And has this training

01:30PM  19     process been the same since 2015?

01:30PM  20          A.    No.

01:31PM  21          Q.    Okay.  What was the training --

01:31PM  22     let me strike that.

01:31PM  23               When did the training process that

01:31PM  24     you have listed here in Exhibit 94 come into

01:31PM  25     place?

163

██████████

01:31PM 2      A.    Yeah, so this looks like this was

01:31PM 3   an e-mail that I wrote to Anis which was --

01:31PM 4   yeah, to Anis and Yiannis, that the steps

01:31PM 5   that the Cyprus -- this would have been me

01:31PM 6   training the new moderators, what my tasks

01:31PM 7   were to train them.

01:31PM 8      Q.    Okay.  And when did you implement

01:31PM 9   this training process for Cyprus content

01:31PM 10  moderators?

01:31PM 11     A.    This, if I'm not mistaken --

01:31PM 12  again, I don't remember the exact date, it

01:31PM 13  started when I became either a senior or lead

01:31PM 14  moderator maybe in 2016.

01:31PM 15     Q.    Okay.  So starting in 2016, you

01:31PM 16  followed this same training process for all

01:31PM 17  new content moderators on the Cyprus team?

01:31PM 18     A.    Yes.

01:31PM 19     Q.    Okay.  And is this the training

01:31PM 20  process that you continue to the present day?

01:31PM 21     A.    No.

01:31PM 22     Q.    Okay.  When did you stop using the

01:31PM 23  training process described in Exhibit 94?

01:32PM 24     A.    January 2021, we changed the

01:32PM 25  process.

Confidential ███████████ August 30, 2023

164

1        ███████████

01:32PM  2        Q.    Okay.  Can you please describe to

01:32PM  3   me what the training process was for new

01:32PM  4   content moderators in Cyprus when you first

01:32PM  5   joined the company in 2015; so that 2015 to

01:32PM  6   2016 period before you implemented this

01:32PM  7   process?

01:32PM  8        A.    Yeah.  So the first was the

01:32PM  9   onboarding the new hire, so when I first went

01:32PM 10   to become a content moderator, the training

01:32PM 11   was in Montreal.  So I was trained by the

01:32PM 12   lead of Samita's team in Montreal on the

01:32PM 13   compliance rules.

01:32PM 14            Again, the training was similar.

01:32PM 15   We would go over the rules, you know, banned

01:32PM 16   terms, keywords to take into consideration,

01:32PM 17   flag terms to take into consideration when

01:32PM 18   reviewing content, to be a little bit more

01:33PM 19   cautious with those kinds of words.  We would

01:33PM 20   see examples within the training and then a

01:33PM 21   test was given to us to review if we

01:33PM 22   understood the rules or not.

01:33PM 23        Q.    At the time that you were hired,

01:33PM 24   did MindGeek provide you with written

01:33PM 25   materials for training in content moderation?

Confidential ███████████ - August 30, 2023

1 ███████████

01:33PM 2     A.    Yes, we had Google documents.

01:33PM 3     Q.    Okay.  And did those Google

01:33PM 4 documents have instructions on how to judge

01:33PM 5 someone's age that appeared in the content?

01:33PM 6     A.    Yes, there was rules to identify,

01:33PM 7 you know, underage content.

01:33PM 8     Q.    And did you continue to train new

01:33PM 9 hires on those new rules when you implemented

01:33PM 10 this training process described in

01:33PM 11 Exhibit 94?

01:33PM 12     A.    Yes.  So in this e-mail process,

01:33PM 13 this was the training that was done by my

01:33PM 14 team, but Montreal continued to do, you know,

01:34PM 15 the first part of the training with the

01:34PM 16 moderator and then they were handed off to me

01:34PM 17 for the more, you know -- for the other types

01:34PM 18 of training that I needed to show them.

01:34PM 19     Q.    So from 2015 to the present, has

01:34PM 20 it been the case that all new content

01:34PM 21 moderators go to Montreal for the first part

01:34PM 22 of training?

01:34PM 23     A.    Well, they don't actually

01:34PM 24 physically go to Montreal.  It was through

01:34PM 25 calls, video calls.  This stopped -- so



Confidential    ██████████ - August 30, 2023

184

1    ████████████

01:53PM    2        A.    Yes.

01:53PM    3        Q.    Okay.    Then I also see here jail

01:53PM    4    bait, correct?

01:53PM    5        A.    Yes.

01:53PM    6        Q.    And jail bait is a term that's

01:53PM    7    commonly used to reference an underage

01:53PM    8    person, correct?

01:53PM    9        A.    Yes.

01:53PM   10        Q.    All right.    How was the compliance

01:53PM   11    list tab of the bullpen document used for

01:53PM   12    content moderation?

01:53PM   13        A.    Can you repeat the question?

01:53PM   14        Q.    Sure.

01:53PM   15            How was the -- how did MindGeek

01:53PM   16    content moderators use the compliance list

01:53PM   17    tab of the bullpen document for content

01:53PM   18    moderation?

01:53PM
01:53PM
01:53PM
01:53PM
01:53PM
01:53PM
01:53PM

Confidential ████████████████ August 30, 2023

185

1 ████████████████████

01:53PM 2 ███████████████

01:53PM 3        Q.    Okay.  So this was an instruction

01:53PM 4   to moderators, look and see if you see these

01:54PM 5   words, correct?

01:54PM 6              MS. MASSEY:  Object to form.

01:54PM 7        A.    These words technically were

01:54PM 8   forbidden to be entered from the front-end.

