FILED
2023 Oct-10  PM 11:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 7
# (REDACTED)

**In the Matter Of:**

*JANE DOE vs*

*MINDGEEK USA INCORPORATED*

---

*July 12, 2023*

---



1

1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA

3    SOUTHERN DIVISION

4

5    JANE DOE, on behalf of herself and   )
     all others similarly situated,       )
6                                         )
          Plaintiffs,                     )
7                                         )    Case No.
               vs.                        )
8                                         )8:21-cv-00338-CJC-ADS
     MINDGEEK USA INCORPORATED, MINDGEEK  )
9    S.A.R.L., MG FREESITES, LTD (d/b/a   )
     PORNHUB), MG FREESITES II, LTD, MG   )
10   CONTENT RT LIMITED and 9219-1568     )
     QUEBEC, INC. (d/b/a MindGeek),       )
11                                        )
          Defendants.                     )
12

13              C O N F I D E N T I A L

14                    - - -
              Wednesday, July 12, 2023
15                    - - -

16              Videotaped deposition of

17   ██████████████████ held at the offices of

18   Dechert, LLP, 1095 Avenue of the Americas, New

19   York, New York 10036, before Elizabeth M.

20   Kondor, Certified Court Reporter and Notary

21   Public of the State of New York, on the above

22   date, commencing at 9:03 a.m.

23

24

25   Job No. 2023-903605



JANE DOE vs
MINDGEEK USA INCORPORATED                Confidential                    July 12, 2023

                                                                           20

1        Q.    -- do you see your e-mail beginning

2    May 29, 2020?

3        A.    Yes.

4        Q.    On May 29, 2020, you e-mailed ████

5    ██████ and wrote:  "Hey, █████ please note that

6    the following rules divided by category

7    represent the requirements by which

8    user-generated content on the Pornhub network is

9    graded and judged by MindGeek content compliance

10   and brand protection.  This is based on our

11   extensive experience dating back to almost seven

12   years.  While we don't have any of those rules

13   written, we base our review on team experience."

14            Did I read that correctly?

15       A.    You did.

16       Q.    From 2013 to 2020, you did not have

17   any rules written how to grade and judge

18   user-generated content that might constitute

19   CSAM, correct?

20            MS. MASSEY:  Object to form.

21       A.    My department didn't, but the tube's

22   department.

23            Do you understand tubes?  They did.

24            And we used their version of the

25   rules plus our version.  We have our own rules,

21

1    which are rules that are done for paysites, plus

2    the experience of the team to judge and audit

3    content after it goes live on our tubes

4    division.

5         Q.    From 2011 to 2013, the tubes division

6    was responsible for the rules to audit the

7    content as potential CSAM, correct?

8              MS. MASSEY:  Object to form.

9         A.    I don't know.

10        Q.    From 2011 to 2013, the tubes

11   department had written rules how to grade and

12   judge user-generated content that might

13   constitute CSAM, correct?

14             MS. MASSEY:  Object to form.

15        A.    Again, I don't know.

16        Q.    You said prior to 2013, the tubes

17   department was responsible for auditing content

18   for tube websites, right?

19        A.    I did not say that.

20        Q.    Prior to 2013, the tubes

21   department -- let me rephrase that question.

22             Do you mind?

23        A.    Sure.

24        Q.    Prior to 2013, did the tubes team

25   have responsibility for auditing content on tube



203

 1   department.

 2        Q.    You referred to right now requesting

 3   additional IDs for performers in videos,

 4   correct?

 5        A.    Correct.

 6        Q.    Under what circumstances would you

 7   need to request additional IDs for performers in

 8   videos?

 9             MS. MASSEY:  Object to form.

10        A.    There's very -- tons of scenarios.

11        Q.    What's one?

12        A.    We receive a content removal request

13   saying I'm in this video and I did not consent

14   to be in this video.  We request IDs.  We get a

15   flagged video that says I know this person, and

16   she does not want to be on Pornhub.  We

17   investigate.  Somebody is reviewing content and

18   they're not able to see the face of the girl, we

19   could request IDs.

20             And the list goes on and on and on.

21        Q.    And if someone submits a content

22   removal request now, stating I think the girl

23   depicted in the video is under the age of 18,

24   you might request identification from the

25   additional performer in the video, correct?



333

```
 1                C E R T I F I C A T E

 2              I, ELIZABETH M. KONDOR, a Certified

 3    Court Reporter, No. 30XI00117200, Certified

 4    LiveNote Reporter, No. 060907-14 and Notary

 5    Public of the State of New York, do hereby

 6    certify that prior to the commencement of the

 7    examination, ████████████████ was duly sworn

 8    by me to testify the truth, the whole truth and

 9    nothing but the truth.

10              I DO FURTHER CERTIFY that the

11    foregoing is a true and accurate transcript of

12    the testimony as taken stenographically by and

13    before me at the time, place and on the date

14    hereinbefore set forth.

15              I DO FURTHER CERTIFY that I am

16    neither a relative nor employee nor attorney nor

17    counsel of any of the parties to this action,

18    and that I am neither a relative nor employee of

19    such attorney or counsel, and that I am not

20    financially interested in the action.

21

22    _____

23    Notary Public of the State of New York

24    My Commission expires September 19, 2026.

25    Dated:  Thursday, July 20, 2023
```