# EXHIBIT 10
# (REDACTED)

**From:** ███

**To:** ███
**CC:** ███
**Sent:** 8/9/2021 2:20:15 PM
**Subject:** RE: Spectrum AI - Next Steps

Hi ███

Just to be clear PH needs to work on Real-time data setup in Q4. When the back scan begins it will be the "most-recent live data" from the back scan.

> ███ to create draft version of our Joint Success Plan by Aug 6th
>
> Spectrum AI first release (Hate speech model) on Aug 9th
>
> Meet with ███ to discuss priorities for phase 2 on Aug 9th
>
> > Based on discussion we will update SOW with SAI
>
> ███
>
> Meet with ███ to discuss PR/Partnership strategy and approach on Aug 13th
>
> Review and discuss Oasis user safety standards with SAI on week of Aug 16th
>
> Monitor TSC CMS progress to ensure we deploy by Aug 31st in order to start sending most recent live data from Pornhub to Spectrum AI in order to build our models and more importantly out custom models (Revenge Porn and Non-Consent models)
>
> Spectrum AI second release (CSAM model) on Sept 7th
>
> Spectrum AI third release (Revenge Porn and Non-Consent models) – Oct 4th
>
> PH engineering to work on Real-time data setup in Q4

Thanks

**From:** ███
**Sent:** Friday, August 6, 2021 10:45 AM
**To:** ███
**Cc:** ███
**Subject:** RE: Spectrum AI - Next Steps

100%

Thanks

**From:**
**Sent:** Friday, August 6, 2021 10:44 AM
**To:**
**Cc:**
**Subject:** Re: Spectrum AI - Next Steps

Thank you ▮▮ it's clear.

I take it this means that as a result of #1, we will be sending Spectrum new comments entered on PH in batches.

Thank you.

Sent from my mobile device

---

**From:**
**Sent:** Wednesday, August 4, 2021 19:35
**To:**
**Cc:**
**Subject:** RE: Spectrum AI - Next Steps

Hi ▮

As discussed, our goal is the following:

1. By End of August, we will start sending existing PH video comments by batch to further improve all their 7 models and start actioning on them.
2. By End of September, we want to have a "certified" 7 models from SpectrumAI so that we have full confidence of the returned results.
3. In Q4, we want to establish these 7 certified models to all Tubes sites for video comments in English and

SpectrumAI told us they start to have a clear monthly release plan to further optimize their models as well.

▮ has setup couple of meetings to further develop our timeline for next phases.

Thanks

---

**From:**
**Sent:** Wednesday, August 4, 2021 5:44 PM
**To:**

CONFIDENTIAL        MindGeek_NDAL_00483169

**Cc:**

**Subject:** RE: Spectrum AI - Next Steps

Hi

What is their current accuracy rating for those models, I understood they've been tuning for a few months now.

Is Aug 9 release developed enough to go into production as a "baseline model" or it will still require more training before it can be used?

I'm trying to get to when can we expect to be running new comments through their AI.

Thank you.



**From:**
**Sent:** Wednesday, August 4, 2021 5:26 PM
**To:**

**Cc:**

**Subject:** Re: Spectrum AI - Next Steps

Those are releases on SAI side for the baseline models being built which will then get iterated on over time as we provide them more data.

They are able to release a good baseline model once they've received enough data and quality examples

Hopefully I explained that clear enough that it makes sense

Get Outlook for iOS

**From:**
**Sent:** Wednesday, August 4, 2021 5:09:53 PM
**To:**

**Cc:**

**Subject:** RE: Spectrum AI - Next Steps

Adding others, removing

For the 1-2-3 releases below, what does that mean in production. Does it mean we will have a system which sends some or all text fields to Spectrum for hate speech moderation starting Aug 9?



**From:**
**Sent:** Wednesday, August 4, 2021 2:01 PM
**To:**

**Cc:**
**Subject:** Spectrum AI - Next Steps

Hi,

I met with ▇ (cc'ed) from Spectrum AI to go over our strategy and plan. Below is a summary of our discussion and next steps

- ▇ to create draft version of our Joint Success Plan by Aug 6th
- Spectrum AI first release (Hate speech model) on Aug 9th
- Meet with ▇ to discuss priorities for phase 2 on Aug 9th
    - Based on discussion we will update SOW with SAI



- Meet with ▇ to discuss PR/Partnership strategy and approach on Aug 13th
- Review and discuss Oasis user safety standards with SAI on week of Aug 16th
- Monitor TSC CMS progress to ensure we deploy by Aug 31st in order to start sending most recent live data from Pornhub to Spectrum AI in order to build our models and more importantly out custom models (Revenge Porn and Non-Consent models)
- Spectrum AI second release (CSAM model) on Sept 7th
- Spectrum AI third release (Revenge Porn and Non-Consent models) – Oct 4th
- PH engineering to work on Real-time data setup in Q4

Let me know if you have any questions

Thanks



CONFIDENTIAL

MindGeek_NDAL_00483172