# EXHIBIT 11
# (REDACTED)

**From:** ███
**To:** ███
**CC:**
**Sent:**
**Subject:** ███

That was fast!

Great job everyone!



**From:** ███
**Sent:** Friday, July 16, 2021 1:03 PM
**To:** ███
**Cc:** ███
**Subject:** Re: Age Estimation: Phase 1 is live!

One word. Amazing ..

Get Outlook for Android

---

**From:** ███
**Sent:** Friday, July 16, 2021 12:40:26 PM
**To:** ███
**Cc:** ███
**Subject:** RE: Age Estimation: Phase 1 is live!

███ great job everyone!! Thank you so much.



**From:**
**Sent:** Friday, July 16, 2021 12:24 PM
**To:**
**Cc:**
**Subject:** Age Estimation: Phase 1 is live!

Hello,

I would like to let you know that yesterday, late afternoon, we successfully deployed to production Age estimation tool – Phase 1, on both PH and T&S CMS.
This tool can be used either from the T&S CMS, using the "list page", filtering by overall risk and then looking at the "details page" for each video. If needed, for every video a link is provided to go directly to PH CMS.
In the Ph CMS, we also included a link, from the "video edit page", allowing the user to open the "details page" for this particular video.

The solution was presented to the compliance team and explanation on the functionality was provided.

I would like to thank all teams who worked hard to deliver this solution in a timely fashion.

Best Regards,

