# EXHIBIT 14
# (REDACTED)

| | |
|---|---|
| **From:** | |
| **To:** | |
| **CC:** | |
| **Sent:** | 4/1/2011 4:21:37 PM |
| **Subject:** | TubeUploader v1.05 |
| **Attachments:** | image001.jpg |

Hey team,

We have a new version of the TubeUploader!

What's new in Verison 1.05:
- Added "Banned words" feature. Title, Tags and Description now block the word list (rape|murder|blood|child|incest|beastiality|bleed|vomit|puke|scat). This list can be extended with the Flashvars.bannedWords property.
- Contains the code for segment-categorieS for ExtremeTube (this was in the previous version, but it wasn't really mentioned). This one will require some QA testing.

For the FlashVars.bannedWords, use the following pattern if required:

Word1|word2|word3

This will be injected in the hardcoded list, becoming something like (rape|murder|blood|child|incest|beastiality|bleed|vomit|puke|scat|word1|word2|word3)+, so everything will be checked accordingly. Yes, you can get funky with the RegExp, but don't overdo it.

If anyone thinks that's dangerous, I could have the values separated by a coma (",") instead & replace it with a "|" in the code later on.



MANWIN
CANADA

P Please think of our environment before printing this message
SVP pensez à l'environnement avant d'imprimer ce message

**CONFIDENTIAL**                                                                                                         MindGeek_NDAL_00275620