FILED
2023 Oct-10 PM 11:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 15 (REDACTED)

| | |
|---|---|
| From: | |
| To: | |
| CC: | |
| Sent: | 5/19/2015 3:35:02 AM |
| Subject: | Re: Weekly Task List - PH |
| Attachments: | image001.png |

On the new support page shouldn't the button on top say contact premium support instead of just contact support?
http://www.pornhub.com/support

Nicer support page http://jira.mgcorp.co/browse/PH-18530


From:
Date: Friday, May 15, 2015 at 6:47 PM
To:
Cc:

Subject: Weekly Task List - PH

Completed:
Flo Rida contest - http://jira.mgcorp.co/browse/PH-19280
Nicer support page http://jira.mgcorp.co/browse/PH-18530
Duration sliders on PC http://jira.mgcorp.co/browse/PH-19144
Update flash player 3.2.2 http://jira.mgcorp.co/browse/PH-19123
Update mobile footer http://jira.mgcorp.co/browse/PH-19046
 Description on video pages http://jira.mgcorp.co/browse/PH-17672
Many premium tasks, click here to see them all

In Progress:

Chunk uploader – on live – ready to link – this includes uploading while extering meta, 10gb uploads http://jira.mgcorp.co/browse/PH-19207
Upload by url http://jira.mgcorp.co/browse/PH-19159
Channel autocomplete - design done, with BE http://jira.mgcorp.co/browse/PH-18076
Add categories to gif browse page - with BE http://jira.mgcorp.co/browse/PH-17717 mobile http://jira.mgcorp.co/browse/PH-18013
Show channel results in video searchs - with BE http://jira.mgcorp.co/browse/PH-18191
All the tasks from SEO audit http://jira/browse/PH-18367
Weekly/monthly emails - pending some tasks on BE end, was almost done but put on hold because of ph+   http://jira.mgcorp.co/browse/PH-7534


Premium tasks in progress:
PH-19242 - Ph+ Main navigation - rename "PREMIUM HD" to "PREMIUM"
PH-17755 - Ph+ Flash player: Quality Settings: 1080p Upsell
PH-16835 - Ph+ Integrate Premium badge (user's avatar overlay)
PH-19256- PH Premium - "Play All Videos" button appears to free users viewing a Content Partner's Premium videos
PH-19331 - PH Premium - Channels - Pagination is removed for all users when browsing channels

CONFIDENTIAL                                                                                       MindGeek_NDAL_00041879

PH-19154 - Upload - Photo - Javascript injection can be executed when adding a caption to a photo.
PH-19417- STAGE - Mobile - Comments - Badges are appearing over Avatars
PH-19307 - Q2 - WP6 Sliders - Standard/HD toggle and filter will reset the duration slider back to default
PH-19224 - Ph+ Redirect rules for Ph+ and PH domains
PH-17804 - DVD browse page
PH-18770 - Ph+ Remove ads for Premium users
PH-16834 - Ph+ Integrate Premium icon for video thumbs
PH-16833 - Ph+ Integrate Video Page
PH-16814 - PH+ Integrate Home Page
PH-17159 - Ph+ Integrate 16:9 thumbs across whole Pornhub site
PH-17250 - Ph+ Ensure Premium users don't get pre-rolls
PH-18240 - Ph+ Uservoice widget
PH-18854 - Ph+ Stream/Subscription logic
PH-18118 - PH+ Premium Content in Embed Mode
PH-17162  - Ph+ Integrate playlist for Premium vids
And many more click here to see


**Upcoming**
Text a pornstar – with BE http://jira.mgcorp.co/browse/PH-18419
Amateur Queue improvements – with BI http://jira.mgcorp.co/browse/PH-17630
Hreflang (from SEO) http://jira.mgcorp.co/browse/PH-17673 http://jira.mgcorp.co/browse/PH-17669
HTML5 player – in progress http://jira.mgcorp.co/browse/PH-16868
Translator platform - with BE http://jira.mgcorp.co/browse/PH-17298
Press section - with FE http://jira.mgcorp.co/browse/PH-7577
Sharing feature in community - Moving to Q2 http://jira.mgcorp.co/browse/PH-12000




Deployed this week

| Issue Type | Key | Summary | Assignee | Reporter | Priority | Status | Created |
|---|---|---|---|---|---|---|---|
| Story | PH-19519 | SQL injection for playlist counter | | | Critical | Reopened | 5/15/2015 17:45 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Story | PH-19303 | Ph+ Menu Order | █████ | Normal | Deployed | 5/5/2015 21:01 |
| Technical Task-Bug | PH-19293 | PH-18530 STAGE - Mobile - Support - The t at the end of Content Removal Request is cut off | █████ | Normal | Closed | 5/5/2015 15:50 |