# EXHIBIT 16

## IMPORTANT UPDATE AS OF DEC 14th: (Sent when all non-verified accounts were taken down).

- **Content Now Automatically Set to Pending:**
  Content is automatically set to pending on all content submitted in a CRR.
- **How to Revert Community Concern and Set Content Back to Active:**
  You may see a message on the Edit Video page saying "Because there is a community concern on this video, we have forced the status to pending/Cannot Revert Community Concern. (insert image). When content is flagged due to a CRR, it shows as "Video disabled due to CRR" (INSERT IMAGE).
- **MPP Animations:**
  You may have noticed an increase of content removal requests from a 'group' of individuals using the CRR form to report animations mostly on MPP accounts. Until, further notice, if you get any of these requests, please escalate with an internal note that says "MPP animations. Possible spam. Please review".
- **Concerned Citizen Flow:**
  Concerned Citizen sends a CRR. Content is automatically set to pending, (but if it is not already, set it to pending).
  Review content as a precaution.
  If it's MPP/CPP/>.2M escalate it to a senior agent to review, with an internal note that says as much.
  If it's under 200K views (>.2M) and a regular user, add it to the compliance list to be reviewed.
  Send the *Use This Flag* Macro. (Do this only after adding the content to the compliance list so you don't forget)
  Note: If you're not sure if it's a concerned citizen ticket, post it in the Zendesk Team to room to have someone else look it over for you! If no one responds, ensure content is still set to pending and escalate with an internal note that says, "Unsure how to proceed".
- **How to deal with an increased in spam requests being made via CRR queue:**
  All nonsensical requests/spam can be marked as "Solved" (no internal note needed) Please keep an eye out for genuine requests and use judgement before proceeding.
- **Internal Notes:**
  1) Please include translations on your internal notes on all requests written in a language other than English
  2) Please ensure that you are not sending a public reply when trying to include an internal note on your Zendesk ticket.
  3) If you are escalating content to a senior agent that is MPP, CPP, or has over 200,000 views, please don't forget to include that in your internal notes.
- **When to use the "More Info" Macro:**
  1) When you are unable to ascertain whether or not this is a concerned citizen or someone that has intimate knowledge of the situation.
  2) When the person hasn't given you enough information to be able to proceed with the request, because you may be unsure that it is a genuine request.

Note: Please customize this macro depending on the situation. For example, for cases where "underage" is mentioned, it's probably best to remove the line that says "Is this a related to a copyright issue?".


- **Miscellaneous Info regarding Macros:**
  1) We are phasing out the use of the "On Behalf Macro" and the "Inappropriate videos / photos" macros.

CONFIDENTIAL                                                                                                                       MindGeek_NDAL_00420988

2) We have updated some of our macros, and added some new ones (Email dedicated solely to this topic, to follow)
3) Please start signing off your macros with your name and Pornhub support (example below):

Thanks/Thank you, Sincerely/Best,

Your Name
Pornhub Support

- **Locating Content from PHNCDN links:**

    If a user provides us with a link that says "phncdn" then we can locate the content using said link, in the Pornhub CMS. Essentially it is a direct link to a thumbnail.

    IMPORTANT: Please be advised that due to UGC being removed from our platform, content removal requests will decrease in volume. However, if you're ever sure of how to proceed, please remember that you can always escalate the ticket to a Senior Agent!

## IMPORTANT UPDATE SENT DEC 8: (Sent before all non-verified accounts were taken down).

Effective immediately, all content that is reported in the Content Removal Request form **needs to be set to pending manually BEFORE validating the user and/or request.**

1. Open the ticket
2. Immediately locate content URLs and
3. Search for the content in the CMS and set to pending
4. Return to the ticket and read the reason for removal / look at user's previous history (have they sent us other tickets in the past?, does their request make sense?)
5. Check to see if content is >200k, mpp, cpp
6. Check if request is legit
    1. if yes: escalate to senior agent with appropriate internal note
    2. if no: set back to active and send the appropriate macro
7. Request review in rooms if unsure

## Macros:

**How do I cancel my premium membership? / Where do I cancel premium? / Please cancel my Premium? / Etc.**

- MACRO: # Premium Support Cancellation Request

**What happened to the download option? / Where's the download button? / Why did you remove the ability to download? / No download button? / Etc.**

- MACRO: Downloads Disabled

**Why can't I upload videos? / Who can upload videos? / How can I upload videos? / Where do I go to upload videos? / I can't upload new videos / Etc.**

- MACRO: Uploads disabled

**What happened to the videos in my playlist?**

- MACRO: Deleted Videos / Playlist

**Users who are in the model program – any request / any question.**

- MACRO: ##Redirect to MP

**I've been a verified user for a while, could you please check why my content has been removed? / I'm a verified user! / Why was all of my content removed? / Etc.**

- MACRO: Suspended Content - Non-Verified Uploaders

**I got an email saying that I have Premium but I never signed up for it/ (Case 3165: Expired Premium members getting notified that they have Premium).**

- MACRO: Premium Welcome Error

**# Premium Support Cancellation Request**

- Used for: Requests for Pornhub premium member cancellation.

**Deleted Videos / Playlist**

- Used For: Users asking what happened to their playlist / videos in their playlist