FILED
2023 Oct-10  PM 11:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 18
# (REDACTED)

**Partnerships and government contacts - Summary – 30 April 2021**

New since last update in green.

**Trusted Flagger Program reports**



**MindGeek_NDAL_00521230**



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

**History**

- **Trusted Flagger Program**



- **Spectrum Labs AI – text moderation**



MindGeek_NDAL_00521234



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



MindGeek_NDAL_00521239



MindGeek_NDAL_00521240



- **Lucy Faithful Foundation – UK CSAM prevention**



CONFIDENTIAL



MindGeek_NDAL_00521242



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL                                                                    MindGeek_NDAL_00521246

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL





CONFIDENTIAL



CONFIDENTIAL



MindGeek_NDAL_00521254



MindGeek_NDAL_00521255



**CONFIDENTIAL**



MindGeek_NDAL_00521257



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL





**CONFIDENTIAL**