# EXHIBIT 20 (REDACTED)

# In the Matter Of:

*DOE vs*

*MINDGEEK USA*



*August 08, 2023*

LEXITAS

1

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
-----------------------------------------X
JANE DOE on behalf of herself and all others
similarly situated,

                              Plaintiff,

            v.

MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L.,
MG FREESITES, LTD (D/B/A PORNHUB), MG
FREESITES II, LTD, MG CONTENT RT LIMITED, AND
9219-1568 QUEBEC, INC., (D/B/A MINDGEEK),


                              Defendants.
-----------------------------------------X


          VIDEOTAPED DEPOSITION OF

          [REDACTED]




DATE:  August 8, 2023

TIME:  9:04 a.m.

PLACE:  1095 Avenue of the Americas, New

York, New York

BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

JOB NO:  2023-907124
```



1

2      A.    They were not reporting that

3  content at that time.  That doesn't mean that

4  we didn't report content from November 2019

5  to NCMEC after the fact.

6      Q.    What do you mean by content was

7  reported to NCMEC after the fact?

8      A.    Meaning that even though we didn't

9  have the mechanism to report to NCMEC in

10 November of 2019, we can still report that

11 content to NCMEC later on after we formed

12 that -- the relationship to report to NCMEC.

13     Q.    In November 2019, did MindGeek

14 have a relationship with law enforcement?

15          MS. MASSEY:  Object to form.

16     A.    MindGeek cooperated with law

17 enforcement upon receiving legal requests or

18 communication from law enforcement.

19     Q.    But if MindGeek's technology like

20 Vobile MediaWise detected potential CSAM,

21 MindGeek would not report that content to law

22 enforcement in November 2019, correct?

23          MS. MASSEY:  Object to form.

24     A.    Again, at the -- in November 2019,

25 we were not reporting to NCMEC at that time,



1

2      A.   It was pursuant to when we started
3  reporting to NCMEC in April of 2020.
4      Q.   In April 2020, MindGeek began
5  efforts to audit content for CSAM, correct?
6      A.   MindGeek began to audit content to
7  classify it specifically at CSAM.  Prior to
8  that, it would have been removed.  But we
9  began the designation of content that needed
10  to be reported to NCMEC based on being
11  potential CSAM.
12      Q.   Who made the decision to begin
13  reporting content to NCMEC?
14           MS. MASSEY:  Object to form.
15      A.   I don't know.
16      Q.   Who made the decision to begin
17  efforts to audit content for CSAM in
18  April 2020?
19           MS. MASSEY:  Object to form.
20      A.   I don't know.
21      Q.   Did MindGeek's CEO, Feras Antoon,
22  make the decision to audit content for CSAM?
23      A.   I don't --
24           MS. MASSEY:  Object to form.
25      A.   I don't know.



1

2  to conduct in April 2020 involve manual

3  review of content by moderators?

4       A.    They were already reviewing

5  content manually at the time, but as part of

6  auditing processes, yes, it would include

7  manual review.

8       Q.    And the auditing process would

9  include applying tools designed to detect

10 CSAM, correct?

11      A.    Yes.

12      Q.    Is there any other procedures that

13 the audit in 2020 entailed?

14            MS. MASSEY:  Object to form.

15            You can testify what you're

16       prepared to testify about.

17      A.    Yeah.  I mean, it would involve

18 reviewing other content from the same user

19 that had content removed as being potential

20 CSAM, reviewing of content based on terms

21 used for the title of content, things like

22 that.

23      Q.    Anything else you can think of?

24      A.    No.  That's what comes to mind.

25      Q.    When MindGeek began the audit in



1      [redacted]
2      would have been removed from the website.
3          Q.    And part of the 2020 audit of
4      content was recategorizing certain pieces of
5      content as TOS8 violations, correct?
6          A.    Yes.
7          Q.    Can you turn back to the first
8      page of Exhibit 42, please.
9          A.    Okay.
10         Q.    Do you see on February 25, 2021,
11     you e-mailed an attachment titled "Requested
12     Stats - CMS"?
13         A.    That's what it states, yes.
14         Q.    And you wrote to [redacted]
15     "Please see attached.  These may not be
16     directly related to tools but will give us
17     insight into TOS's content on macro and micro
18     levels.  Some of these are probably nice to
19     have, but I figured I'd include just in
20     case," correct?
21         A.    Yes.
