FILED
2023 Oct-10  PM 11:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 26
# (REDACTED)

Confidential



JaneDoe1_00000009

Confidential

JaneDoe1_00000010



JaneDoe1_0000011

OMITTED AT THE REQUEST OF PLAINTIFF

Confidential

JaneDoe1_00000012

