# EXHIBIT 27
# (REDACTED)

| | | |
|---|---|---|
| From: | ███████ | |
| Sent: | Wednesday, July 15, 2020 7:35 PM | |
| To: | ███████████████████████████████ | |
| Cc: | | |
| Subject: | RE: [External] Preservation Letter for Records (Pornhub.com) | |
| Attachments: | ███████████████████████████ - CSV - Content.xlsx | |

Hello,

Here is the information I located in regards to ███████

---

## USER INFORMATION

For *████████

| | | |
|---|---|---|
| Specified User is/was Model | | Yes |
| Model Account – PRESENT | YES/NO | Yes |
| Model Account – PAST | YES/NO | No |
| User info - all (real) names, usernames, emails or contact info | User ID: ███████<br>Username: ███████<br>Email: ███████<br>Primary Model's full name: ███████<br>Address: Redacted - PII<br>City: Redacted - PII<br>Country: Redacted - PII<br>State/Province: Redacted - PII<br>Postal Code: Redacted - PII<br>Phone Number: Redacted - PII<br>Birthdate: ███████<br>███████<br>About me: I love to fuck | |

| User Session IPs | Ip Address # | Logged In | Country |
|---|---|---|---|
| | ███████ | 1 month ago | US |
| | | 1 month ago | US |
| | | 3 weeks ago | US |
| | | 2 weeks ago | US |
| | | 2 weeks ago | US |
| | | 1 week ago | US |
| | | 1 week ago | US |
| | | 1 week ago | US |
| | | 6 days ago | US |
| | | 4 days ago | US |

| | | |
|---|---|---|
| Registration Date/Time | 2016-03-02 14:20:19 UTC | |
| Last Login Date/Time | lastLogin | July 10, 2020, 9:26 pm UTC (July 10, 2020, 5:26 pm EST) |
| | lastLoginByMobile | March 2, 2016, 2:20 pm UTC (March 2, 2016, 9:20 am EST) |
| | lastLoginByTablet | April 6, 2017, 2:56 am UTC (April 5, 2017, 10:56 pm EST) |
| Account Deleted Date/Time (if applicable) | Banned - Legal – CSAM on: 2020-07-15 19:28:06 | |
| Avatar image (attached) | Attached | Uploaded:<br>June 5, 2020, 10:35 pm UTC (June 5, 2020, 6:35 pm EST) |

CONFIDENTIAL

| Cover image (attached) | N/A | |
|---|---|---|
| User's photo IDs | Attached | Uploaded: 2019-10-04 13:17:02 |
| Additional Performer's IDs | N/A | |
| Verification photo (with upload date) | Attached | Uploaded: October 4, 2019, 6:42 am UTC (October 4, 2019, 2:42 am EST) |
| Sales history | N/A | |
| Purchase history | N/A | |
| Any billing, financial incl Credit card (1st 4 digits, last 6 digits), Paypal, crypto account info | N/A | |
| Payment (payout) info | Payment Method: Check<br>Payment To Check: ▇<br>Payment Information Status: Pending | |
| Messages | Attached CSV (Tab 2) | |
| Comments | Attached CSV (Tab 3) | |
| Removal Request | **Reason:** Posted without consent / Underage / Incapacitated<br>**Requester:** ▇<br>**Date requested:** Feb 24 19:37<br>**Via:** Zendesk - # 1334218 – partners@youporn.com | |
| Removal Request | **Reason:** Posted without consent / Underage / Incapacitated<br>**Requester:** ▇<br>**Date requested:** Feb 24 19:33<br>**Via:** Zendesk - # 1334210 – support@pornhub.com | |
| Removal Request | **Reason:** Posted without consent / Underage / Incapacitated<br>**Requester:** ▇<br>**Date requested:** Feb 24 19:48<br>**Via:** Zendesk - # 1334231 – support@pornhub.com | |

**CONTENT:**

**Video(s) :** 34 – Attached CSV (Tab 1)

**Album(s):** 6 - Attached

Regards,

▇

mindGeek

**From:** ▇
**Sent:** Wednesday, July 15, 2020 7:14 AM
**To:** MTL-Tubes_Removal <MTL-Tubes_Removal@mindgeek.com>; ▇
**Cc:** ▇
**Subject:** FW: [External] Preservation Letter for Records (Pornhub.com)

Hi guys,

Could you please preserve as per below and attached?

*This preservation request applies to the following records and evidence during the time period: Date of Account Creation until present day (7-14-20):*

1. *Any and all email addresses associated with user account* ▇
2. *Any and all IP addresses logged by system in include first login and last logout.*
3. *Any and all subscriber information for user account* ▇
4. *Any and all video titles uploaded to include the date the videos were uploaded.*

Thank you

Regards,

████████████

# MindGeek

**From:** ████████████
**Sent:** Tuesday, July 14, 2020 11:37 PM
**To:** ████████████
**Subject:** Fwd: [External] Preservation Letter for Records (Pornhub.com)

Hi

To process in ████ absence.

████████████

Begin forwarded message:

**From:** ████████████
**Date:** July 14, 2020 at 16:20:43 EDT
**To:** ████████████
**Cc:** "David A. Jones" <djones1@tuscaloosa.com>
**Subject:** [External] Preservation Letter for Records (Pornhub.com)

Legal Counsel,

Investigators with the Tuscaloosa Police Department in Alabama is conducting an investigation where videos of an underage female were uploaded to Pornhub.com. The user account in question is "████████". We have attached a preservation letter to preserve any and all records associated with user account "████████". Investigators will follow-up in the coming days with a search warrant to obtain any and all information with user account ████████.

████████████
Tuscaloosa Police Department
Cyber Intelligence Unit
2501 Hargrove Rd East
Tuscaloosa, AL 35405
Office: 205-248-4507
Cell/AT&T PTT: 205-534-8700
Email: rwilkins@tuscaloosa.com

THE OPINIONS EXPRESSED WITHIN THE CONFINES OF THIS MESSAGE ARE MY OWN AND DO NOT NECESSARILY REPRESENT THE OPINIONS OF THE TUSCALOOSA POLICE DEPARTMENT, CITY OF TUSCALOOSA, OR THE ADMINISTRATION/LEADERS OF EITHER OF THESE GROUPS.

CONFIDENTIAL                                                                                           MindGeek_NDAL_00104647