# EXHIBIT 28
# (FILED UNDER SEAL)