# EXHIBIT 31
# (REDACTED)

**DOCUMENT PRODUCED NATIVELY**

CONFIDENTIAL                                                                                                        MindGeek_NDAL_00575109

| comment_id | video_id | user_id | owner_id | thread_id | date_comment_added | spam | deleted | date_delet |
|---|---|---|---|---|---|---|---|---|
| 435036681 | 309049351 | 1749641241 | 1.3E+08 | 0 | 5/31/2020 18:07 | 0 | 0 | NULL |

| comment | phonetic_1username |
|---|---|
| Yo she from T Town? whats her info? | ▇▇▇▇▇ |