# Exhibit 2

## J. Fonseca October 24, 2023 Deposition Transcript Excerpts (FILED UNDER SEAL)