# Exhibit 4
## Plaintiff Jane Doe September 29, 2023 Deposition Transcript Excerpts

Page 1

```
 1         UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF ALABAMA
 2              WESTERN DIVISION
 3
   JANE DOE #1 and JANE DOE #2 on behalf of
 4 themselves and all others similarly
   situated,
 5
            Plaintiff,
 6
                        CIVIL ACTION NUMBER
 7
   VS.                  7:21-CV-00220
 8
                        HONORABLE L. SCOTT COOGLER
 9
   MG FREESITES, LTD, d/b/a "PORNHUB"; MG
10 FREESITES II, LTD; MINDGEEK S.A.R.L.;
   MINDGEEK USA INCORPORATED; MG CY HOLDINGS
11 LTD; MINDGEEK CONTENT RT LIMITED;
   9219-1568 QUEBEC, INC., d/b/a MINDGEEK; MG
12 BILLING LTD,
13         Defendants.
14
15         VIDEOTAPED DEPOSITION
16                OF
17         ███████  ██████████
18
19     S T I P U L A T I O N S
20     IT IS STIPULATED AND AGREED by and
21 between the parties through their
22 respective counsel that the videotaped
23 deposition of:
```

1    ███████ ████████████,
2    may be taken before Carol J. Reyer, a
3    Certified Stenographic Court Reporter and
4    Notary Public for the State of Alabama at
5    Large, at the Zarzaur Law Firm, 2332 2nd
6    Avenue North, Birmingham, Alabama, on the
7    29th day of September, 2023, commencing at
8    approximately 10:37 a.m.
9             In accordance with Rule 5(d) of
10   the Federal Rules of Civil Procedure, as
11   amended, effective May 15, 1988, I, CAROL
12   J. REYER, am hereby delivering to KATHLEEN
13   N. MASSEY, the original transcript of the
14   oral testimony taken the 29th day of
15   September, 2023, along with exhibits.
16            Please be advised that this is the
17   same and not retained by the Court
18   Reporter, nor filed with the Court.
19
20
21
22
23

Page 257

1  those are the only people that I
2  personally can recall that seen it among
3  the 2,000-something people that was listed
4  earlier.
5      Q. Are you aware of any re-uploads of
6  that video to Pornhub or any other site?
7      A. Not to my knowledge, but it's
8  definitely a genuine fear.
9      Q. What about the video that was made
10 in the hotel room? Are you aware of that
11 having been uploaded to Pornhub or
12 anywhere else?
13     A. Not to my knowledge, but like I
14 said, it's something to be fearful about.
15     Q. So we've -- we've talked about the
16 two videos. The one we were just talking
17 about now was a video entitled, pardon my
18 language, ▮▮▮▮▮▮▮
19 ▮▮▮▮ is that correct?
20     A. This is the first I'm hearing of
21 that title, is from you, ma'am.
22     Q. I'm sorry about that.
23        But this is the video that you are

Page 263

1       MR. ZARZAUR: Object to the form.
2       Q. You can answer.
3       A. I'm just going to say that
4  children and adults don't sound the same.
5  They don't look the same. My sounds
6  wasn't of an adult. They were of a child.
7  And so that would be what I would say, my
8  screams.
9       Q. You testified earlier that the
10 video included an image of your calf. Was
11 there anything about your calf to suggest
12 that you were underage?
13      A. I mean, I'd say no, but it wasn't
14 my job to have to know it either.
15      Q. I'm just asking for your opinion
16 of what the content depicted.
17      So this -- this video that we're
18 talking about now you've testified was
19 recorded in late ███ ███ ███,
20 correct?
21      A. That's correct.
22      Q. How old were you at that time?
23      A. Depending on when it was recorded,

Page 264

1  I was either 16 or 17. My birthday is in
2  ████████ so I can't be 100 percent sure,
3  but ...
4      Q. So 16 or 17 in this video?
5      A. That's correct.
6      Q. And what is it about your
7  screaming in this video when you were 16
8  or 17 that indicated it was the scream of
9  an underage person?
10     A. (No response.)
11     Q. Can you think of anything sitting
12 here today?
13     A. I know as I've gotten older my
14 voice has depthened [phonetic]. It's, I
15 don't know how to describe, but stout. I
16 have a stouter voice. And I know at the
17 time I didn't have as much raspy to the
18 voice, so that would be my answer. Not as
19 raspy, not as whole. More squeal-like
20 that you hear most kids playing on a
21 playground squealing, and that's what I
22 would say.
23     Q. You think there was a big enough