# Exhibit 6

## May 24, 2023 CSAM Discovery Hearing Transcript Excerpt

```
 1                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ALABAMA
 2                       WESTERN DIVISION

 3

 4   JANE JOE #1,                      7:21-CV-220-LSC

 5          Plaintiff,                 May 24, 2023

 6   vs.                               Tuscaloosa, Alabama

 7   MG FREESITES, LTD, ET AL.,        10:00 a.m.

 8          Defendant.

 9   * * * * * * * * * * * * * * * * * * * * * * * * *

10              REPORTER'S OFFICIAL TRANSCRIPT OF
                         STATUS HEARING
11

12           BEFORE THE HONORABLE L. SCOTT COOGLER
                UNITED STATES CHIEF DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22   Proceedings recorded by OFFICIAL COURT REPORTER, Qualified
     pursuant to 28 U.S.C. 753(a) & Guide to Judiciary Policies
23   and Procedures Vol. VI, Chapter III, D.2. Transcript
     produced by computerized stenotype.
24

25
```

```
 1                        * * * * *
 2                     A P P E A R A N C E S
 3                        * * * * *
 4   FOR THE PLAINTIFF:
 5   Gregory Zarzaur
     Joshua Patrick Hayes
 6   Danielle M. Bianculli Pinter
     Kelsie Marie Overton
 7   Kevin Kent
 8
 9   FOR THE DEFENDANT:
10   Kathleen Massey
     Michelle Yeary
11   Lindsay Pickell Lounsbury
     William Somerville, III
12
13   State of Alabama Attorney General's Office:
14   Clark Morris
     Edmund LaCour
15
16   National Center Missing and Exploited Children
17   Justin Little
18
19
20
21   Court Reporter:  Teresa Roberson, RMR
22
23
24
25
```

1   whatever, and could -- and I know Mr. Little is just getting
2   into this, but I would assume NCMEC and the National Computer
3   Center that's in Virginia, I think it's Virginia, that
4   constantly searches these hash values for child pornography,
5   would be able to identify if that is a known image.  But it
6   would also be useful to make sure that that image is secured
7   where we know what image actually came off that sheet, if that
8   becomes a question down the road.  Protecting the defendants
9   who say that is not a minor, for instance, and the plaintiffs
10  saying maybe it is.  Then why -- if you're not getting the
11  hash value, is there -- have you -- I mean, am I wrong or am I
12  right?  Does anybody know?
13          MS. MASSEY:  You're talking -- Mr. Zarzaur was
14  talking about embedded images in a document like an email.
15  When we're talking about hash values associated with content
16  or images, that's the video or the photo itself.
17          And absolutely, Your Honor, there are databases of
18  known CSAM and Mindgeek, like other responsible platforms, run
19  content against those databases as part of the review before
20  the content goes public.  So we do certainly have that for the
21  images.
22          THE COURT:  Okay.  Let me ask our investigator from
23  the Attorney General's office that's right there.
24          It's my understanding that if there is an image,
25  just say a picture, that that picture has a hash value, does

```
 1   it not?
 2              INVESTIGATOR:  That is correct, Your Honor.
 3              THE COURT:  And you could be able to see that hash
 4   value whether it's in a known database of child pornography or
 5   not, just like a picture of me that's out there, if it's --
 6   every single frame has its own hash value; is that correct?
 7              INVESTIGATOR:  Every individual file would have its
 8   own hash value, Your Honor.  As long as the file itself is not
 9   modified in any way, the hash value would remain the same.
10   However, if you add it to a document or to another file, it
11   would dramatically change the hash value for that image.
12              THE COURT:  And then how would they get the hash
13   value once they add it to, like, embedded in a document?
14              INVESTIGATOR:  You can sometimes remove the image
15   from the document and make it a separate file and the hash
16   value would return as a match.  However, once you insert it
17   into a document and the process of exporting, if you add even
18   one bit of data to that image, it will automatically change
19   the hash value yet again.
20              THE COURT:  And there would be another hash value
21   that would replace the original one at that point?
22              INVESTIGATOR:  That is correct.
23              THE COURT:  My concern is, just like, guys, I raised
24   this a long time ago with y'all, this is something that I deal
25   with, unfortunately, in my line of work and we see, and I
```