FILED
2023 Nov-22 AM 09:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JANE DOE #1 and JANE DOE #2, on behalf of themselves and all others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **7:21-cv-00220-LSC** |
| **MG FREESITES, LTD d/b/a "PORNHUB," et al.,** | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

Terri Olive Tompkins of the firm Rosen Harwood, P.A. files her Notice of Appearance as counsel for non-party witnesses Ashley Walling, Brett Goldenberg, Samita Nguyen, Hongjun Zhu, Mike Farley, and Dillon Rice.

RESPECTFULLY SUBMITTED this the 22nd day of November, 2023.

TERRI OLIVE TOMPKINS (TOM-013)

***/s/ TERRI OLIVE TOMPKINS***

Attorney for Witnesses
ROSEN HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, Alabama 35401
Telephone: (205) 344-5000
Facsimile: (205) 758-8358
ttompkins@rosenharwood.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading or paper has been served upon:

Gregory Zarzaur
Kelsie Marie Overton
THE ZARZAUR LAW FIRM
2332 Second Avenue North
Birmingham, Alabama 35203

Joshua P. Hayes
Daniel Blake Williams
PRINCE GLOVER HAYES
701 Rice Mine Road
Tuscaloosa, Alabama 35406

Kimberly Lambert Adams
Kathryn L. Avila
LEVIN PAPANTONIO RAFFERTY
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502

Victor Paul Bucci, II
Brian Kent
Gaetano D. Andrea
Jill P. Roth
M. Stewart Ryan
Alexandria MacMaster
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, Pennsylvania 19107

Benjamin W. Bull
Peter A. Gentala
Dani Bianculli Pinter
Christen M. Price
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F Street NW, Suite 200
Washington, D.C. 20004

Joseph W. Jesiolowski
Vanessa Huber
CONRAD O'BRIAN, PC
Centre Square West Tower
1500 Market Street, Suite 3900
Philadelphia, Pennsylvania 19102

Kevin D. Kent
Mark B. Schoeller
CLARK HILL, PLC
2 Commerce Square, Suite 2620
Philadelpha, Pennsylvania 19103

Robert Jason Becher
Diane L. Cafferata
Michael Ernest Williams
Michael Zeller
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Ste. Los Angeles
Los Angeles, California 90017

Christopher R. Boisvert
DECHERT, LLP
2929 Arch Street, Cira Centre
Philadelpha, Pennsylvania 19104

Hayden A. Coleman
Kathleen N. Massey
DECHERT, LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036

Angela Liu
DECHERT, LLP
35 W. Wacker Drive, Suite 3400
Chicago, Illinois 60601

Lindsay Pickell Lounsbury
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
420 20th Street North, Suite 1400
Birmingham, Alabama 35203

Sara M. Turner
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 3523

Robert P. Reynolds
Justin B. Little
REYNOLDS, REYNOLDS & LITTLE, LLC

P.O. Box 2863
Tuscaloosa, Alabama 35403

on this 22nd day of November, 2023, by electronically filing, delivering a copy to each, by mailing a copy to each by first class United States Mail, postage prepaid, addressed to them at their last known address or, if no address is known, by leaving it with the Clerk of this Court.

***/s/ TERRI OLIVE TOMPKINS***
Attorney for Witnesses