FILED
2023 Nov-22 AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JANE DOE #1 and JANE DOE #2, on behalf of themselves and all others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **7:21-cv-00220-LSC** |
| **MG FREESITES, LTD d/b/a "PORNHUB," et al.,** | ) | **UNOPPOSED** |
| **Defendants.** | ) | |

## <u>APPLICATION FOR ADMISSION *PRO HAC VICE*</u>

NOW COMES the undersigned, Terri Olive Tompkins, of the firm Rosen Harwood, P.A., and moves this Court to admit Joseph D. Cohen to appear *pro hac* vice before this Court as counsel for non-party witnesses Ashley Walling, Brett Goldenberg, Samita Nguyen, Hongjun Zhu, Mike Farley, and Dillon Rice. Pursuant to Local Rule 83.1(b)(1), Joseph D. Cohen is admitted to practice before the United States District Court for the Southern District of Texas, which is the district in which he resides and regularly practices law. A Certificate of Good Standing is attached as Exhibit A. Pursuant to Local Rule 83.1(b)(1), Joseph D. Cohen submits a sworn statement containing his (1) residence address; (2) office address, telephone number, facsimile number, and email address; (3) the courts in which the applicant is admitted to practice and the dates of admission; and (4) a statement that the applicant is in good standing and eligible to practice in all courts to which he is admitted. *See* Exhibit B. As stated therein:

1. Joseph D. Cohen resides in Houston, Texas.
2. Joseph D. Cohen is a partner in the law firm of Porter Hedges, located at 1000 Main

Street, 36th Floor, Houston, Texas 77002. His telephone number is (713) 226-6228; fax number is (713) 226-6228; and email address is jcohen@porterhedges.com.

3. Joseph D. Cohen is a duly licensed attorney in good standing in the state of Texas. The following are the courts to which the applicant is admitted to practice and the dates of admission:

| | |
|---|---|
| Texas State Courts | 11/01/1991 |
| Southern District of Texas | 11/20/1992 |
| Northern District of Texas | 11/21/1991 |
| Eastern District of Texas | 11/20/1992 |
| Western District of Texas | 03/17/1993 |
| U.S. Court of Appeals, Fifth Circuit | 05/09/2011 |

4. Joseph D. Cohen has never been nor is currently suspended or disbarred in any jurisdiction, nor are there any disciplinary proceedings pending against him in any jurisdiction.

Pursuant to Local Rule 83.1(b)(2), the undersigned, Terri Olive Tompkins, of the law firm Rosen Harwood, P.A., located at 2200 Jack Warner Parkway, Suite 200, Tuscaloosa, Alabama 35401 (Telephone (205) 344-5000; Facsimile (205) 758-8358) is sponsoring Joseph D. Cohen's admission to practice before this Court *pro hac vice* and will serve as local counsel for witnesses Ashley Walling, Brett Goldenberg, Samita Nguyen, Hongjun Zhu, Mike Farley, and Dillon Rice, in the above-captioned matter.

Counsel for the parties do not oppose the pro hac vice admission of Joseph Cohen and do not request a hearing on the application.

RESPECTFULLY SUBMITTED this the 22nd day of November, 2023.

R. BERNARD HARWOOD, JR. (HAR-032)
TERRI OLIVE TOMPKINS (TOM-013)

***/s/ TERRI OLIVE TOMPKINS***
Attorney for Witnesses
ROSEN HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, Alabama 35401
Telephone: (205) 344-5000
Facsimile: (205) 758-8358
bharwood@rosenharwood.com
ttompkins@rosenharwood.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading or paper has been served upon:

Gregory Zarzaur
Kelsie Marie Overton
THE ZARZAUR LAW FIRM
2332 Second Avenue North
Birmingham, Alabama 35203

Joshua P. Hayes
Daniel Blake Williams
PRINCE GLOVER HAYES
701 Rice Mine Road
Tuscaloosa, Alabama 35406

Kimberly Lambert Adams
Kathryn L. Avila
LEVIN PAPANTONIO RAFFERTY
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502

Victor Paul Bucci, II
Brian Kent
Gaetano D. Andrea
Jill P. Roth
M. Stewart Ryan
Alexandria MacMaster
LAFFEY, BUCCI & KENT, LLP
1100 Ludlow Street, Suite 300
Philadelphia, Pennsylvania 19107

Benjamin W. Bull
Peter A. Gentala
Dani Bianculli Pinter
Christen M. Price
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F Street NW, Suite 200
Washington, D.C. 20004

Joseph W. Jesiolowski
Vanessa Huber
CONRAD O'BRIAN, PC
Centre Square West Tower
1500 Market Street, Suite 3900
Philadelphia, Pennsylvania 19102

Kevin D. Kent
Mark B. Schoeller
CLARK HILL, PLC
2 Commerce Square, Suite 2620
Philadelpha, Pennsylvania 19103

Robert Jason Becher
Diane L. Cafferata
Michael Ernest Williams
Michael Zeller
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Ste. Los Angeles
Los Angeles, California 90017

Christopher R. Boisvert
DECHERT, LLP
2929 Arch Street, Cira Centre
Philadelpha, Pennsylvania 19104

Hayden A. Coleman
Kathleen N. Massey
DECHERT, LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036

Angela Liu
DECHERT, LLP
35 W. Wacker Drive, Suite 3400
Chicago, Illinois 60601

Lindsay Pickell Lounsbury
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
420 20th Street North, Suite 1400
Birmingham, Alabama 35203

Sara M. Turner
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 3523

Robert P. Reynolds
Justin B. Little
REYNOLDS, REYNOLDS & LITTLE, LLC

P.O. Box 2863
Tuscaloosa, Alabama 35403

on this 22nd day of November, 2023, by electronically filing, delivering a copy to each, by mailing a copy to each by first class United States Mail, postage prepaid, addressed to them at their last known address or, if no address is known, by leaving it with the Clerk of this Court.

***/s/ TERRI OLIVE TOMPKINS***
Attorney for Witnesses