FILED
2023 Nov-22 AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JANE DOE #1 and JANE DOE #2, on behalf of themselves and all others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **7:21-cv-00220-LSC** |
| **MG FREESITES, LTD d/b/a "PORNHUB," et al.,** | ) | |
| **Defendants.** | ) | |

**AFFIDAVIT OF JOSEPH D. COHEN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

I, Joseph D. Cohen, on personal knowledge, information, and belief, on oath, depose and state the following:

1. I reside at 9926 Cliffwood Drive, Houston, Texas 77096.

2. I have an office address of 1000 Main Street, 36th Floor, Houston, Texas 77002. My office telephone number is (713) 226-6228; my office facsimile number is (713) 226-6228. My email address is jcohen@porterhedges.com.

3. I am admitted to practice law before the following courts:

| | | |
|---|---|---|
| a. | Texas State Courts | 11/1/1991 |
| b. | Southern District of Texas | 11/20/1992 |
| c. | Northern District of Texas | 11/21/1991 |
| d. | Eastern District of Texas | 11/20/1992 |
| e. | Western District of Texas | 03/17/1993 |
| f. | U.S. Court of Appeals, Fifth Circuit | 05/09/2011 |

4. I am currently a member good standing and have continuously been such a member of good standing and eligible to practice law before all the courts to which I have been admitted.

This under the pains and penalties of perjury this 20th day of November, 2023.

FURTHER AFFIANT SAITH NOT.

[signature]

JOSEPH D. COHEN
Texas State Bar No. 04508369
Porter Hedges
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6628
Fax: (713) 226-6228
jcohen@porterhedges.com

**STATE OF TEXAS** §

**COUNTY OF HARRIS** §

I, the undersigned authority, a Notary Public in and for the said State of Texas at Large, do hereby certify that JOSEPH D. COHEN, whose name is signed to the foregoing instrument, and how is known to me, acknowledged before me on this date that, being informed of the contents of this document, executed the same voluntarily on the day the same bears date.

This the 20th day of November, 2023.

Dolores Brunelle
**NOTARY PUBLIC**

My commission expires: August 18, 2025

DOLORES BRUNELLE
131254122
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
AUGUST 18, 2025