FILED
2023 Nov-22 AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# United States District Court
# Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Joseph David Cohen, Federal ID No 14710

Admission date: November, 20, 1992

Dated November 20, 2023, at Houston, Texas.

Nathan Ochsner, Clerk of Court

By: Heather McCalip, Deputy Clerk