# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JANE DOE #1, on behalf of herself and all others similarly situated | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO: ) ) 7:21-cv-00220-LSC |
| v. | ) ) |
| MG FREESITES, LTD, d/b/a "PORNHUB," et al., | ) **Honorable L. Scott Coogler** ) |
| Defendants. | ) ) |

## MOTION TO WITHDRAW

The undersigned counsel of record, **Brian Dooley Kent, Esquire**, moves this Honorable Court to enter an order permitting him to withdraw as counsel of record for Plaintiff Jane Doe #1 in the above-captioned matter.

Plaintiff consents to the filing of this Motion, continues to be represented in this case by able counsel and will not be prejudiced by the granting of this Motion.

**WHEREFORE**, premises considered, the undersigned respectfully request that this Honorable Court enter an Order granting their withdrawal as counsel of record in this matter.

Respectfully submitted this the 5th day of June, 2024.

                                                */s/ Brian D. Kent*
                                                Brian Dooley Kent

## CERTIFICATE OF SERVICE

I hereby certify on this 5th day of June, 2024, this document was filed through the Electronic Case Filing System of the United States District Court for the Northern District of Alabama and will be served electronically by the court to all following participants of record:

>Gregory Zarzaur
>Kelsie Overton
>**THE ZARZAUR LAW FIRM**
>2850 Cahaba Road, Suite 220
>Birmingham, AL 35223
>T: (205) 983-7985
>E: gregory@zarzaur.com
>kelsie@zarzaur.com
>
>Joshua P. Hayes
>Daniel Blake Williams
>**PRINCE GLOVER HAYES**
>701 Rice Mine Road
>Tuscaloosa, Alabama 35406
>T: (205) 345-1234
>E: jhayes@princelaw.net
>bwilliams@princelaw.net
>
>Kimberly Lambert Adams*
>James Michael Papantonio*
>**LEVIN PAPANTONIO RAFFERTY**
>316 S. Bavlen Street, Suite 600
>Pensacola, FL 32502
>T: (850) 435-7056
>E: kadams@levinlaw.com
>mpapantonio@levinlaw.com
>*pro hac vice

Gaetano D. Andrea*
Victor Paul Bucci, II*
Jenny M. Flanigan*
Jill P. Roth*
M. Stewart Ryan*
Alexandria MacMaster*
**LAFFEY, BUCCI & KENT, LLP**
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
T: (215) 399-9255
E: gdandrea@lbk-law.com
pbucci@lbk-law.com
jflanigan@lbk-law.com
jroth@lbk-law.com
sryan@lbk-law.com
amacmaster@lbk-law.com
*pro hac vice*

Benjamin W. Bull*
Dani Bianculli Pinter*
Christen M. Price*
Peter A. Gentala*
**NATIONAL CENTER ON SEXUAL EXPLOITATION**
1201 F Street NW, Suite 200
Washington, D.C. 20004
T: (202) 393-7245
E: lawcenter@ncose.com
*pro hac vice*

Kevin Dooley Kent*
Mark B. Schoeller*
Vanessa Huber*
**CLARK HILL**
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
T: (215) 640-8500
E: kkent@clarkhill.com
mschoeller@clarkhill.com
vhuber@clarkhill.com
*pro hac vice*

Kathryn L. Avila*
**DOMNICK CUNNINGHAM YAFFA**
2401 PGA Blvd. Suite 140
Palm Gardens, FL 33410
T: 561-625-6260
E: kathryn@pgblaw.com
*pro hac vice*

*Attorneys for the Plaintiff*

      */s/ Brian D. Kent*