# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

|   |   |
|---|---|
| JANE DOE #1, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>MG FREESITES, LTD, d/b/a "PORNHUB," et al.,<br><br>Defendants. | CIVIL ACTION NO:<br>7:21-cv-00220-LSC<br><br>Honorable L. Scott Coogler |

## EXHIBIT TABLE OF CONTENTS

Ex. 1- MindGeek_NDAL_00104652 - Record of ▇▇▇▇ PornHub Account
Ex. 2 - Jane Doe Declaration
Ex. 3 - Pl.1183 - Record of Title Changes for Jane Doe's CSAM
Ex. 4 - Mindgeek_NDAL_000428147 - Emails Re Police Report ▇▇▇▇
Ex. 5 - MindGeek_NDAL_00114478 - Record of ▇▇▇▇ PornHub Account
Ex. 6 - MindGeek_NDAL_00606288 - 2/24/10 at 18:48 ▇▇▇ CRR
Ex. 7 - MindGeek_NDAL_00606289 - 2/24/10 at 18:33 ▇▇▇ CRR
Ex. 8 - MindGeek_NDAL_00606290- 2/24/10 at 18:37 ▇▇▇
Ex. 9 - Lauren Franklin 30(b)(6) Deposition Transcript (N.D. Ala. - April 12, 2024)
Ex. 10 - Sept. 6, 2024 - Affidavit of Lyndsie Curry, Esq.
Ex. 11 - Plea Agreement and Sentencing Order for CSAM
Ex. 12 - MindGeek_NDAL_ 00575654 - MindGeek's TOS ▇ Spreadsheet
Ex. 13 - MindGeek_NDAL_00384196 - MindGeek s.a.r.l. 2019 Management Pres.
Ex. 14 - MindGeek_NDAL_00033431 - MindGeek s.a.r.l. 2017 Corp. Overview

Ex. 15 - [REDACTED] 30(b)(6) Deposition Transcript (N.D. Ala., Jan. 24 - 2024)
Ex. 16 - MindGeek Responses to Plaintiff's First RFAs
Ex. 17 - [REDACTED] 30(b)(6) Deposition Transcript (N.D. Ala. - Feb. 23, 2024)
Ex. 18 - [REDACTED] 30(b)(6) Deposition Transcript (C.D. Cal., Aug. 8, 2023)
Ex. 19 - MindGeek_NDAL_00516381- 4/17/20 Email [REDACTED]
Ex. 20 - MindGeek_NDAL_00564963 -December 2019- January 2020 Emails Re [REDACTED]
Ex. 21 [REDACTED] 30(b)(6) Deposition Transcript (C.D. Cal., Aug 30, 2023)
Ex. 22 - MindGeek_NDAL_ 00001927 -11/23/2018 Chat [REDACTED]
Ex. 23 - MindGeek_NDAL_00003131 - December 2018 Emails [REDACTED]
Ex. 24 - MindGeek_NDAL_00001921 - 12/4/2018 Chat [REDACTED]
Ex. 25 - MindGeek_NDAL_00619872 - Tubes Search Terms [REDACTED]
Ex. 26 - MindGeek_NDAL_00618542 - MindGeek Top 200 Search Terms Report
Ex. 27 - MindGeek_NDAL_00619704 - MindGeek Q4-15 Search Terms Across Sites - April 2015 Report
Ex. 28 - MindGeek_NDAL_00619754 - MindGeek Q4-16 Search Terms Across Sites - January 2017 Report
Ex. 29 - MindGeek_NDAL_00619811 - MindGeek Q4-16 - Search Terms Across Sites - January 2018 Report
Ex. 30 - MindGeek_NDAL_00619975 - MindGeek Top 200 Search Terms - Pornhub Worldwide
Ex. 31 - MindGeek_NDAL_00256738 - 7/14/2015 PornHub Support Email re Ticket History/[REDACTED]
Ex. 32 - MindGeek_ NDAL00039003 - 12/18/2015 Email re Removal of Video of [REDACTED]
Ex. 33 - MindGeek_NDAL_00618041 - 4/16/2016 Parent Content Removal Request
Ex. 34 - MindGeek_NDAL_00012185 - 1/19/18 Email re CSAM Removal Request from Law Enforcement
Ex. 35 - MindGeek_NDAL_00001377 - 4/15/2019 Email chain re Law Enforcement Takedown Request for CSAM [REDACTED]
Ex. 36 - MindGeek_NDAL_00010369 - 11/5/2019 Email Correspondence from [REDACTED] re a Spreadsheet of Instances of CSAM
Ex. 37 - MindGeek_NDAL_00010371 - CSAI Match Spreadsheet
Ex. 38 - MindGeek_NDAL_00002719 - Outline of Teams Conversation
Ex. 39 - MindGeek_NDAL_00056860 - 3/27/2020 Internal MindGeek Email re CSAM Reporting

