FILED

2024 Sep-06  PM 11:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 98

# 2022 Pornhub Transparency

# Report



Pornhub Help  ›  Our Commitment to Trust and Safety  ›  Transparency Report

| | |
|---|---|
| The Pornhub Community | › |
| Policies and Related Guidelines | › |
| Reporting Abuse And Violations | › |
| **Transparency Report** | ⌄ |

    2023 Transparency Report (Second Half)

    2023 Transparency Report (First Half)

    **2022 Transparency Report**

    2021 Transparency Report

    2020 Transparency Report

| | |
|---|---|
| Sexual Wellness & Mental Health Support | › |
| RTA [Restricted to Adults] Compliance | › |
| Requesting Personal Information | › |

# 2022 Transparency Report

For Pornhub, nothing is more important than the safety of our community. Upholding our Core Values of **consent, freedom of sexual expression, authenticity, originality,** and **diversity** is only possible through the continual efforts to ensure the safety of our users and our platform. Consequently, we have always been committed to preventing and eliminating illegal content, including non-consensual material and child sexual abuse material (CSAM). Every online platform has the moral responsibility to join this fight, and it requires collective action and constant vigilance.

Over the years, we have put in place robust measures to protect our platform from abuse. We are constantly improving our Trust and Safety policies to better identify, flag, remove, review, and report

illegal or abusive material. We are committed to doing all that we can to ensure a safe online experience for our users, which involves a concerted effort to innovate and always striving to do more.

As part of our efforts and dedication to Trust and Safety, we feel it is important to provide information about our Trust and Safety initiatives, technologies, moderation practices and how our platform responds to harmful content. This Transparency Report provides these insights and builds upon our previous reports. Further information can be found in other sections of our Trust and Safety Center, including resources about our community, keeping our platform safe, and our policies.

We are committed to being as transparent as possible and to being a leader in eradicating abusive content from the internet. We will continue to do our part to create a safe space for our users.

## ^   Trust and Safety Initiatives and Partnerships - 2022 Update

Our goal to achieve and set the highest level of Trust and Safety standards relies heavily on not only our internal policies and moderation team, but also on our array of external partnerships and technology. The organizations we partner with are part of the global effort to reduce illegal material online and help ensure our platform and adult users can feel safe.

In 2022, we continued to further our Trust and Safety efforts and are proud to have added new partnerships and initiatives. Below is a non-exhaustive list of partnerships and accomplishments achieved in 2022:

**The reThink Chatbot**

Building upon our efforts to spread awareness about the harm of child sexual abuse material (CSAM) and to deter users from searching for this kind of content, we launched the reThink Chatbot in partnership with the Internet Watch Foundation and Stop it Now in March of 2022. The reThink chatbot engages with Pornhub users attempting to search for sexual imagery of children and signposts them to Stop It Now! UK and Ireland where they can receive help and support to address their behavior.

**EOKM**

Commissioned by the European Commission and in collaboration with PricewaterhouseCoopers (PwC), the Centre for Expertise on Online Sexual Child Abuse (EOKM) has developed a tool for the faster removal of online child sexual abuse material (CSAM).

The Instant Image Identifier is associated with the three pairs of eyes (3Is) principle, meaning that CSAM images are triple verified in the classification process. Three people (three pairs of eyes) have classified each image. Triple verification is considered as high-quality assessment and the aim is to have all databases triple verified. It lowers the risk of false positives in the hash checking process.

We have implemented this tool across all our platforms as another layer of protection for our sites, allowing us to check whether uploaded files occur in datasets of known online child sexual abuse material.

**IWF Partnership**

We recently announced our two-year pilot project in partnership with the Internet Watch Foundation (IWF) to develop a model of good practice to support the adult industry in combatting child sexual abuse material online.

Our industry leading Trust & Safety measures help to keep our platforms and users safe and prevent the upload/re-upload of illegal material. Such measures include mandatory identification for content creators, hash-list scanning, AI tools, human moderation, deterrence messaging, a trusted flagger program, and extensive user reporting options.

We strive to set the gold standard in online safety for user generated content platforms and seek to disseminate this standard to others.

