# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| JANE DOE #1 on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) ) | Civil Action No. |
| MG FREESITES, LTD, d/b/a "PORNHUB"; MG FREESITES II, LTD; MINDGEEK S.A.R.L.; MINDGEEK USA INCORPORATED; MG CY HOLDINGS LTD; MINDGEEK CONTENT RT LIMITED; 9219-1568 QUEBEC INC., d/b/a MINDGEEK; and MG BILLING LTD, ) ) ) ) ) ) ) ) ) ) ) ) ) | 7:21-CV-00220-LSC |
| Defendants. ) | |

### EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants MG Freesites Ltd, MG Freesites II Ltd, MindGeek S.à r.l., MindGeek USA Incorporated, MG CY Holdings Ltd, MG Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Limited (collectively, "Defendants") and submit their Evidentiary Submission in Support of their Motion for Summary Judgment.

| | |
|---|---|
| Exhibit A | Declaration of ▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Exhibit B | Declaration of ▇▇▇▇▇▇▇▇ |
| | o Exhibit 1: Terms of Service, last modified May 11, 2016 (MindGeek_NDAL_00000581) |
| | o Exhibit 2: Terms of Service, last modified May 18, 2018 (MindGeek_NDAL_00000635) |
| | o Exhibit 3: Terms of Service, last modified March 9, 2020 (MindGeek_NDAL_00434176) |
| | o Exhibit 4: Terms of Service, last modified September 22, 2020 (MindGeek_NDAL_00000561) |
| | o Exhibit 5: Terms of Service, last modified December 8, 2020 (MindGeek_NDAL_00000604) |
| | o Exhibit 6: Terms of Service, last modified as of May 5, 2021 (MindGeek_NDAL_00000536) |
| | o Exhibit 7: Excerpt of Report (MindGeek_NDAL_00104652) |
| | o Exhibit 8: Excerpt of Report (MindGeek_NDAL_00618039) |
| | Exhibit 9: July 14, 2020 Email (MindGeek_NDAL_00104606) |
| Exhibit C | Declaration of ▇▇▇▇▇▇▇▇▇▇▇▇ |
| | o Exhibit 1: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Exhibit D | Declaration of Joseph Fonseca in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification |
| Exhibit E | Transcript of August 30, 2023 Deposition of ▇▇▇▇▇▇▇▇ |
| Exhibit F | Transcript of August 8, 2023 Deposition of ▇▇▇▇▇▇ |
| Exhibit G | Transcript of July 12, 2023 Deposition of ▇▇▇▇▇▇▇▇ |

| | |
|---|---|
| Exhibit H | Transcript of October 18, 2023 Deposition of ███ ███ |
| Exhibit I | Transcript of September 29, 2023 Deposition of Plaintiff Jane Doe # 1 |
| Exhibit J | Plaintiffs' Objections and Responses to Defendants' Second Set of Interrogatories, dated August 1, 2022 |
| Exhibit K | Alabama Uniform Incident/Offense Report, dated July 15, 2020 (JaneDoe!_0000405-406) |

Dated:  September 6, 2024              Respectfully submitted,


*/s/ Kevin M. McGinty*
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Kevin M. McGinty (*pro hac vice*)
KMMcginty@mintz.com
Massachusetts Bar 556780
One Financial Center
Boston, Massachusetts 02111
Phone: (617) 348-1688
Fax: (617) 542-2241

Arameh Z. O'Boyle (*pro hac vice*)
azoboyle@mintz.com
Esteban Morales (*pro hac vice*)
emorales@mintz.com
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Phone: (310) 586-3200

Seth M. Goldman (*pro hac vice*)
srgoldman@mintz.com
919 Third Avenue
New York, NY 10022
Phone: (212) 935-3000


OF COUNSEL:

*/s/ Sara M. Turner*
Sara M. Turner (ASB-4388-R58T)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
1901 Sixth Street North

Suite 2600
Birmingham, Alabama 35203
Tel: (205) 328-0480
Fax: (205) 322-8007
smturner@bakerdonelson.com

*Counsel for MG Freesites Ltd, MG Freesites II Ltd, MindGeek S.à r.l., MindGeek USA Incorporated, MG CY Holdings Ltd, MindGeek Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Limited*

## **CERTIFICATE OF SERVICE**

      I certify that on this day, September 6, 2024, this document was filed conventionally with the Clerk of the United States District Court for the Northern District of Alabama and will be served electronically by the Defendants to all participants of record.

      */s/ Sara M. Turner*
      Sara M. Turner