FILED
2024 Oct-04 PM 08:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF JANE DOE #1'S MOTION FOR PARTIAL SUMMARY JUDGMENT

# [REDACTED]

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE #1 on behalf of herself and all others similarly situated, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. |
| MG FREESITES, LTD, d/b/a "PORNHUB"; MG FREESITES II, LTD; MINDGEEK S.A.R.L.; MINDGEEK USA INCORPORATED; MG CY HOLDINGS LTD; MINDGEEK CONTENT RT LIMITED; 9219-1568 QUEBEC INC., d/b/a MINDGEEK; and MG BILLING LTD, | ) | 7:21-CV-00220-LSC |
| Defendants. | ) | |

**<u>EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF JANE DOE #1'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

COME NOW Defendants MG Freesites Ltd, MG Freesites II, Ltd, MindGeek S.à r.l., MindGeek USA Incorporated, MG CY Holdings Ltd, MG Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Limited (collectively, "Defendants") and submit their Evidentiary Submission in Support of their Opposition to Plaintiff Jane Doe #1's Motion for Partial Summary Judgment.

| | |
|---|---|
| **Exhibit A** | Declaration of [redacted] |
| **Exhibit B** | Declaration of Sherrie Caltagirone in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification |
| **Exhibit C** | Defendants' Answer and Jury Demand to Plaintiffs' First Amended Complaint, Dkt. 45 |
| **Exhibit D** | Transcript of August 9, 2023 Deposition of [redacted] |
| **Exhibit E** | Transcript of July 14, 2023 Deposition of [redacted] |
| **Exhibit F** | Transcript of January 11, 2024 Deposition of [redacted] |
| **Exhibit G** | Transcript of October 17, 2023 Deposition of [redacted] |
| **Exhibit H** | Transcript of March 6, 2024 Deposition of [redacted] |
| **Exhibit I** | Transcript of April 5, 2024 Deposition of [redacted] |
| **Exhibit J** | Transcript of October 30, 2023 Deposition of Sherrie Renee Bosisto Caltagirone<br><br>• Exhibit 1 to Transcript |
| **Exhibit K** | Transcript of March 13, 2024 Deposition of [redacted] |

Dated: October 4, 2024

Respectfully submitted,

*/s/ Kevin M. McGinty*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Kevin M. McGinty (*pro hac vice*)
KMMcginty@mintz.com
Massachusetts Bar 556780
One Financial Center
Boston, Massachusetts 02111
Phone: (617) 348-1688
Fax: (617) 542-2241

Arameh Z. O'Boyle (*pro hac vice*)
azoboyle@mintz.com
Esteban Morales (*pro hac vice*)
emorales@mintz.com
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Phone: (310) 586-3200

Seth M. Goldman (*pro hac vice*)
srgoldman@mintz.com
919 Third Avenue
New York, NY 10022
Phone: (212) 935-3000

OF COUNSEL:

*/s/ Sara M. Turner*
Sara M. Turner (ASB-4388-R58T)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
1901 Sixth Street North
Suite 2600
Birmingham, Alabama 35203
Tel: (205) 328-0480
Fax: (205) 322-8007
smturner@bakerdonelson.com

*Counsel for MG Freesites Ltd, MG Freesites II Ltd, MindGeek S.à r.l., MindGeek USA Incorporated, MG CY Holdings Ltd, MindGeek Content RT Limited, 9219-1568 Quebec Inc., and*

**CERTIFICATE OF SERVICE**

I certify that on this day, October 4, 2024, this document was filed conventionally with the Clerk of the United States District Court for the Northern District of Alabama and will be served electronically by the Defendants to all participants of record.

*/s/ Sara M. Turner*
Sara M. Turner