# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JANE DOE #1, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MG FREESITES, LTD, d/b/a "PORNHUB," et al.,<br><br>Defendants. | CIVIL ACTION NO:<br>7:21-cv-00220-LSC<br><br>Honorable L. Scott Coogler |

## RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
## EXHIBIT LIST

Ex. 110 - Deferred Prosecution Agreement

Ex. 111 - ▮▮▮▮ 30(b)(6) Dep.

Ex. 112 - ▮▮▮▮ Decl.
    Ex. A. Report
    Ex. B. Rebuttal Report

Ex. 113 - MindGeek_NDAL_00006964, ▮▮▮▮

Ex. 114 - MindGeek_NDAL_00381500, Email Re: ▮▮▮▮ ▮▮▮▮

1

Ex. 115 - MindGeek_NDAL_00091742

Ex. 116 - MindGeek_NDAL_00051750 & MindGeek_NDAL_000097977

Ex. 117 - MindGeek_NDAL_00173889, Email re: ▮

Ex. 118 - MindGeek_NDAL_00035575, Email re: ▮

Ex. 119 - MindGeek_NDAL_00473708, Email re: ▮

Ex. 120 - ▮ Decl.
    Ex. A. Report
    Ex. B. Rebuttal

Ex. 121 - Mindgeek_NDAL_00062242, 4.2.20 Email from ▮

Ex. 122 - MindGeek_NDAL_00034580, Nov. 2019 Emails re ▮

Ex. 123 - Standing Committee on Access to Information, Privacy, and Ethics, Evidence Number 019, February 5, 2021 at 11.

Ex. 124 - MindGeek_NDAL_00524042, Feb. 2021 Email ▮

Ex. 125 - MindGeek_NDAL_00120048, ▮

Ex. 126 - MindGeek_NDAL_00120497, ▮

Ex. 127 - ▮ (July 14, 2023)

Ex. 128 - ▮. (Jan. 11, 2024)

Ex. 129 - MindGeek_NDAL_00126761

Ex. 130 - MindGeek_NDAL_00575657, ▮

Ex. 131 - MindGeek_NDAL_00575652

Ex. 132 - MindGeek_NDAL_00005968

Ex. 133 - MindGeek_NDAL_00006969, ███

Ex. 134 - MindGeek_NDAL_00381500

Ex. 135 - MindGeek_NDAL_00600977, ███

Ex. 136 - MindGeek_NDAL_00181370, ███

Ex. 137 - ███ Decl.
    Ex. A. Report
    Ex. B. Rebuttal

Ex. 138 - Feb. 2, 2024 Letter to Defs.' Counsel

Ex. 138 - Feb. 2, 2024 Letter to Defs.' Counsel

Ex. 139 - MindGeek_NDAL_00002193

Ex. 140 - MindGeek_NDAL_00120251

Ex. 141 - MindGeek_NDAL_00002162

Ex. 142 - MindGeek_NDAL_00605527 - ███

Ex. 143 - MindGeek_NDAL_00578842, ███

Ex. 144 - ███. (June 1, 2023)

Ex. 145 - MG Content RT Limited, ███

Ex. 146 - MindGeek_NDAL_00578850, ███

Ex. 147 - MindGeek_NDAL_00503341, ███

Ex. 148 - ▇▇▇ Dep. (March 26, 2024)

Ex. 149 - MindGeek_NDAL_0064250, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Ex. 150 - ▇▇▇▇▇▇ Doc

Ex. 151 - MindGeek_NDAL_00562948

Ex. 152 - MindGeek_NDAL_00024423

Ex. 153 - MindGeek_NDAL_00292267

Ex. 154 - MindGeek_NDAL_00010499

Ex. 155 - MindGeek_NDAL_00023358

Ex. 156 - MindGeek_NDAL_00479021, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Ex. 157 - MindGeek_NDAL_00479022, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Ex. 158 - MindGeek_NDAL_00550048, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Ex. 159 - MindGeek_NDAL_00550046, ▇▇▇▇▇▇▇▇▇▇

Ex. 160 - MindGeek_NDAL_00575656, ▇▇▇▇▇▇▇▇▇▇▇▇

Ex. 161 - MindGeek_NDAL_00110755

Ex. 162 - MindGeek_NDAL_00001386

Ex. 163 - MindGeek_NDAL_00063595

Ex. 164 - MindGeek_NDAL_00001933

Ex. 165 - MindGeek_NDAL_00020604, Email Re: ▇▇▇▇▇▇▇▇▇▇▇

Ex. 166 - MindGeek_NDAL_00174022, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Ex. 167 - MindGeek_NDAL_00038960

Ex. 168 - ███████ Deposition Transcript (CDCA June 14, 2023)

Ex. 169, MindGeek_NDAL_00123207

Ex. 170, Removed prior to filing and no longer exists

Ex. 171, ███████s_00002186

Ex. 172, ████ Decl,

Ex. 173, MindGeek_00616898

Ex. 174, MindGeek_NDAL_00155372

Ex. 175, MindGeek_NDAL_00031776

Ex. 176, ██████ 30(b)(6) Dep. Transcript