# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JANE DOE #1, on behalf of herself and all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) MG FREESITES, LTD, d/b/a "PORNHUB"; ) MG FREESITES II LTD; MINDGEEK ) S.A.R.L.; MINDGEEK USA ) INCORPORATED; MG CY HOLDINGS LTD; ) MINDGEEK CONTENT RT LIMITED; 9219-1 ) QUEBEC, INC., d/b/a MINDGEEK; MG BILL ) LTD, ) ) Defendants. ) ) | CIVIL ACTION NO: 7:21-cv-00220-RDP<br><br>Honorable Chief Judge R. David Proctor |

## JOINT REQUEST FOR STATUS CONFERENCE

Given that the Honorable Chief Judge R. David Proctor was recently assigned this case, Plaintiff Jane Doe ("Plaintiff") and Defendants MG Billing LTD, MG CY Holdings LTD, MG Freesites II LTD, MG Freesites LTD, Mindgeek Content RT Limited, Mindgeek S.A.R.L., and Mindgeek USA Incorporated (collectively "Defendants") together (the "Parties") respectfully requests this Court set a status conference.

The Court issued a Revised Scheduling Order on January 10, 2023, which set the trial in this case for "[f]ive months after the dispositive motion deadline to be held in Tuscaloosa, Alabama." Doc. 66 at 3. During an August 15, 2024 telephone conference, the Court extended the dispositive motion deadline to September 6, 2024, which would set the Trial deadline for February 6, 2025. However, the Honorable Judge L. Scott Coogler informed the parties

1

sometime in 2024 that he planned on retiring at the end of that year, and that he would no longer be able to preside over the trial. The Court issued its Order Denying Cross Motions for Summary Judgment on December 19, 2024, and this case was reassigned to Your Honor on January 15, 2025. That same day Defendants moved to decertify the class and for certification for interlocutory appeal. Docs. 266 and 267. Plaintiff's responses to both of these motions were filed on February 5, 2025, and Defendants' replies are due February 19, 2025. Doc. 268.

Given that the governing scheduling order is no longer feasible, the Parties respectfully request this Court schedule a status conference to discuss setting the case for trial. Plaintiff requests the status conference be held as early as the Court's docket permits, but Defendants request that any status conference be scheduled for a date after February 19, 2025, so as to allow the Court to consider whether it desires to also order oral arguments on the Defendants' pending motions be heard at the status conference.

Date: February 7, 2025

/s/ *Gregory Zarzaur*
Gregory Zarzaur (ASB-0759-E45Z)
Denise Wiginton (ASB-5905-D27W)
Kelsie Overton (ASB-1791-F80L)
THE ZARZAUR LAW FIRM
2332 Second Avenue North
Birmingham, Alabama 35203
T: (205) 983-7985
E: gregory@zarzaur.com
    kelsie@zarzaur.com
    denise@zarzaur.com

Joshua P. Hayes
Daniel Blake Williams
PRINCE GLOVER HAYES
701 Rice Mine Road
Tuscaloosa, Alabama 35406
T: (205) 345-1234
E: jhayes@princelaw.net

2

    bwilliams@princelaw.net

Kimberly Lambert Adams*
James Michael Papantonio
LEVIN PAPANTONIO RAFFERTY
316 S. Bavlen Street, Suite 600
Pensacola, FL 32502
T: (850) 435-7056
E: kadams@levinlaw.com
   mpapantonio@levinlaw.com
*pro hac vice

 Victor Paul Bucci II*
Gaetano D'Andrea*
Jill P. Roth*
M. Stewart Ryan*
Alexandria MacMaster*
LAFFEY BUCCI D'ANDREA REICH & RYAN
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
T: (215) 399-9255
E: pbucci@lbk-law.com
   gdandrea@lbk-law.com
   jroth@lbk-law.com
   sryan@lbk-law.com
   amacmaster@lbk-law.com
*pro hac vice

Benjamin W. Bull*
Dani Bianculli Pinter*
Christen M. Price*
Peter A. Gentala*
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F Street NW, Suite 200
Washington, D.C. 20004
T: (202) 393-7245
E: lawcenter@ncose.com
*pro hac vice

Kevin Dooley Kent*
Mark B. Schoeller*
Vanessa Huber*
CLARK HILL, PLC
2 Commerce Square, Ste. 2620
Philadelphia, PA 19103
T: (215) 640-8412
E: kkent@clarkhill.com

mschoeller@clarkhill.com
vhuber@clarkhill.com

*Counsel for the Plaintiffs*

/s/ Sara M. Turner
Sara M. Turner (ASB-4388-R58T)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1901 Sixth Avenue North
Suit 2600
Birmingham, AL 35203
T: (205) 250-8316
E: smturner@bakerdonelson.com


Seth R. Goldman
Arameh Zargham O'Boyle
Esteban Morales
Kevin M. McGinty
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
919 Third Avenue
New York, New York 10022
T: (212) 692-6845
E: srgoldman@mintz.com
   azoboyle@mintz.com
   emorales@mintz.com
   kmcginty@mintz.com

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify on this 7th day of February 2025, this document was served on all counsel of record.

/s/ Gregory Zarzaur
Gregory Zarzaur

4