FILED
2025 Feb-20 PM 08:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE #1, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MG FREESITES, LTD, d/b/a "PORNHUB"; MG FREESITES II LTD; MINDGEEK S.A.R.L.; MINDGEEK USA INCORPORATED; MG CY HOLDINGS LTD; MINDGEEK CONTENT RT LIMITED; 9219-1568 QUEBEC, INC., d/b/a MINDGEEK; MG BILLING LTD,<br><br>Defendants. | ) | CIVIL ACTION NO: 7:21-cv-00220-RDP<br><br>Honorable Chief Judge R. David Proctor |

**<u>JOINT REPORT</u>**

Pursuant to the Court's February 10, 2025 Order (Doc. 272), Plaintiff Jane Doe #1 and Defendants MindGeek S.A.R.L., MG Freesites Ltd, MG Freesites II Ltd, MindGeek USA Inc., MG CY Holdings Ltd, MindGeek Content RT Ltd, 9219-1568 Quebec Inc., and MG Billing Ltd (collectively, "Defendants") submit this joint report.

**1) <u>Case Summary</u>**

Plaintiff's claims concern content on the websites Pornhub, YouPorn, RedTube, and Tube8. She alleges that Defendants collectively own and control those websites. While Defendants admit that certain of the Defendants control or hold direct or indirect ownership interests in those websites, Defendants deny Plaintiff's allegations of ownership, control, and legal responsibility as to other Defendants, as set forth in their Motion for Summary Judgment (Doc. 221).

Plaintiff, an Alabama native, was a minor when she was raped by an adult male who filmed the rape and other sexual acts. Plaintiff contends the abuser then submitted the videos using his Pornhub account. The abuser was a Modelhub Program member. Plaintiff alleges that this means he had partnered with Defendants to share the profits of advertising revenue generated from Plaintiff's child pornography or Child Sexual Abuse Material ("CSAM"). Defendants deny that this allegation fairly or accurately describes the Modelhub Program or that Plaintiff's abuser received any compensation of any kind from videos depicting Plaintiff.

Plaintiff alleges Defendants knowingly benefitted from participation in what they knew or should have known was a sex trafficking venture, in violation of the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. §§ 1591 and 1595 (Count I), and that Defendants received, possessed, and distributed child pornography or CSAM in violation of 18 U.S.C. §§ 2252 and 2252A (Count II). Defendants deny these allegations and oppose these claims.

Plaintiff has brought this suit against Defendants, on behalf of herself and similarly situated class members. Plaintiff and the class seek damages and injunctive and equitable relief requiring Defendants to identify and remove CSAM from their websites, and to implement policies to prevent CSAM from being disseminated on their websites in the future. Defendants deny that the class has been properly certified, that any award of damages is warranted, or that the requested injunctive relief is available or appropriate, either individually or on a classwide basis.

**2) <u>Current Status</u>**

On December 19, 2024, the Court issued its Order Denying Cross Motions for Summary Judgment. (Doc. 262). On January 15, 2025, this case was reassigned to Your Honor. On that same day, Defendants moved to decertify the class and for certification for interlocutory appeal. (Docs.

266-67). Plaintiff filed responses to these motions on February 5, 2025, and Defendants filed replies on February 19, 2025. (Docs. 269-70, 273-74).

There is currently no scheduling order governing this case. Discovery is complete—with the exception of Plaintiff's efforts to gain testimony from four witnesses in Canada.[1] However, Plaintiff does not wish for these remaining depositions to delay trial if this Honorable Court has a trial date available before the resolution of the Canadian legal issues.

On February 10, 2025, the Court issued a Text Order setting a status conference on February 24, 2025. (Doc. 272). The Court ordered the parties to meet and confer and submit this joint report by February 20, 2025. The parties met and conferred on February 14, 2025, February 18, 2025 and February 20, 2025.

**3) <u>Proposed Schedule</u>**

The parties estimate that a jury trial of this matter will last approximately two (2) weeks. The parties agree this case can be set for trial this calendar year.

Plaintiff believes trial can be set by July 2025, or as early as the Court's schedule permits. Defendants believe the trial date and pretrial schedule for this class action should account for the lead time required to effectively streamline the issues and presentation of evidence to the jury. For example, Defendants anticipate that the parties will need to collaborate on designations, objections and counter-designations of a large volume of depositions to allow sufficient time for the Court's evidentiary rulings as well as the editing of video clips to be presented to the jury. Additionally, Defendants expect the parties will need to work closely together on the preparation of exhibit lists to avoid unnecessarily burdening the Court and jury with duplicative exhibits. Because of the

[1] Plaintiff initially sought this testimony in the fall of 2023 and began the letters rogatory process in January of 2024. The potential deponents have opposed this effort.

foregoing, and counsel's trial and scheduling conflicts, Defendants respectfully submit that trial should be set in late September or thereafter based on the Court's availability. Once the parties have the benefit of the Court's views, they will continue to meet and confer on the submission of a Joint Proposed Pretrial Order addressing remaining dates in, and potential modifications to, the Court's *Exhibit D - Standard Pretrial Procedures*, including deadlines for the exchange of deposition designations, objections, and counter-designations, motions in limine briefing, as well as other pretrial submissions.

**4) Similar Pending Litigation**

**A. California Class Action**

On February 19, 2021, shortly after Plaintiff initiated this action, another plaintiff initiated a similar class action against Defendants in the Central District of California. *See Doe v. MindGeek USA, Inc.*, No. 8:21-cv-00338-WLH-ADS (C.D. Cal.). In that case, Defendants' motions for summary judgment (doc. 282, 283) and the plaintiff's motion for partial summary judgment (doc. 291) have been fully briefed and heard, and are currently pending before the district court.

