FILED
2025 Mar-31  PM 03:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit C

1    IMPACT FUND                          SEYFARTH SHAW LLP
     Jocelyn D. Larkin (SBN 110817)       David D. Kadue (SBN 113578)
2    Lindsay Nako (SBN 239090)            2029 Century Park East, Suite 3500
     125 University Avenue, Suite 102     Los Angeles, California 90067-2901
3    Berkeley, CA  94710                  Telephone: (310) 201-5211
     Telephone: (510) 845-3473            Facsimile: (310) 201-5219
4    Facsimile: (510) 845-3654            dkadue@seyfarth.com
     jlarkin@impactfund.org
5
     LAW OFFICES OF                       SEYFARTH SHAW LLP
6    ELIZABETH A. LAWRENCE                Annette Tyman (*admitted pro hac vice*)
     Elizabeth A. Lawrence (SBN 111781)   131 South Dearborn Street
7    1569 Solano Ave. #456                Chicago, Illinois 60603
     Berkeley, CA 94707                   Telephone: (312) 460-5965
8    Telephone: (415) 272-4305            Facsimile: (312) 460-7965
     ealawrencelaw@gmail.com              atyman@seyfarth.com
9
                                          SEYFARTH SHAW LLP
10   Attorneys for Plaintiffs and Certified Classes   Thomas J. Wybenga (*admitted pro hac vice*)
                                          c/o Costco Wholesale Corporation
11                                        999 Lake Drive
                                          Issaquah, WA 98027-5367
12                                        Telephone: (425) 313-6794
                                          Facsimile: (425) 313-6922
13                                        twybenga@seyfarth.com

14                                        Attorneys for Defendant Costco Wholesale
                                          Corporation
15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18

19
     SHIRLEY "RAE" ELLIS, et al.,         )   Case No. C04 3341 EMC
20                                        )
                Plaintiffs,               )   **STIPULATION AND [PROPOSED]**
21                                        )   **ORDER ON CLAIMS PROCEDURE**
          v.                              )   **ATTORNEYS' FEES AND COSTS**
22                                        )
     COSTCO WHOLESALE CORPORATION,        )
23                                        )
                Defendant.                )
24   ─────────────────────────────────   )

25

26

27

28
                                   ─────────────────────────────────────────

On May 27, 2014, the Court approved the Amended Class Action Settlement Agreement ("Agreement"), which provided for distribution of the resulting $8 million settlement fund through individual contested arbitrations ("settlement claims process"). Dkt. Nos. 780 (Order Granting Motion for Preliminary Approval of Class Action Settlement; Agreement attached as Exhibit 1); 791 (Order Granting Motion for Final Approval of Class Action Settlement). The parties enter into this stipulation to resolve Class Counsel's claim to attorneys' fees and costs arising from the settlement claims process. Accordingly, the parties stipulate as follows:

1.  The settlement claims process began shortly after the Court approved the Agreement in 2014. Ultimately, 86 class members filed claim forms. Class Counsel represented 81 of those class members. The represented class members are referred to as "claimants" in this stipulation.

2.  The Agreement provided for two types of settlement arbitrations: Claim by Written Submission (Agreement ¶ 5.10) and Claim by Formal Arbitration. *Id.* at ¶ 5.11. Fifty-eight claimants chose to have their claims heard through Written Submission. Twenty-three claimants chose to have their claims heard through Formal Arbitration.

3.  The Agreement allowed class members to challenge between one and three Assistant General Manager or General Manager promotions awarded to male employees, depending on the length of time the class member spent in a relevant feeder or comparable position. *Id.* at ¶ 5.3. In total, claimants challenged 156 promotions.

4.  Of the 58 claimants who had their claims heard through Written Submission, 20 prevailed by receiving arbitration awards in their favor and 10 prevailed by resolving their claims through individual settlements.

5.  Of the 23 claimants who had their claims heard through Formal Arbitration, 10 prevailed by receiving arbitration awards in their favor and four prevailed by resolving their claims through individual settlements.

