IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JANE DOE #1, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> MG FREESITES, LTD, d/b/a "PORNHUB"; MG FREESITES II LTD; MINDGEEK S.A.R.L.; MINDGEEK USA INCORPORATED; MG CY HOLDINGS LTD; MINDGEEK CONTENT RT LIMITED; 9219-1568 QUEBEC, INC., d/b/a MINDGEEK; MG BILLING LTD, <br><br> Defendants. | CIVIL ACTION NO: 7:21-cv-00220-RDP <br><br><br> Honorable Chief Judge R. David Proctor |

**DEFENDANTS' MOTION REQUESTING ORAL ARGUMENT TO ADDRESS BRIEFING REGARDING PROPOSED STRUCTURE FOR TRIAL AND OTHER PROCEEDINGS**

Seth R. Goldman*
**MINTZ, LEVIN, COHN, FERRIS,**
 **GLOVSKY and POPEO, P.C.**
919 Third Avenue
New York, New York 10022
Tel: (212) 692-6845
Fax: (212) 983-3115
SRGoldman@mintz.com

Kevin M. McGinty*
**MINTZ, LEVIN, COHN, FERRIS,**
 **GLOVSKY and POPEO, P.C.**
One Financial Center
Boston, Massachusetts 02111
Tel. (617) 348-1688
Fax. (617) 542-2241
KMMcginty@mintz.com

Arameh Zargham O'Boyle*
Esteban Morales*
**MINTZ, LEVIN, COHN, FERRIS,**
 **GLOVSKY and POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, California 90067
Tel:  (310) 586-3200
Fax: (310) 586-3200
AZOboyle@mintz.com
Emorales@mintz.com

*Pro Hac Vice

OF COUNSEL:

Sara M. Turner (ASB-4388-R58T)
**BAKER, DONELSON,**
**BEARMAN, CALDWELL &**
**BERKOWITZ, P.C.**
1901 Sixth Avenue North
Suite 2600
Birmingham, Alabama 35203
Tel: (205) 328-0480
Fax: (205) 322-8007
smturner@bakerdonelson.com

*Counsel for Defendants MG Freesites Ltd,*
*MG Freesites II, Ltd, MindGeek S.à r.l.,*
*MindGeek USA Incorporated,*
*MG CY Holdings Ltd, MG Content RT*
*Limited, 9219-1568 Quebec Inc., and*
*MG Billing Limited*

**COME NOW** Defendants MG Freesites Ltd, MG Freesites II, Ltd, MindGeek S.à r.l., MindGeek USA Incorporated, MG CY Holdings Ltd, MG Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Limited (collectively, "Defendants") and respectfully submit this motion requesting oral argument to address the parties' Court-ordered briefing regarding the proposed structure for trial and other proceedings (the "Briefing"). *See* Docs. 277, 278, 281, 282. As grounds for this motion, Defendants state as follows:

1. At the direction of the Court, the parties recently filed the Briefing, which consisted of an initial brief by Plaintiff, a responsive brief by Defendants, a reply brief from Plaintiff, and a notice of supplemental authority from the Defendants. Docs. 277, 278, 281, 282. This Briefing is now pending before the Court.

2. The Briefing raises complex and nuanced matters relating to what issues are properly subject to trial in this matter, whether those issues may be tried, and, if so, the appropriate procedures to try each issue.

3. Oral argument will benefit the Court by providing an opportunity for the Court to present any outstanding questions to the parties. Oral argument will also further judicial economy by aiding the Court in making its determinations regarding the structure of a trial in this matter.

4. Accordingly, Defendants respectfully request that this Court issue an order scheduling oral argument on the Briefing.

5. Defendants welcome the opportunity to appear in Court in person should the Court see fit to grant this motion.

6. Counsel for Defendants have consulted with counsel for Plaintiff, who have indicated that they take no position on this Motion.

Respectfully submitted.

Dated: April 14, 2025

/s/ Kevin M. McGinty
Kevin M. McGinty
*Pro hac vice approved*
Massachusetts Bar 556780
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY and POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Tel. (617) 348-1688
Fax. (617) 542-2241
Email KMMcginty@mintz.com

OF COUNSEL:

Dated: April 14, 2025

/s/ Sara M. Turner
Sara M. Turner (ASB-4388-R58T)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
1901 Sixth Street North
Suite 2600
Birmingham, Alabama 35203
Tel: (205) 328-0480
Fax: (205) 322-8007
smturner@bakerdonelson.com

*Counsel for MG Freesites Ltd, MG Freesites II, Ltd, MindGeek S.à r.l., MindGeek USA Incorporated, MG CY Holdings Ltd, MG Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Limited*

**CERTIFICATE OF SERVICE**

    I hereby certify on April 14, 2025, the document was filed through the Electronic Case Filing System of the United States District Court for the Northern District of Alabama and will be served electronically by the court to all participants of record.

                                        */s/ Sara M. Turner*
                                        Sara M. Turner