FILED
2025 Jun-23  PM 03:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | | |
|---|---|---|
| **JANE DOE # 1, on behalf of herself and all others similarly situated,** | **}** | |
| | **}** | |
| **Plaintiff,** | **}** | |
| | **}** | **Case No.:  7:21-cv-00220-RDP** |
| **v.** | **}** | |
| | **}** | |
| **MG FREESITES LTD, d/b/a "PORNHUB" et al.,** | **}** | |
| | **}** | |
| **Defendants.** | **}** | |

## ORDER

This matter is before the court on Defendants' Motion to Continue Pretrial Conference and Trial. (Doc. # 299). In their Motion (Doc. # 299), Defendants request that the court (1) reschedule the pretrial conference currently set for July 1, 2025 to a date between July 14-16, 2025; (2) reschedule the trial plan status conference set for July 31, 2025 to the same date as the rescheduled pretrial conference; and (3) continue the court's anticipated September 2, 2025 trial date.

Defendants' Motion (Doc. # 299) is **GRANTED IN PART**. The pretrial conference and trial plan status conference are consolidated and **RESCHEDULED** to **Tuesday, July 15, 2025** at **9:30 a.m.** The court will discuss Defendants' request to continue the anticipated trial date at the July 15, 2025 conference.

The parties are **DIRECTED** to meet and confer and submit (not file) a joint proposed Pretrial Order to the court **on or before July 8, 2025**. Additionally, the parties are **DIRECTED** to meet and confer and file a joint report detailing a trial management plan **on or before July 8, 2025**.

**DONE** and **ORDERED** this June 23, 2025.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE