FILED

2025 Jul-07  PM 08:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

   

(/)

Home ❯ News and Community ❯ Model Community News ❯ Co-Performer Verification: Proof of Consent

## MODEL COMMUNITY NEWS (NEWS-AND-COMMUNITY/MODEL-COMMUNITY-NEWS)

# Co-Performer Verification: Proof of Consent

Proof of Consent for New Co-Performers is now in effect.

*By Pornhub (https://www.pornhub.com/) | March 18, 2024 | 3 minutes*

    

(/#twitter)    (/#reddit)



The safety of our Model community and the users of our site is at the forefront of our mission. As we continue to set new and higher standards for Trust and Safety Policies and Procedures, we have updated the way we validate consent with scene partners. Previously, it was (and still is) mandatory for Models to keep records of IDs and Release Agreements when working with additional Performers. This is not new. However, as of January 2024, we have updated the way we validate Co-Performer IDs and proof of consent.

We recognize that all Models will need to spend a little extra time and effort when adding and identifying new Co-Performers. We thank you for your time and patience as we adapt to these changes. Our Model support team is available 7 days a week if you need assistance.

## Adding new Co-Performers

When adding new Co-Performers (https://pornhub.mainhub.com/settings-core/co-performers) to your account, there are three options:

- Download and fill out the Release Form template found in your Core Settings (or use your own form or a different template).
- Send a digital signature link to your Co-Performer which will allow them to verify themselves through live face scans, ID scans, and signatures.
- Upload an Identification and Release Form Package (recommended only if the prior two options cannot be completed and you also have a signed 2257 form).

There may be some delays in the release of your latest videos. Our goal is to enhance our tools over time and make our approval system more efficient.

## Reasons your Co-Performers Release Form may be rejected if:

- Document fields are not properly or clearly filled out.
- Document pages are incomplete or missing.
- The Release Form is not dated and/or signed by both parties; the Model (verified uploader) and the Co-Performer.
- The Release Form includes restrictions, such as:
- The content must be exclusively uploaded For Sale *only* or Free Content *only*.
- A clause that says the content cannot be uploaded to Pornhub.

We thank you for your time, patience, and feedback as we work through these updates together. Additionally, we have updated our Help Center (https://help.pornhub.com/hc/en-us/articles/22370181992083-Working-with-Co-Performers) with step-by-step instructions to guide you.

Stay tuned to this blog for future Trust and Safety updates.

## Share article


(/#twitter)


(/#reddit)

# Comments

Login to leave a comment

**Join The Model Program**
**(https://www.pornhub.com/partners/models)**

**Information**                                                                    +

**Work With Us**                                                                   +

**Support and Help**                                                               +

**Discover**                                                                       +

Connect with us on:


(https://twitter.com/pornhub)


(https://www.youtube.com/channel/UCYsYJ6od6t1lWnQg-A0n6Yw)


(https://discord.com/invite/r6EcEcd)