FILED

2025 Jul-07  PM 08:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

# Aylo to Remove All Unverified Pornhub Content by June 30

 **avn.com**/news/legal/aylo-to-remove-all-unverified-pornhub-content-by-june-30-179524

1 month ago

Legal

May 15, 2025 11:06 PM Legal - By



Michael McGrady Jr
Tech



**MONTREAL**—Aylo, the parent company of adult tube website Pornhub.com, is set to remove all remaining content from the platform that is unverified by the end of June, legal news wire service MLex.com reports.

MLex reporter Júlia Tar indicates that Pornhub, which is classified under the European Union's sweeping Digital Services Act as a "very large online platform," or VLOP, is set to purge all uploaded content that lacks performer identification and consent declarations by June 30.

This could be the largest content purge on the platform since December 2020, which saw 80 percent of its content deleted due to a *New York Times* investigative column written by controversial journalist Nicholas Kristof.

Kristof published a follow-up column last weekend relying on outdated materials to push arguments that Aylo's attempts to be more compliant and transparent are disingenuous. This new purge would not only prove otherwise, but has been in the works since long before Kristof's latest piece.

A spokesperson for Aylo confirmed that the company has been communicating since January 2024 with all adult content creators and producers who upload content to its platforms that they must have all consent and identification documentation filed for any such content. It is a requirement.

June 30 is the deadline for compliance, or content will be removed and/or deactivated until compliance is met.

"Older videos that do not meet our current verification requirements will be removed from the platform byJune 30, 2025," reads a March post on Pornhub's blog.

"To facilitate this process, in addition to the existing options for adding and verifying co-performers, we are also working on enhancements to our Collaborators feature that will allow you to tag verified Models in previously uploaded content."

AVN reported in August 2024 on Aylo's introduction of the Collaborators feature.

To use tagging and performer verification, creators must opt into Collaborators and accept requests from other verified creators.

New policies include the requirement to upload a release form for all co-performers who don't already have one on file or complete the verification process through a digitally used eSignature. Missing IDs and proof of consent delay new video releases and could affect monthly payouts.

Copyright © 2025 AVN Media Network | 2257 Notice | Privacy Policy | Request Desktop Version | Request Mobile Version