# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JANE DOE #1, on behalf of herself and all others similarly situated, ) ) ) Plaintiffs, ) ) ) v. ) ) MG FREESITES, LTD, d/b/a "PORNHUB"; ) MG FREESITES II LTD; MINDGEEK ) S.A.R.L.; MINDGEEK USA ) INCORPORATED; MG CY HOLDINGS ) LTD; ) MINDGEEK CONTENT RT LIMITED; 9219- ) QUEBEC, INC., d/b/a MINDGEEK; MG BILI ) LTD, ) ) Defendants. ) | CIVIL ACTION NO: 7:21-cv-00220-RDP  Honorable Chief Judge R. David Proctor  OPPOSED*[1] |

## PLAINTIFF'S REQUEST FOR STATUS CONFERENCE

Plaintiff Jane Doe ("Plaintiff") respectfully requests this Court set a status conference so she may update the Court on developments since the last status conference and to request this matter be reset for trial as soon as the Court's docket will permit.

The Court held a conference on July 15, 2025 in which the Plaintiff and Defendants MG Billing LTD, MG CY Holdings LTD, MG Freesites II LTD, MG Freesites LTD, Mindgeek Content RT Limited, Mindgeek S.A.R.L., and Mindgeek USA Incorporated (collectively "Defendants") (together the "Parties") were encouraged to engage in further settlement discussions. During the conference, the Court indicated that the trial of this matter would not go

---

[1] Counsel for Defendants informed the undersigned that Defendants are not opposed to providing the Court with a status update in a few weeks but believe Plaintiff's current request is premature.

forward on September 2, 2025. Plaintiff seeks a conference with the Court to discuss developments since the last status conference and to request this case be reset for trial.

Date: September 10, 2025

/s/ *Gregory Zarzaur*
Gregory Zarzaur (ASB-0759-E45Z)
Denise Wiginton (ASB-5905-D27W)
Kelsie Overton (ASB-1791-F80L)
THE ZARZAUR LAW FIRM
2850 Cahaba Road, Suite 220
Birmingham, Alabama 35223
T: (205) 983-7985
E: gregory@zarzaur.com
   kelsie@zarzaur.com
   denise@zarzaur.com

Joshua P. Hayes
Daniel Blake Williams
PRINCE GLOVER HAYES
701 Rice Mine Road
Tuscaloosa, Alabama 35406
T: (205) 345-1234
E: jhayes@princelaw.net
   bwilliams@princelaw.net

Kimberly Lambert Adams*
James Michael Papantonio
LEVIN PAPANTONIO RAFFERTY
316 S. Bavlen Street, Suite 600
Pensacola, FL 32502
T: (850) 435-7056
E: kadams@levinlaw.com
   mpapantonio@levinlaw.com
**pro hac vice*

Victor Paul Bucci II*
Gaetano D'Andrea*
Jill P. Roth*
M. Stewart Ryan*
Alexandria MacMaster*
LAFFEY BUCCI D'ANDREA REICH & RYAN
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
T: (215) 399-9255

2

E: pbucci@lbk-law.com
   gdandrea@lbk-law.com
   jroth@lbk-law.com
   sryan@lbk-law.com
   amacmaster@lbk-law.com
*pro hac vice*

Benjamin W. Bull*
Dani Bianculli Pinter*
Christen M. Price*
Peter A. Gentala*
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F Street NW, Suite 200
Washington, D.C. 20004
T: (202) 393-7245
E: lawcenter@ncose.com
*pro hac vice*

Kevin Dooley Kent*
Mark B. Schoeller*
Vanessa Huber*
CLARK HILL, PLC
2 Commerce Square, Ste. 2620
Philadelphia, PA 19103
T: (215) 640-8412
E: kkent@clarkhill.com
   mschoeller@clarkhill.com
   vhuber@clarkhill.com

*Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify on this 10th day of September 2025, this document was served on all counsel of record.

*/s/ Gregory Zarzaur*
Gregory Zarzaur