FILED

2026 Jun-12  PM 02:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **JANE DOE # 1, on behalf of herself and all others similarly situated,** | } } } | |
| **Plaintiff,** | } } | |
| **v.** | } } } | **Case No.:  7:21-cv-00220-RDP** |
| **MG FREESITES LTD, d/b/a "PORNHUB" et al.,** | } } } } | |
| **Defendants.** | } | |

## ORDER CLOSING CASE

This case is one of two competing class actions filed by different Plaintiffs challenging Defendants' operation of websites. In this case, on December 19, 2023, the Honorable L. Scott Coogler (Ret.) granted Plaintiff's Motion for Class Certification. (Docs. # 147, 148). Judge Coogler certified the following class under Rule 23(b)(2) and 23(b)(3):

> All persons who were under the age of 18 when they appeared in a video or image that has been made available for viewing on any website owned or operated by Defendants anytime from February 12, 2011, through the present.

(Doc. # 147 at 53).

The other class action is currently pending before the Honorable Wesley L. Hsu in the United States District Court for the Central District of California. (C.D. Cal. Case No. 8:21-cv-00338-WLH-ADS). Before that case was assigned to Judge Hsu, it was assigned to the Honorable Cormac J. Carney. Judge Carney granted Plaintiff's Motion for Class Certification on November 17, 2023. (C.D. Cal. Case No. 8:21-cv-00338-WLH-ADS, Doc. # 209). Plaintiff's Motion in that case sought to certify the following class and subclass under Rule 23(b)(2) and 23(b)(3):

<u>Child Victim Class</u>: All persons who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by MindGeek from February 19, 2011, through the present (the "Class Period").

California Child Victim Subclass: Members of the Child Victim Class residing in California who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by MindGeek from February 19, 2011, through the present.

(C.D. Cal. Case No. 8:21-cv-00338-WLH-ADS, Doc. # 124).

The parties have informally notified both courts that they have resolved these cases, subject to a Rule 23 certification motion and court approval under Rule 23. The parties have stipulated and Judge Hsu has agreed the settlement will be reviewed under Rule 23 in California by the Central District.

To avoid duplication of effort, the Clerk of this Court is **DIRECTED** to place this case on the court's administrative docket and **CLOSE** the case **WITHOUT PREJUDICE**.

The court will retain jurisdiction over this case in the event that the settlement does not receive court approval in the Central District of California. If for any reason the settlement is not ultimately approved and does not become final, **within 30 days of that determination**, the parties **SHALL** file a notice with this court indicating that this action should be reopened and reinstated on the court's active docket. If the case is reinstated, it will "ride the escalator" and be placed in the same status it would have been in if this order had not been entered. If the settlement is approved and a final judgment is entered in the Central District of California, the parties **SHALL** notify this court of that fact and this case will then be finally dismissed.

**DONE** and **ORDERED** this June 12, 2026.

**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE

2