FILED
2026 Nov-03 PM 12:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JANE DOE #1, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>MG FREESITES, LTD, d/b/a "PORNHUB"; MG FREESITES II LTD; MINDGEEK S.A.R.L.; MINDGEEK USA INCORPORATED; MG CY HOLDINGS LTD; MINDGEEK CONTENT RT LIMITED; 9219-1568 QUEBEC, INC., d/b/a MINDGEEK; MG BILLING LTD,<br><br>Defendants. | CIVIL ACTION NO: 7:21-cv-00220-ACA<br><br>Honorable Annemarie Carney Axon |

**NONPARTIES ICIJ AND DAVID KENNER'S MOTION TO SEAL RESPONSE IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER**

Nonparties International Consortium of Investigative Journalists ("ICIJ") and David Kenner ("the ICIJ Nonparties"), by and through undersigned counsel, respectfully move, out an abundance of caution, to seal their Response to Defendants' Motion for Temporary Restraining Order Restricting Publication of Sealed Information (respectively "Response" and "TRO Motion") (Dkt. 319).

The ICIJ Nonparties do not believe that sealing of their Response to Defendants' TRO Motion is necessary or legally appropriate, but they are aware the underlying Motion was sealed. Dkt. 316, 318. In order to respect the Court's sealing

order, the ICIJ Nonparties are complying with the sealing procedures set forth in the Northern District of Alabama Civil Administrative Procedures Manual. *See* Administrative Procedures Manual, p. 14 ("A motion or application for leave to file documents under seal which is not filed electronically shall be presented in conventional paper format to the Clerk's office, together with a PDF version of the motion and sealed document(s) on a disk, along with a proposed order in paper format.").

Respectfully submitted, this 3rd day of November, 2026

KILPATRICK TOWNSEND
& STOCKTON LLP
1100 Peachtree Street, NE,
Suite 2800
Atlanta, Georgia 30309
(404) 815-6500 (telephone)
(404) 815-6555 (facsimile)
ktrent@ktslaw.com
tclyde@ktslaw.com

*/s/ Kathryn J. Trent*
Thomas M. Clyde (*pro hac vice forthcoming*)
Ga. Bar No. 170955
Kathryn J. Trent (TRE016)
AL Bar No.: ASB-2437-Q63U

*Counsel for Non-Parties International Consortium of Investigative Journalists and David Kenner*

## CERTIFICATE OF SERVICE

I certify that on November 3, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Alabama using the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ *Kathryn J. Trent*
Kathryn J. Trent