FILED
2026 Nov-03 PM 02:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JANE DOE #1, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>MG FREESITES, LTD, d/b/a "PORNHUB"; MG FREESITES II LTD; MINDGEEK S.A.R.L.; MINDGEEK USA INCORPORATED; MG CY HOLDINGS LTD; MINDGEEK CONTENT RT LIMITED; 9219-1568 QUEBEC, INC., d/b/a MINDGEEK; MG BILLING LTD,<br><br>Defendants. | CIVIL ACTION NO: 7:21-cv-00220-ACA<br><br>Honorable Annemarie Carney Axon |

**NONPARTIES ICIJ AND DAVID KENNER'S CONSENT MOTION TO AMEND BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Nonparties International Consortium of Investigative Journalists ("ICIJ") and David Kenner ("the ICIJ Nonparties"), by and through undersigned counsel, respectfully move to amend the briefing and hearing schedule entered in connection with Defendants' Motion for Temporary Restraining Order Restricting Publication of Sealed Information (the "TRO Motion") (Doc. 319). Defendants have consented to the relief requested.

## PROCEDURAL BACKGROUND

On October 29, 2026, Defendants filed the TRO Motion. The Court held a hearing on the TRO Motion on October 30, 2026. Following that hearing, the Court entered a docket order setting the ICIJ Nonparties' response to the TRO Motion for noon on November 3, 2026, and Defendants' reply, if any, for 9:00 a.m. on November 6, 2026. (Doc. 325). The Court also set a motion hearing for November 9, 2026, at 3:00 p.m. (Doc. 323). The ICIJ Nonparties timely filed their opposition to the TRO Motion on November 3, 2026.

Nonparties request, with Defendants' consent, a modest amendment of the briefing and hearing schedule to accommodate a scheduling conflict of Nonparties' substitute counsel, John G. Thompson, on November 9. Nonparties make this request for good cause and not for purposes of delay. The requested adjustment preserves expedited consideration of the TRO Motion while avoiding counsel's scheduling conflict.

## PROPOSED AMENDED SCHEDULE

Nonparties respectfully request that the Court amend the schedule as follows:

1. Defendants' reply, if any, shall be due by 12:00 p.m. CST on Wednesday, November 11, 2026; and
2. The hearing shall be rescheduled to one of the following dates, at a time convenient for the Court: November 12, 13, 16, or 17, 2026.

In connection with the requested amendment, and without waiving any objection to the Court's jurisdiction or Defendants' requested relief, ICIJ and Mr. Kenner agree not to publish the article at issue prior to the rescheduled hearing on Defendants' TRO Motion. Defendants reserve the right to request appropriate relief from the Court in the event that the rescheduled hearing concludes without issuance of an order deciding the TRO Motion.

## CONCLUSION

For the foregoing reasons, Nonparties respectfully request that the Court enter the proposed order attached to this motion and amend the briefing and hearing schedule as set forth above.

Respectfully Submitted, this 3rd day of November, 2026.

*/s/ John G. Thompson, Jr.*
John G. Thompson, Jr. (asb-2376-h64t; THO174)
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203
(205) 581-0700
*jthompson@lightfootlaw.com*

*- and -*

Thomas M. Clyde (*pro hac vice forthcoming*)
Ga. Bar No. 170955
Kathryn J. Trent (TRE016)
AL Bar No.: ASB-2437-Q63U
Kilpatrick Townsend
& Stockton LLP
1100 Peachtree Street, NE,
Suite 2800
Atlanta, Georgia 30309
(404) 815-6500 (telephone)
(404) 815-6555 (facsimile)
ktrent@ktslaw.com
tclyde@ktslaw.com

*Counsel for Non-Parties International Consortium of Investigative Journalists and David Kenner*

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Nonparties conferred with counsel for Defendants regarding the relief requested in this motion. Defendants consent to the requested amendment of the briefing and hearing schedule.

/s/ Kathryn J. Trent
Kathryn J. Trent

**CERTIFICATE OF SERVICE**

I certify that on November 3, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Alabama using the Court's CM/ECF system, which will send notice to all counsel of record.

*/s/ John G. Thompson, Jr.*
Of Counsel