FILED
2026 Nov-04 PM 03:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE #1 on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MG FREESITES, LTD, d/b/a "PORNHUB"; MG FREESITES II, LTD; MINDGEEK S.A.R.L.; MINDGEEK USA INCORPORATED; MG CY HOLDINGS LTD; MINDGEEK CONTENT RT LIMITED; 9219-1568 QUEBEC INC., d/b/a MINDGEEK; and MG BILLING LTD,<br><br>Defendants. | ) | Civil Action No.<br><br>7:21-cv-00220-ACA |

**DEFENDANTS' RESPONSE TO THE COURT'S**
**<u>SHOW CAUSE ORDER REGARDING SEALING</u>**

In response to the Court's Order on ICIJ's Motion to Seal (Dkt. No. 329) and the Court's Show Cause Order concerning sealing of Defendants' Motion to Seal (Dkt. No. 331), Defendants MG Freesites Ltd., MG Freesites II, Ltd., MindGeek S.à r.l., MindGeek USA Incorporated, MG CY Holdings Ltd., MG Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Limited (collectively, "Defendants") respectfully inform the Court that they will not move to seal ICIJ's Opposition (Dkt.

No. 328) and do not seek or request continued sealing of their Motion to Seal (Dkt. No. 316). Defendants understand that the Court is not requiring Defendants to make any further showing in support of their Motion to Seal, and that the Court's order granting that motion (Dkt. No. 318) and placing Defendants' Motion for Temporary Restraining Order Restricting Publication of Sealed Information and accompanying exhibits (Dkt. No. 319) under seal remains in full force and effect.

Dated: November 4, 2026 Respectfully submitted,

*/s/ Kevin M. McGinty*
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Kevin M. McGinty (*pro hac vice*)
KMMcginty@mintz.com
Massachusetts Bar 556780
One Financial Center
Boston, Massachusetts 02111
Phone: (617) 348-1688
Fax: (617) 542-2241

Arameh Z. O'Boyle (*pro hac vice*)
azoboyle@mintz.com
Esteban Morales (*pro hac vice*)
emorales@mintz.com
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Phone: (310) 586-3200

Seth M. Goldman (*pro hac vice*)
srgoldman@mintz.com
919 Third Avenue
New York, NY 10022
Phone: (212) 935-3000

OF COUNSEL:

*/s/ John D. Saxon, Jr.*

Sara M. Turner (ASB-4388-R58T)
John D. Saxon, Jr. (ASB-5374-H63S)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
1901 Sixth Street North
Suite 2600
Birmingham, Alabama 35203
Tel: (205) 328-0480
Fax: (205) 322-8007
smturner@bakerdonelson.com

*Counsel for MG Freesites Ltd, MG Freesites II Ltd, MindGeek S.à r.l., MindGeek USA Incorporated, MG CY Holdings Ltd, MindGeek Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Limited*

614484199v.1