FILED
2026 Nov-16 AM 09:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JANE DOE #1, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

MG FREESITES, LTD, d/b/a "PORNHUB"; MG FREESITES II LTD; MINDGEEK S.A.R.L.; MINDGEEK USA INCORPORATED; MG CY HOLDINGS LTD; MINDGEEK CONTENT RT LIMITED; 9219-1568 QUEBEC, INC., d/b/a MINDGEEK; MG BILLING LTD,

Defendants.

CIVIL ACTION NO: 7:21-cv-00220-ACA

Honorable Annemarie Carney Axon

**NONPARTIES ICIJ AND DAVID KENNER'S EVIDENTIARY SUBMISSION**

Nonparties International Consortium of Investigative Journalists ("ICIJ") and David Kenner ("the ICIJ Nonparties"), by and through undersigned counsel, hereby provide the Court with the declarations of David Kenner (Exhibit A) and Fergus Shiel (Exhibit B) in support of their Response in Opposition to Defendant's Motion for Temporary Restraining Order (Doc. 334).

Respectfully submitted, this 16th day of November 2026.

*/s/ John G. Thompson, Jr.*
John G. Thompson, Jr. (asb-2376-h64t; THO174)

LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203
(205) 581-0700
*jthompson@lightfootlaw.com*

- *and* -

Thomas M. Clyde (*pro hac vice forthcoming*)
Ga. Bar No. 170955
Kathryn J. Trent (TRE016)
AL Bar No.: ASB-2437-Q63U
Kilpatrick Townsend
& Stockton LLP
1100 Peachtree Street, NE,
Suite 2800
Atlanta, Georgia 30309
(404) 815-6500 (telephone)
(404) 815-6555 (facsimile)
ktrent@ktslaw.com
tclyde@ktslaw.com

*Counsel for Non-Parties International Consortium of Investigative Journalists and David Kenner*

## CERTIFICATE OF SERVICE

I certify that on November 16, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Alabama using the Court's CM/ECF system, which will send notice to all counsel of record.

*/s/ John G. Thompson, Jr.*
Of Counsel