01:54PM 9        Q.    Okay.  Then why would a content

01:54PM 10  moderator need an instruction to look for

01:54PM 11  them if they were prohibited from the

01:54PM 12  front-end?

01:54PM 13       A.    These were also -- so in the

01:54PM 14  front-end, they were prohibited to be

01:54PM 15  entered.  On the back end as well.  They were

01:54PM 16  detected.  So in the video page of the CMS,

01:54PM 17  if someone, let's say, were to write, I don't

01:54PM 18  know, the word -- two different words with a

01:54PM 19  space in the middle to -- you know, you can

01:54PM 20  see they were valid words, they were

01:54PM 21  compliant words that, you know, perhaps ended

01:54PM 22  with "S" and had a cat.

01:54PM 23              So a lot of the times we may have

01:54PM 24  had a title that said "a woman's cat."  This

01:54PM 25  would be available to be entered on the



Confidential        ████████████ - August 30, 2023

260

████████████

| | | |
|---|---|---|
| 03:21PM | 2 | A.     Yes. |
| 03:21PM | 3 | Q.     And this one was specific to |
| 03:21PM | 4 | determining age, correct? |
| 03:21PM | 5 | A.     Yes.  This was one of the |
| 03:22PM | 6 | documents I wrote for the team, yes. |
| 03:22PM | 7 | Q.     Okay.  And please remind me, since |
| 03:22PM | 8 | when has this document existed? |
| 03:22PM | 9 | A.     I would say from 2016. |
| 03:22PM | 10 | Q.     Okay.  And is this another |
| 03:22PM | 11 | document that was a living document, |
| 03:22PM | 12 | so to speak, and updated in Google Docs by |
| 03:22PM | 13 | you? |
| 03:22PM | 14 | A.     This document -- I, basically -- |
| 03:22PM | 15 | so I was able to gather some information on |
| 03:22PM | 16 | content that I was coming across while I was |
| 03:22PM | 17 | reviewing content.  So I was a normal |
| 03:22PM | 18 | moderator.  I maybe directed content |
| 03:22PM | 19 | moderation, but I started as the most basic |
| 03:22PM | 20 | role. |
| 03:22PM | 21 | So as I was getting that |
| 03:22PM | 22 | experience, as I was reviewing content, I had |
| 03:22PM | 23 | notes.  I was seeing what was complaint, what |
| 03:22PM | 24 | was not compliant.  I was seeing the trends, |
| 03:22PM | 25 | you know.  I was observing of looking what |

Confidential                                      August 30, 2023

261

1

2  most of the CSAM content that I am coming

3  across, you know, the timelines between this

4  link and this link.

5           I'm seeing that -- you know,

6  whether or not using a dildo or using a

7  toothbrush.  You know, I'm seeing that, you

8  know, whether she has cotton underwear, she

9  doesn't have the Victoria's Secret, you know,

10  lingerie going on.

11           So I was able to, you know, put

12  these, you know, observations I had when I

13  was reviewing the content into a document so

14  it can help the team out.

15      Q.    And does MindGeek still use those

16  factors for determining age for content

17  moderation processes today?

18      A.    Along with other documents, yes.

19      Q.    Okay.  Other than the bullpen, the

20  compliance rule book, the tubes rules, and

21  this document, are there other types of

22  documents that we have not gone over that are

23  MindGeek's written rules and procedures

24  regarding content moderation?

25      A.    There is another one that says



Confidential    ███████████████    August 30, 2023

277

1    ███████████████

03:41PM   2    uploaded illegal content, the protocol was to

03:41PM   3    ban the user, yes.

03:41PM   4        Q.    Okay.  So I just want to make sure

03:41PM   5    very clear.  Is it your testimony, as

03:41PM   6    MindGeek's corporate representative, that

03:41PM   7    since 2015, MindGeek has banned every user

03:41PM   8    once they are found to have posted CSAM?

03:41PM   9            MS. MASSEY:  Object to form.

03:41PM   10        Mischaracterizes the witness's

03:41PM   11        testimony.

03:41PM   12        A.    Again, I said, if there were to be

03:41PM   13    a violation of illegal content, the protocol

03:41PM   14    was to ban the user.

03:41PM   15        Q.    Did MindGeek's -- let me strike

03:42PM   16    that.  I'll start a new line.

03:42PM   17            Since 2015, has MindGeek banned

03:42PM   18    every single user once MindGeek has found

03:42PM   19    that that user posted CSAM?

03:42PM   20        A.    That was the protocol.

03:42PM   21        Q.    Was that protocol followed?

03:42PM   22            Can you tell me, sitting here as

03:42PM   23    MindGeek's corporate representative, whether

03:42PM   24    that protocol was followed for every single

03:42PM   25    user?



Confidential ███████████████ - August 30, 2023

321

```
 1
 2          C E R T I F I C A T E
 3
 4   STATE OF NEW YORK        )
                              :  SS.:
 5   COUNTY OF NASSAU         )
 6
 7          I, REBECCA SCHAUMLOFFEL, a Notary
 8   Public for and within the State of New York,
 9   do hereby certify:
10          That the witness whose examination
11   is hereinbefore set forth was duly sworn and
12   that such examination is a true record of the
13   testimony given by that witness.
14          I further certify that I am not
15   related to any of the parties to this action
16   by blood or by marriage and that I am in no
17   way interested in the outcome of this matter.
18          IN WITNESS WHEREOF, I have hereunto
19   set my hand this 4th day of September, 2023.
20              _____
21              REBECCA SCHAUMLOFFEL
22
23
24
25
```