22         Q.    Okay.  Let's look at the
23     attachment.
24              MS. GREGORY:  I'll mark as
25         Exhibit 43 a document with the Bates



1
2      Q.    What does a rescan refer to?
3      A.    A rescan refers to the process
4  we -- where we are scanning previously
5  uploaded content against any of the tools
6  that we mentioned before to determine if
7  previously uploaded content could be
8  potential CSAM.
9      Q.    Each time a new tool is
10 implemented is it applied to all previously
11 uploaded content?
12     A.    No, not necessarily.
13     Q.    What factors would determine
14 whether that tool is applied to previously
15 uploaded content?
16     A.    We would evaluated the databases
17 that the -- hash databases that the tool is
18 running against.  So, for example, if a tool
19 has duplicative hash databases, that would be
20 a factor of whether we would rescan with that
21 tool or not.
22     Q.    When MindGeek begins the process
23 of rescanning previously uploaded content,
24 does MindGeek begin with content uploaded a
25 particular time period?

1
2         MS. MASSEY:  Object to form.
3     A.    The decision is based on the
4  status of the content.  Obviously, if you're
5  rescanning a large number, it's going to take
6  some time.  You don't want to send a large
7  volume at the same time, but it's -- like I
8  said, it's based on the status of the
9  content, not necessarily the upload date.
10    Q.    When you say "status of the
11 content," what do you refer to?
12    A.    So if the content is active
13 versus -- we wouldn't rescan something that
14 had already been TOS'ed, for example.  Like
15 if it was already removed for CSAM, there is
16 no reason for us to rescan that content.
17    Q.    So you would prioritize rescanning
18 active content?
19    A.    I don't want to say we would
20 prioritize it.  We would just make sure that
21 we are rescanning content that hadn't been
22 previously TOS'ed.
23    Q.    How do you identify which content
24 had been previously TOS'ed?
25    A.    We can identify it in our system.



1         ▮▮▮▮▮▮
2    topics?
3         A.    In preparation we didn't talk
4    about this specifically.  I -- we had
5    prepared this recently, so I'm very familiar
6    with it.
7         Q.    Exhibit 46 lists all videos
8    uploaded to Pornhub.com that has been
9    identified as TOS8, correct?
10        A.    Yes.
11        Q.    Exhibit 46 does not include all
12   videos identified as potential CSAM on
13   Pornhub.com, correct?
14        A.    TOS8 is the reason as potential
15   CSAM.  So anything that we've identified or
16   been made aware of that we've TOS'ed for TOS8
17   and then reported to NCMEC is within this
18   spreadsheet.
19        Q.    Is there a universe of videos that
20   have been identified by MindGeek as potential
21   CSAM that were not categorized as TOS8?
22        A.    Yes.
23        Q.    What is that universe of videos?
24        A.    These are videos specifically that
25   were reported to NCMEC during that April 2020



1

2     Q.    TOS date reflects the date on
3  which MindGeek identified the video as TOS8
4  in the CMS, correct?
5     A.    Yes.
6     Q.    And by filter here the earliest
7  date is June 5, 2020.
8           Do you see that?
9     A.    That's what it looks like on here.
10    Q.    And that's because MindGeek began
11 using the TOS8 classification in June 2020,
12 correct?
13    A.    Correct.
14    Q.    Column V is titled "TOS Subtype,"
15 correct?
16    A.    Yes.
17    Q.    What does TOS subtype refer to?
18    A.    This is an additional field that
19 we can select when removing content for TOS8.
20 You can see it's unclassified or it's A1, A2,
21 B1 or B2.
22    Q.    And what do A1, A2, B1, B2 refer
23 to?
24    A.    So this is a classification where
25 A means prepubescent and B mean pubescent.



1

2      C E R T I F I C A T E

3

4   STATE OF NEW YORK      )
                          : SS.:
5   COUNTY OF NASSAU       )

6

7          I, REBECCA SCHAUMLOFFEL, a Notary

8   Public for and within the State of New York,

9   do hereby certify:

10         That the witness whose examination

11  is hereinbefore set forth was duly sworn and

12  that such examination is a true record of the

13  testimony given by that witness.

14         I further certify that I am not

15  related to any of the parties to this action

16  by blood or by marriage and that I am in no

17  way interested in the outcome of this matter.

18         IN WITNESS WHEREOF, I have hereunto

19  set my hand this 10th day of August, 2023.

20         _____

21            REBECCA SCHAUMLOFFEL

22

23

24

25