Ex. 40 - ▬▬▬ CDCA Deposition Transcript (C.D. Cal., Aug. 24, 2023)
Ex. 41 - MindGeek_NDAL_00617077 - Pornhub Internal Guide ▬▬▬
▬▬▬
Ex. 42 - MindGeek_NDAL_00193117 - TOS Category Explanations
Ex. 43 - MindGeek_NDAL_00105907 - 10/26/2020 Email re Labeling of Removals
Ex. 44 - MindGeek_NDAL_00206623 - Mindgeek Process for Photo Albums
Ex. 45 - MindGeek_NDAL_00526276 - November 2020 Teams Chat About TOS for CSAM
Ex. 46 - MindGeek_NDAL_00066172 - 4/9/2020 Email Regarding Reporting and Apparent CSAM Email
Ex. 47 - MindGeek_NDAL_00073926 - 4/2/2020 Mindgeek NCMEC Reporting Flow Email
Ex. 48 - MindGeek_NDAL_00059165 - March 2020 Mindgeek Moderator Teams Chat
Ex. 49 - MindGeek_NDAL_00056694 - 4/20/2020 Email Protocol for Reporting
Ex. 50 - MindGeek_NDAL_00055833 - 5/14/2020 Email Protocol for Reporting
Ex. 51 - MindGeek_NDAL_00055835 - 5/14/2020 Email Protocol for Reporting
Ex. 52 - MindGeek_NDAL_00057499 - 4/27/2020 Email Protocol for Reporting
Ex. 53 - MindGeek_NDAL_00056813 - 4/23/2020 Email Protocol for Reporting
Ex. 54 - NCMEC 2020-2022 - CyberTipline Reports by ESPs
Ex. 55 - MindGeek_NDAL_00613679 - March 2020 Mindgeek Management Teams Chat
Ex. 56 - MindGeek_ NDAL_00062320 - April 2020 Moderator Teams Chat
Ex. 57 - MindGeek_NDAL_00058938 - April 2020 Moderator Teams Chat
Ex. 58 - MindGeek_NDAL_00524157 - April 2020 Moderator Teams Chat
Ex. 59 - MindGeek_NDAL_00067691 - April 2020 Moderator Teams Chat
Ex. 60 - MindGeek_ NDAL_00288355 - 6/30/2020 Email Mindgeek ▬▬▬
▬▬▬
Ex. 61 - MindGeek_NDAL_00110359 - 11/2/2020 Email About CSAM Removal
Ex. 62 - MindGeek_NDAL_00526276 - November 2020 Teams Chat
Ex. 63 - This exhibit was removed prior to filing and no longer exists.
Ex. 64 - MindGeek_NDAL_00172866 - 7/7/2021 Email regarding CSAI Audit
Ex. 65 - MindGeek_ NDAL_00172867 - Spreadsheet Attached to Ex. 64
Ex. 66 - MindGeek_NDAL_00004211 - Spreadsheet attached to Ex. 73
Ex. 67 - MindGeek_NDAL_ 00616621 - Terms Spreadsheet
Ex. 68 - MindGeek_NDAL_00017944 - April 2017 Internal Mindgeek Emails About Search Terms
Ex. 69 - MindGeek_NDAL_00016002 - 6/2/2017 Email from Mindgeek Executive

Ex. 70 - MindGeek_NDAL_00224250 - August 2018 Mindgeek Executive Email Exchange Regarding Pornhub's ███████████████████████████