The partnership began in November 2022 and is being overseen by an external advisory board of experts who will guide the outputs of the partnership.

The partnership aims to:

- Develop a model of good practice to guide the adult industry in combatting child sexual abuse imagery online;

- Evaluate the effectiveness of IWF services when deployed across MindGeek's brands;

- Combine technical and engineering expertise to scope and develop solutions which will assist with the detection, disruption and removal of child sexual abuse material online.

The project's progress will be reviewed at set intervals and reported into the IWF Board. Key learnings from the project will be shared publicly to support others' work in this area.

## Additional Partnerships, Tools, and Initiatives

**Trust and Safety Center**

In the spring of 2020, we launched our Trust and Safety Center as part of our ongoing efforts to ensure the safety of our users and to clarify our policies. Our Trust and Safety Center outlines our Core Values and the kind of behavior and content that is—and is not—allowed on the platform. It also highlights important points of our Terms of Service by providing some Related Guidelines, and it shares some of our existing policies with respect to how we tackle violations through prevention, identification, and response.

**Trusted Flagger Program**

Launched in 2020, our Trusted Flagger Program is now comprised of 49 members spanning over 33 countries, including the Internet Watch Foundation (UK), the Cyber Civil Rights Initiative (USA), End Child Prostitution and Trafficking (Sweden/Taiwan), and Point de Contact (France). This program allows hotlines, helplines, government agencies, and other trusted organizations to disable content automatically and instantly from Pornhub, without awaiting our internal review. It is a significant step forward in identifying, removing, and reporting harmful and illegal content.

**Lucy Faithfull Foundation & Deterrence Messaging**

The Lucy Faithfull Foundation is a widely respected non-profit organization at the forefront of the fight against child sex abuse, whose crucial efforts include a campaign designed to deter searches seeking or associated with underage content. We have actively worked with Lucy Faithfull to develop deterrence messaging for terms relating to child sexual abuse material (CSAM). As a result, attempts to search for certain words and terms now yield a clear deterrence message about the illegality of underage content, while offering a free, confidential, and anonymous support resource for those interested in seeking help for controlling their urges to engage in illegal behavior. In 2022, we partnered with further organizations who offer local resources to change user behavior, including those in Canada, the Czech Republic, and Australia. This takes our total to eight localized versions and one global CSAM deterrence message. We plan to launch further local messages with additional partners in 2023.

**Deterrence Messaging for Non-Consensual Intimate Imagery**

Since the launch of our CSAM deterrence messaging, we have embarked on a similar initiative for non-consensual material. This concerns searches for content where there is a lack of consent to sexual acts, the recording or distribution of the content, or manipulation of one's image, commonly known as "deepfakes". If users search for terms relating to non-consensual material, they are reminded that such material may be illegal. As part of the messaging, resources are provided for removal of non-consensual material and support for victims via our NGO partners.

In 2022 we added Permesso Negato, an NGO based in Italy, providing support to victims across the EU.

**ActiveFence**

To expand on our efforts in identifying and responding to safety risks on Pornhub, we partnered with ActiveFence, a leading technology solution for Trust and Safety teams working to protect their online integrity and keep users safe. ActiveFence helps Pornhub combat abusive content by identifying bad actors, content that violates our platform's policies, and mentions of the use of Pornhub for illegal or suspicious activity.

**Spectrum Labs AI**

We have been working with Spectrum Labs AI to proactively surface and remove harmful text on our platforms. This drives productivity and accuracy of our internal moderation teams and tooling.

**Yoti – Third-Party Identity Documentation Validation**

Yoti is our trusted, third-party identity verification and documentation validation service provider. Yoti verifies the identity of users who apply to become verified uploaders before they can upload any content to our platform.

Trusted by governments and regulators around the world, as well as a wide range of commercial industries, Yoti deploys a combination of state-of-the-art AI technology, liveness anti-spoofing, and document authenticity checks to thoroughly verify the age and identity of any user. Yoti technology can handle millions of scans per day with over 240 million age scans performed in 2019. Yoti has received certification from the British Board of Film Classification's age verification program and from the Age Check Certification Scheme, a United Kingdom Accreditation Service.