**B. Single Plaintiff Cases**

On June 17, 2021, a third plaintiff initiated an action similar to this case in the Central District of California. *See Fleites et al. v. MindGeek S.A.R.L. et al.*, 2:21-cv-04920-WLH-ADS (C.D. Cal.). In that case, the defendants' motions to dismiss (docs. 432, 433, 436, 440, and 442) the plaintiff's second amended complaint (doc. 385) are currently pending before the district court and scheduled for oral argument on March 7, 2025. Fourteen other plaintiffs whose CSAM allegedly appeared on Defendants' pornography websites have also brought suit in the Central

District of California.[2] In each case, the Defendants' motions to dismiss are currently pending and also scheduled for argument before the same judge on March 7, 2025.

Date: February 20, 2025

/s/ *Gregory Zarzaur*
Gregory Zarzaur (ASB-0759-E45Z)
Denise Wiginton (ASB-5905-D27W)
Kelsie Overton (ASB-1791-F80L)
ZAR.LAW
2850 Cahaba Road, Suite 220
Birmingham, Alabama 35223
T: (205) 983-7985
E: gregory@zarzaur.com
denise@zarzaur.com
kelsie@zarzaur.com

Joshua P. Hayes
Daniel Blake Williams
PRINCE GLOVER HAYES
701 Rice Mine Road
Tuscaloosa, Alabama 35406
T: (205) 345-1234
E: jhayes@princelaw.net
bwilliams@princelaw.net

Kimberly Lambert Adams*
James Michael Papantonio*
LEVIN PAPANTONIO RAFFERTY
316 S. Bavlen Street, Suite 600
Pensacola, FL 32502
T: (850) 435-7056
E: kadams@levinlaw.com
mpapantonio@levinlaw.com
**pro hac vice*

[2] *A.K. v. MindGeek S.A.R.L. et al.*, 2:24-cv-05190-WLH-ADS (C.D. Cal.); *C.S. v. MindGeek S.A.R.L. et al.*, 2:24-cv-04992-WLH-ADS (C.D. Cal.); *J.C. v. MindGeek S.A.R.L. et al.*, 2:24-cv-04971-WLH-ADS (C.D. Cal.); *J.L. v. MindGeek S.A.R.L. et al.*, 2:24-cv-07046-WLH-ADS (C.D. Cal.); *K.A. v. MindGeek S.A.R.L. et al.*, 2:24-cv-04786-WLH-ADS (C.D. Cal.); *L.S. v. MindGeek S.A.R.L. et al.*, 2:24-cv-05026-WLH-ADS (C.D. Cal.); *L.T. v. MindGeek S.A.R.L. et al.*, 2:24-cv-04791-WLH-ADS (C.D. Cal.); *N.L. v. MindGeek S.A.R.L. et al.*, 2:24-cv-04788-WLH-ADS (C.D. Cal.); *N.Y. v. MindGeek S.A.R.L. et al.*, 2:24-cv-04801-WLH-ADS (C.D. Cal.); *S.O. v. MindGeek S.A.R.L. et al.*, 2:24-cv-04998-WLH-ADS (C.D. Cal.); *T.C. v. MindGeek S.A.R.L. et al.*, 2:24-cv-04795-WLH-ADS (C.D. Cal.); *W.L. v. MindGeek S.A.R.L. et al.*, 2:24-cv-04977-WLH-ADS (C.D. Cal.); *W.P. v. MindGeek S.A.R.L. et al.*, 2:24-cv-05185-WLH-ADS (C.D. Cal.); *X.N. v. MindGeek S.A.R.L. et al.*, 2:24-cv-04800-WLH-ADS (C.D. Cal.).

Victor Paul Bucci II*
Gaetano D'Andrea*
Jill P. Roth*
M. Stewart Ryan*
Alexandria MacMaster*
LAFFEY BUCCI D'ANDREA REICH & RYAN
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
T: (215) 399-9255
E: pbucci@lbk-law.com
gdandrea@lbk-law.com
jroth@lbk-law.com
sryan@lbk-law.com
amacmaster@lbk-law.com
*pro hac vice*

Benjamin W. Bull*
Dani Bianculli Pinter*
Christen M. Price*
Peter A. Gentala*
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F Street NW, Suite 200
Washington, D.C. 20004
T: (202) 393-7245
E: lawcenter@ncose.com
*pro hac vice*

Kevin Dooley Kent*
Mark B. Schoeller*
Vanessa Huber*
CLARK HILL, PLC
2 Commerce Square, Ste. 2620
Philadelphia, PA 19103
T: (215) 640-8412
E: kkent@clarkhill.com
mschoeller@clarkhill.com
vhuber@clarkhill.com

*Counsel for the Plaintiffs*

/s/ Sara M. Turner
Sara M. Turner (ASB-4388-R58T)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1901 Sixth Avenue North
Suit 2600
Birmingham, AL 35203

T: (205) 250-8316
E: smturner@bakerdonelson.com

Seth R. Goldman
Arameh Zargham O'Boyle
Esteban Morales
Kevin M. McGinty
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.
919 Third Avenue
New York, New York 10022
T: (212) 692-6845
E: srgoldman@mintz.com
azoboyle@mintz.com
emorales@mintz.com
kmcginty@mintz.com

*Counsel for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify on this 20th day of February 2025, this document was served on all counsel of record.

*/s/ Gregory Zarzaur*
Gregory Zarzaur