6.  The combined arbitration awards exceeded the $8 million settlement fund and were reduced pro rata as provided by the Agreement. *Id.* at ¶¶ 5.12, 5.13.2. All prevailing

2

1    claimants have received their awards.

2    7. The Agreement provides for an award of attorneys' fees and costs for each prevailing

3    claimant—the 30 who prevailed after initiating Written Submissions and the 14 who

4    prevailed after initiating Formal Arbitrations.

5    8. Paragraph 5.10.6 of the Agreement provides:

6    Fees and Costs for Prevailing Claims by Written Submission – Class members who
     prevail on Claims by Written Submission are entitled to seek, from Judge Edward

7    Chen at the conclusion of the Monetary Claims Process, an award of attorneys' fees
     not to exceed $10,000 costs not to exceed $1,000 per successful Claimant, to be paid

8    by Costco. The total attorney's fee award for Claims by Written Submission will not
     exceed $750,000. Class Counsel and Costco may informally resolve the fee award

9    without the necessity of a fee motion.

10   9. Paragraph 5.11.12 of the Agreement provides:

11   Attorneys' Fees and Costs For Prevailing Claims in Formal Arbitration – Claimants
     who prevail on Claims by Formal Arbitration are entitled to seek an award of

12   reasonable attorneys' fees and costs, to be paid by Costco, from Judge Edward Chen
     at the conclusion of the Monetary Claims Process. Class Counsel and Costco may

13   informally resolve the fee award without the necessity of a fee motion.

14   10. For each of the 30 prevailing claimants who resolved their claims through Written

15   Submission, Class Counsel's attorneys' fees and costs exceeded the cap of $10,000 in

16   fees and $1,000 in costs set by Paragraph 5.10.6 of the Agreement.  The fees and

17   costs for prevailing claimants in arbitrations by Written Submission do not exceed

18   $750,000.

19   11. For the 14 prevailing claimants who resolved their claims through Formal Arbitration,

20   Class Counsel dedicated nearly 4,000 hours to prepare and resolve these claims as

21   summarized in Attachment A.  The claims are identified only by number and not by

22   name to preserve the confidentiality agreed to by the parties.  Agreement ¶ 5.14.3.

23   The total attorneys' fees for claims through Formal Arbitration exceed $2,700,000

24   and total costs exceed $125,000.

25   12. The parties engaged in informal discussions and have agreed to resolve Class

26   Counsel's claim for attorneys' fees and costs for a total of $3,100,000, eliminating the

27   need for a fee motion.  Payment will be made within ten business days of the entry of

28

3

this Court's Order.

DATE:  March 20, 2019                          IMPACT FUND

                                               By:  /s/  *Jocelyn D. Larkin*
                                               Jocelyn D. Larkin
                                               Attorneys for Plaintiffs and the Class


DATE:  March 20, 2019                          SEYFARTH SHAW LLP

                                               By:  /s/  *David D. Kadue*
                                               David D. Kadue
                                               Attorneys for Defendant
                                               Costco Wholesale Corporation




**ATTESTATION**

I, Jocelyn D. Larkin, hereby attest that concurrence in the filing of this document has been obtained from all other Signatories in lieu of their signatures on this document.

DATE:  March 20, 2019                    /s/  *Jocelyn D. Larkin*
                                               Jocelyn D. Larkin

**[PROPOSED] ORDER**

WHEREFORE, good cause appearing and pursuant to stipulation of the parties, and having reviewed the parties' stipulation and the attachment to this stipulation, the Court finds that a total award of $3,100,000 in fees and costs with respect to the 44 claimants awarded approximately $8,000,000 is reasonable, and hereby awards Class Counsel $3,100,000 in attorneys' fees and costs for their work on behalf of prevailing class members in the settlement claims process, in accordance with Paragraphs 5.10.6 and 5.11.12 of the Amended Class Action Settlement Agreement.

IT IS SO ORDERED.


DATE:

_____
Hon. Edward M. Chen
United States District Judge

STIPULATION AND [PROP] ORDER ON ATTYS' FEES AND COSTS
Case No. C04 3341 EMC