Ex. 71 - MindGeek_NDAL_00004409 - 12/05/2018 Email re ███████████

Ex. 72 - MindGeek_NDAL_00022516 - 3/4/2019 Email re Media Request - ███████

Ex. 73 - MindGeek_NDAL_00004210 - 03/22/2019 Email - Excel Sheet - ███

Ex. 74 - Plea and Sentencing Order for Sexual Abuse

Ex. 75 - MindGeek_NDAL_00385904 - 05/27/2020 Email re Video Flags

Ex. 76 - MindGeek_ NDAL_00072820 - June 2020 Email re Procedure for Reviewing Flagged Content

Ex. 77 - MindGeek_NDAL_ 00551190 Chat re ██████████████

Ex. 78 - ██████████ Deposition Transcript (Jan. 30, 2024)

Ex. 79 - MindGeek_NDAL_ 00575115 - 5/21/2021 Email re Content Removal Request

Ex. 80 - MindGeek_NDAL_ 00575111 - 6/28/2021 Email re ██████████ by Police Department

Ex. 81 - MindGeek_NDAL_ 00575119 - 1/27/2022 Email re Content Removal Request

Ex. 82 - ██████████ Deposition Transcript (N.D. Ala., April 18, 2024)

Ex. 83 - Mindgeek_NDAL_00071443- February 2020 Emails re ██████████

Ex. 84 - Mindgeek_NDAL_00020614 - This exhibit was removed prior to filing and no longer exists

Ex. 85 - Mindgeek_NDAL_00000329 - This exhibit was removed prior to filing and no longer exists

Ex. 86 - Mindgeek_NDAL_00601009 - This exhibit was removed prior to filing and no longer exists

Ex. 87 - Mindgeek_NDAL_00174042 - MG CY Holdings Ltd. CSAI Identification Agreement

Ex. 88 - Mindgeek_NDAL_00528542, Mindgeek_NDAL_00528541, & Mindgeek_NDAL_00528521- 12/05/2019 - November 2019 Emails re ██████████

Ex. 89 - Mindgeek_NDAL_00006964 - 11/09/2019 - Email re ███████

Ex. 90 - Mindgeek_NDAL_00093002 - ███ User Agreement

Ex. 91 - Mindgeek_NDAL_00174047 - Content Safety ██████

Ex. 92 - Mindgeek_NDAL_00393093 - 06/16/2020 Email re ████ Terms and Conditions - ID Verification

Ex. 93 - Mindgeek_NDAL_00520346 - 11/30/2020 - Master Service Agreement

Ex. 94 - Mindgeek_NDAL_00472081 - Compliance █████ (Audit) Team Process

Ex. 95 - Mindgeek_NDAL_00145147 - March 2021 - User Agreement ▮▮

Ex. 96 - MindGeek_NDAL_00435662 - Partnerships and Government Contracts - Executive Summary - 08/20/2021

Ex. 97 - Mindgeek_NDAL_00571009 & Mindgeek_NDAL_00571015

Ex. 98 - 2022 Pornhub Transparency Report

Ex. 99 - 2023 Pornhub Transparency Report

Ex. 100 - ▮▮ Deposition Exhibit 68 (C.D. Cal. - Aug. 9 - 2023)

Ex. 101 - Mindgeek_NDAL_00184480 - 07/22/2021 Email ▮▮

Ex. 102 - MindGeek_NDAL_00120349 - 12/14/2020 - Team Chat - Notes Moderators ▮▮

Ex. 103 - Mindgeek_NDAL_00498073 - Team Chat - Moderators ▮▮

Ex. 104 - This exhibit was removed prior to filing and no longer exists.

Ex. 105 - Mindgeek_NDAL_00010454 & Mindgeek_NDAL_00022847

Ex. 106 - Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories

Ex. 107 - MindGeek_NDAL_00198448 - 03/15/2021 - 03/18/2021 Team Chat re ▮▮

Ex. 108 - MindGeek_NDAL_00473703 - 08/13/2021 Email re ▮▮

Ex. 109 - ▮▮ Deposition Transcript (C.D. Cal., Aug. 9, 2023)