Users who verify their age with Yoti can trust that their personal data remains secure. Yoti is certified to meet the requirements of ISO/IEC 27001, which is the global gold standard for information security management. This means that Yoti's security aligns with Pornhub's commitment to protecting our users' privacy as well. You can learn more about how Yoti works here.

**Corporate Responsibility**

Pornhub Cares is a philanthropic endeavor focused on furthering the charitable contributions of Pornhub as a whole. Over the years we have worked with and donated to well-recognized and respected organizations such as People for the Ethical Treatment of Animals (PETA), the National Association for the Advancement of Colored People (NAACP), the Center for Honeybee Research, Movember, and more, leveraging our 130 million daily visitors to increase awareness and donate funds to some very important causes. We also remain focused on establishing ongoing partnerships that support efforts within the sex work community, such as those we have with SWOP and Pineapple Support.

The Pornhub Sexual Wellness Center (SWC) was launched in 2017 under the direction of esteemed sex therapist Dr. Laurie Betito as an online resource aiming to provide our audience with information and advice regarding sexuality, sexual health, and relationships. The SWC furthers Pornhub's commitment to conveying unequivocally that pornography should NOT be a replacement for proper sex education—and that sex in porn is very different from sex in real life! The SWC features original editorial and video content on an assortment of topics from a diverse array of doctors, therapists, community leaders and experts.

**Cutting-Edge Automated Detection Technology**

Pornhub deploys several different automated detection technologies to help moderate content before it can be published, including:

**CSAI Match** – YouTube's proprietary technology for combating child sexual abuse imagery. All video content appearing on Pornhub has been scanned against YouTube's CSAI Match. All new video content is scanned at the time of upload and before it can be published.

**PhotoDNA** – Microsoft's technology that aids in finding and removing known images of child sexual abuse material. All photo content appearing on Pornhub has been scanned against Microsoft's PhotoDNA. All new photo content is scanned at the time of upload and before it can be published.

**Google's Content Safety API** – Google's Content Safety API uses artificial intelligence to help companies better prioritize abuse material for review. The API steps up the fight for child safety by prioritizing potentially illegal content for human review and helping reviewers find and report content faster.

**MediaWise** – Vobile's cyber "fingerprinting" software that scans all new user uploads to help prevent previously identified content from being re-uploaded.

**Safer** – In November 2020, we became the first adult content platform to partner with Thorn, allowing us to begin using its Safer product on Pornhub, adding an additional layer of protection in our robust compliance and content moderation process. Safer joins the list of technologies that Pornhub utilizes to help protect visitors from unwanted or illegal material.

**Instant Image Identifier** – The Centre for Expertise on Online Sexual Child Abuse (EOKM) tool, commissioned by the European Commission, detects known child abuse imagery using a triple verified database.

**Safeguard** – Safeguard is Pornhub's proprietary image recognition technology designed with the purpose of combatting both child sexual abuse imagery and non-consensual content, by preventing the re-uploading of previously fingerprinted content to our platform.

**Age Estimation** – We also utilize age estimation capabilities to analyze content uploaded to our platform using a combination of internal proprietary software and Microsoft Azure Face API in an effort to strengthen the varying methods we use to prevent the upload and publication of potential or actual CSAM.

Pornhub remains vigilant when it comes to researching, adopting, and using the latest and best available detection technology to help make it a safe platform, while remaining an inclusive, sex positive online space for adults.

## ^  Content Removals

A total of **3.8 million** (2,182,313 videos and 1,632,654 photos) pieces of content were uploaded to Pornhub in 2022. Of these uploads, **58,509** (52,028 videos and 6,481 photos) were blocked at upload or removed for violating our Terms of Service.

An additional 98,910 pieces of content (37,505 videos and 61,405 photos) uploaded prior to 2022 were labeled as Terms of Service violations, for a total of **157,419** pieces of content (89,533 videos and 67,886 photos) removed during 2022 for violations of our Terms of Service.



*The above figure provides a breakdown of content uploaded **and** removed in 2022 by removal reason. For additional information and explanations of each removal reason, please see below.*

## **Non-Consensual Content (NCC)**

In 2022, we removed **13,321** pieces of content (8,730 videos and 4,591 photos) for violating our NCC policy. When we identify or are made aware of the existence of non-consensual content on Pornhub, we remove the content, fingerprint it to prevent re-upload, and ban the user where appropriate.

Our NCC policy includes the following violations:

- Non-Consensual Content – Act(s): Content which depicts activity for which an individual did not validly consent. A non-consensual act is one involving the application of force directly or indirectly without the consent of the other person to a sexual act.

- Non-Consensual Content – Recording(s): The recording of sexually explicit activity without the consent of the featured person.

- Non-Consensual Content – Distribution: The distribution of sexually explicit content without the featured person's permission.

- Non-Consensual Content – Manipulation: Also known as "deepfake," this type of content appropriates a real person's likeness without their consent.

## **Potential Child Sexual Abuse Material (CSAM)**

We have a zero-tolerance policy toward any content that features a person (real or animated) that is under the age of 18. Through our use of cutting-edge CSAM detection technology, age and identity verification measures, as well as human moderators, we strive to quickly identify and remove potential CSAM and ban users who have uploaded this content. Any content that we identify as or are made aware of being potential CSAM is also fingerprinted to prevent re-upload upon removal. We report all instances of potential CSAM to the National Center for Missing and Exploited Children (NCMEC).

In 2022, we made **1,996** reports to NCMEC. These reports contained 9,588 pieces of content (3,604 videos and 5,984 photos) which were reported for violating our CSAM Policy.

## **General Violations of Terms of Service**

In 2022, we removed **123,216** pieces of content (68,548 videos and 54,668 photos) for general violations of our Terms of Service. When we identify or are made aware of the existence of content that violates our Terms of Service on Pornhub, we remove the content, fingerprint it to prevent re-upload, and, where appropriate, may ban the user.

A portion of these removals is related to requests from individuals who previously consented to the distribution of content they appear in but have submitted a request to retract that consent. Uploaders whose content is removed upon an individual retracting their consent for the content to be distributed are not subject to banning as per our NCC policy. Individuals who wish to retract their consent may reach out to us via our Content Removal Request form.

Content may be removed for general violations of our Terms of Service, outside of any of the other reasons listed, for being objectionable or inappropriate for our platform. This also includes violations related to brand safety, defamation, and the use of our platform for sexual services.

## **Other Reasons for Removal**

### **Hate Speech**

We do not allow abusive or hateful content or comments of a racist, homophobic, transphobic, or otherwise derogatory nature intended to hurt or shame those individuals featured.

In 2022, we removed **259** pieces of content (41 videos and 218 photos) for violating our hate speech and violent speech policy.

**Animal Guidelines**

Content that shows or promotes harmful activity to animals, including exploiting an animal for sexual gratification, physical or psychological abuse of animals, is prohibited on our platform.

In 2022, we removed **776** pieces of content (310 videos and 466 photos) for violating our Animal Guidelines.

**Bodily Fluids**

Content depicting blood, vomit, or feces, among others, is not permitted on Pornhub.

In 2022, we removed **4,616** pieces of content (3,802 videos and 814 photos) for violating our policy related to excretion of bodily fluids.

**Familial Relations**

We do not allow any content which depicts incest.

In 2022, we removed **4,282** pieces of content (3,503 videos and 779 photos) for violating our policy related to familial relations.

**Bodily Harm**

We prohibit excessive use of force that poses a risk of serious physical harm to any person appearing in the content or any physical or sexual activity with a corpse. This violation does not include forced sexual acts, as this content would fall under our non-consensual policy.

In 2022, we removed **1,361** pieces of content (995 videos and 366 photos) for violating our bodily harm and violent content policy.

## Removed Video Views

Given additional uploader verification measures introduced in late 2020 and ongoing enhancements of moderation processes, we feel that it is important to evaluate the impact that these efforts have had in preventing and responding to abuse on our platform. An ongoing goal of our moderation efforts is to identify as much unwanted content as possible at the time of upload before appearing live on Pornhub.

Videos uploaded in 2022 that were removed for violating our Terms of Service accounted for 0.74% of total views of videos uploaded in 2022.



*The above figure shows the number of times videos uploaded in 2022 were viewed prior to their removal for Terms of Service Violations.*

**Analysis:** *Nearly three quarters of removed videos were identified and removed by our human moderators or internal detection tools before going live on our platform.*

## ^  Moderation and Content Removal Process

### Upload and Moderation Process

As Pornhub strives to prevent abuse on our platform, **all** content is reviewed upon upload by our trained staff of moderators before it is ever made live on our site. Uploads are also automatically scanned against several external automated detection technologies as well as our internal tool for fingerprinting and identifying violative content, Safeguard. Furthermore, only verified users can upload content to our platform, after passing verification measures through Yoti.



## Content Removal Process

Users may alert us to content that may be illegal or otherwise violates our Terms of Service by using the flagging feature or by filling out our Content Removal Request form.

While users can notify us of potentially abusive content, we also invest a great deal into internal detection, which includes technology and a 24/7 team of moderators, who can detect content that may violate our Terms of Service at time of upload and before it is published. Most of this unwanted content is discovered via our internal detection methods.



The above figure shows a breakdown of removals based on the source of detection. In addition to internal and user-sourced removals, removals due to External Trusted Sources include legal requests and notifications from our *Trusted Flaggers*.

**Analysis:** *Of all the content that was removed for a TOS violation in 2022, 73.21% of content was identified via Pornhub's internal methods of moderation, compared to 25.84% of content being alerted to our team from our users.*

As we add technologies and new moderation practices, our goal is to ensure that our moderation team is identifying as much violative content as possible before it is published. This is paramount to combatting abusive material and for creating a safe environment for our users. From content uploaded in 2022, 82.60% of removals were the result of Pornhub's internal detection methods.



*The above figure shows a breakdown of removals that were uploaded in 2022 based on the source of detection. See above for further information about the sources of removal.*

**Analysis:** *Of all the content that was uploaded and removed for a TOS violation in 2022, 82.60% of content was identified via Pornhub's internal methods of moderation, compared to 17.32% of content being alerted to our team from our users.*

## <u>User-Initiated Removals</u>

While we endeavor to remove offending content before it is ever available on our platform, users may also flag content or submit a content removal request to alert us to potentially harmful or inappropriate content. These features are available to prevent abuse on the platform, assist victims in quickly removing content, and to foster a safe environment for our adult community.

Users may alert us to content that may be illegal or otherwise violate our <span style="color:orange">Terms of Service</span> by using the flagging feature found below all videos and photos, or by filling out our <span style="color:orange">Content Removal Request</span> form. Flagging and Content Removal Requests are kept confidential, and we review all content that is brought to our attention by users through these means.

User-based removals accounted for 17.34% of all removals for content uploaded and removed in 2022. After internal detection, user-based removals account for the largest percentage of removals overall, and specifically when identifying non-consensual content.

# User Flags

Users may flag content to bring it to the attention of our moderation team for the following reasons: Potentially Features a Minor, Violent or Harmful Acts, Hateful or Inflammatory, Spam or Misleading Content or Otherwise Objectionable or Inappropriate.

In 2022, content reported using the flagging feature was most often for "Violent or Harmful Acts" and "Otherwise Inappropriate or Objectionable", which accounts for 57.96% of flags.



*The figure above shows the breakdown of flagged videos received from users in 2022.*

Upon receiving flags on videos and other content, our moderation team reviews the content and removes it if it violates our Terms of Service. Of the content removed after being flagged, most were removed due to general violations of our Terms of Service.

In addition to flagging content, users may also flag comments, users, and verified uploaders.



*The figure above shows a breakdown of reasons of why a video was removed after it had been flagged by a user. After review by our moderation team, most of the content removed was due to general Terms of Service violations.*

*Analysis: In the figure titled, "Videos Flagged by Reason", the second largest category selected by users was "Otherwise Inappropriate or Objectionable", which correlates to general Terms of Service Violations. General Terms of Service violations accounted for most flagged videos that were removed.*

# Content Removal Requests

Upon receipt of a Content Removal Request, the content is immediately suspended from public view pending investigation. This is an important step in assisting victims and addressing abusive content. All requests are reviewed by our moderation team, who work to ensure that any content that violates our Terms of Service is quickly and permanently removed. In addition to being removed, abusive content is digitally fingerprinted with both Mediawise and Safeguard, to prevent re-upload. In accordance with our policies, uploaders of non-consensual content or potential CSAM will also be banned. All content identified as potential CSAM is reported to the National Center for Missing and Exploited Children (NCMEC).

In 2022, Pornhub received a total of 11,023 Content Removal Requests.



*The figure above shows the number of Content Removal Requests received by Pornhub per month in 2022.*

Of the content removed due to Content Removal Requests, the majority was removed for a General Terms of Service Violation.



*The figure above displays the breakdown of removal reasons for content that was removed due to Content Removal Requests.*

**Analysis:** *24.63% of content that was removed due to a Content Removal Request was due to non-consensual content, which is second to general Terms of Service violations.*

## ^    Combatting Child Sexual Abuse Material

We have a firm zero-tolerance policy against underage content, as well as the exploitation of minors in any capacity.

Pornhub is against the creation and dissemination of child sexual abuse material (CSAM), as well as the abuse and trafficking of children. CSAM is one of many examples of illegal content that is prohibited by our Terms of Service and related guidelines.

Pornhub is proud to be one of the 1,400+ companies registered with the National Center for Missing and Exploited Children (NCMEC) Electronic Service Provider (ESP) Program. We have made it a point to not only ensure our policies and moderation practices are aligned with global expectations on child exploitation, but also to publicly announce our commitment and support to continue to adhere to the *Voluntary Principles to Counter Online Child Sexual Exploitation and Abuse*.

Potential child sexual abuse material that is detected through moderation efforts, including detection through various internal and external tools listed above, or reported to us by our users and other external sources is reported to NCMEC. For the purposes of our CSAM Policy and our reporting to NCMEC, we deem a child to be a human, real or fictional, who is or appears to be below the age of 18. Any content that features a child engaged in sexually explicit conduct, lascivious or lewd exhibition is deemed CSAM for the purposes of our Child Sexual Abuse Material Policy.

## Reported Potential CSAM

In 2022, we made **1,996** reports to the National Center for Missing and Exploited Children (NCMEC). These reports contained 9,588 pieces of content (3,604 videos and 5,984 photos) that were identified as potential CSAM.

As with total content removals that violated our Terms of Service in 2022, internal detection was the greatest source of identifying potential CSAM.



The above figure shows a breakdown of reported potential CSAM based on the source of detection. In addition to internal and user-sourced removals, removals due to External Trusted Sources include legal requests and notifications from our Trusted Flaggers.

**Analysis:** Of all the content that was reported as potential CSAM in 2022, including content uploaded prior to 2022, nearly 80% of content was identified via Pornhub's internal methods of moderation, compared to 16.46% of content being alerted to our team from our users.

For 2022 uploaded content that was reported as potential CSAM, 83.76% was identified through our internal detection methods.



The above figure shows a breakdown of reported potential CSAM based on the source of detection. In addition to internal and user-sourced removals, removals due to External Trusted Sources include legal requests and notifications from our Trusted Flaggers.

**Analysis:** Of the content that was both uploaded and reported as potential CSAM in 2022, 83.76% of content was identified via Pornhub's internal methods of moderation, compared to 15.91% of content being alerted to our team from our users.

As part of our efforts to identify and quickly remove potential CSAM and other harmful material, we strive to ensure this content is removed before it is available to users and consumers. Of the videos uploaded and reported as potential CSAM in 2022, which represents 0.04% of videos uploaded in 2022, 69.28% were removed before being viewed.

Videos uploaded in 2022 and removed for violating our CSAM policy accounted for 0.005% of total views of all videos uploaded in 2022.



*The above figure shows the number of times videos uploaded in 2022 were viewed prior to being reported as potential CSAM.*

**Analysis:** *69.28% of reported videos were identified and removed by our human moderators or internal detection tools before being viewed on our platform.*

## ^ Non-Consensual Content

Pornhub is an adult content-hosting and sharing platform for consenting adult use only. We have a zero-tolerance policy against non-consensual content (NCC).

Non-consensual content not only encompasses what is commonly referred to as "revenge pornography" or image-based abuse, but also includes any content which involves non-consensual act(s), the recording of sexual material without consent of the person(s) featured, or any content which uses a person's likeness without their consent.

We are steadfast in our commitment to protecting the safety of our users and the integrity of our platform; we stand with all victims of non-consensual content.

In 2022, we removed **13,321** pieces of content (8,730 videos and 4,591 photos) for violating our NCC policy.

Most of the content uploaded in 2022 and removed for a violation of our NCC policy was identified through users, at 87.23%.



*The above figure shows a breakdown of NCC removals that were uploaded in 2022 based on the source of detection. See above for further information about the sources of removal.*

**Analysis:** *Of all the content that was uploaded and removed for violating our NCC policy in 2022, 12.40% of content was identified via Pornhub's internal methods of moderation, compared to 87.23% of content being alerted to our team from our users.*

As part of our efforts to identify and quickly remove non-consensual content and other harmful material, we try to ensure this content is removed before it is available to users and consumers. Of videos both uploaded and removed for violating our NCC policy in 2022, 14.89% were removed before being viewed.

Videos uploaded in 2022 and removed for violating our NCC policy accounted for 0.05% of total views of all videos uploaded in 2022.



*The above figure shows the number of times videos uploaded in 2022 were viewed prior to being removed for violating our NCC policy.*

**Analysis:** *14.89% of videos were identified and removed by our human moderators or internal detection tools before going live on our platform.*

## ^ DMCA

The *Digital Millennium Copyright Protection Act*, known as the DMCA, is a U.S. law that limits the liability of online service providers for the copyright infringement caused by their users. To qualify, online service providers must do —and not do — certain things. The most well-known aspects of the DMCA are its requirements that a service provider remove materials after it receives a notice of infringement and have (and implement) a policy to deter repeat infringement. Pornhub promptly responds to requests relating to copyright notifications.

In addition to blocking uploads of works previously fingerprinted with Mediawise or Safeguard from appearing on Pornhub, in 2022, we responded to **4,159** requests for removal, leading to a total of **10,866** pieces of content removed.



*The above figure shows the number of requests for removal related to DMCA per month in 2022.*

## ^   Cooperation with Law Enforcement

We cooperate with law enforcement globally and readily provide all information available to us upon request and receipt of appropriate documentation and authorization. Legal requests can be submitted by governments and law enforcement, as well as private parties.

In 2022, we responded to **219 legal requests**. A breakdown by request type as indicated by law enforcement is provided below.



*The above figure displays the number of requests Pornhub received from law enforcement and legal entities in 2022 broken down by the type of request as indicated by the requester.*

As a result of these requests, we classified a total of 293 pieces of content (all videos) as Terms of Service Violations due to legal requests. A breakdown by removal type is provided below.



*The above figure displays photos and videos that were identified in law enforcement requests that we deemed to violate our Terms of Service upon review.*

## ^ Content De-Indexing

As part of our Trust and Safety efforts to remove abusive content not only from our platform, but globally, we request de-indexing of URLs that were removed for Terms of Service Violations from search engines. We proactively seek to de-index all content that is removed for potential CSAM and Non-consensual Content.

In 2022, we requested de-indexing of **94,226** URLs for 10,558 unique pieces of content.



*The above figure displays a breakdown of the reason for URLs that were de-indexed from search engines. There may be several URLs de-indexed per piece of content, as we request the de-indexing of every version of the URL (e.g. it.pornhub.com/123 would be a URL de-indexed for the content located at www.pornhub.com/123).*

Was this article helpful?

 

35 out of 45 found this helpful



© Pornhub Help